1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
   Assistant United States Trustee
2  JARED A. DAY (CA SBN 275687)
   Trial Attorney
3  UNITED STATES DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  450 Golden Gate Avenue, Rm. 05-0153
   San Francisco, California 94102
5  Telephone: (415) 705-3333
   Fax: (415) 705-3379
6  Email: jared.a.day@usdoj.gov

7  Attorneys for TRACY HOPE DAVIS
   United States Trustee for Region 17
8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 20-30819 DM |
| BENJA INCORPORATED, | Chapter 11 |
| Debtor(s). | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Jared Day
> C. Clifton Young Federal Building
> 300 Booth Street, Room 3009
> Reno NV  89509
> Email: jared.a.day@usdoj.gov

Dated: October 15, 2020                TRACY HOPE DAVIS
                                       UNITED STATES TRUSTEE

                                       */s/ Jared A. Day*
                                       Trial Attorney

Notice of Appearance