# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: lblue | | Date Created: 10/15/2020 |
| Case: 20–30819 | Form ID: 309F1 | | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Benja Incorporated | 26 Cragmont Avenue | San Francisco, CA 94116 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 | San Francisco, CA 94102 |
| aty | Jared A. Day | Office of the U.S. Trustee | 300 Booth St. #3009 | Reno, NV 89509 |
| aty | Mark K. Slater | Slater Hersey LLP | 101 California St. #1075 | San Francisco, CA 94111 |
| aty | Paul E. Manasian | Law Offices of Paul E. Manasian | 1310 65th St. | Emeryville, CA 94608 |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |

TOTAL: 9