# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: lblue | Date Created: 10/15/2020 |
| Case: 20–30819 | Form ID: FSSM | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
aty    Jared A. Day    jared.a.day@usdoj.gov
aty    Mark K. Slater    mslater@slaterhersey.com
aty    Paul E. Manasian    manasian@mrlawsf.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Benja Incorporated    26 Cragmont Avenue    San Francisco, CA 94116

TOTAL: 1