# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: lblue | Date Created: 10/15/2020 |
| Case: 20–30819 | Form ID: STC11 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Jared A. Day     jared.a.day@usdoj.gov
aty     Mark K. Slater     mslater@slaterhersey.com
aty     Paul E. Manasian     manasian@mrlawsf.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Benja Incorporated     26 Cragmont Avenue     San Francisco, CA 94116

TOTAL: 1