**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 566-1802
*rsoref@polsinelli.com*

Attorneys for Busey Bank

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No: 20-30819 DM<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Busey Bank ("Busey"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

POLSINELLI LLP
Randye B. Soref (SBN 99146)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 566-1802
rsoref@polsinelli.com

74237690.1

PLEASE TAKE FURTHER NOTICE the foregoing request includes, without limitation, not only the notices and papers referred to in the above-captioned Bankruptcy Rules, but also includes, without limitation, all notice of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings, requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail, or otherwise. This entry of appearance and request for notice shall not be deemed or construed to be a waiver of any right to: (i) have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, setoffs, or recoupments to which such party is or may be entitled, all of which are expressly reserved. Also this entry shall not be deemed to be implied consent to jurisdiction for any *Stern v. Marshall* category claims that the bankruptcy court may not have authority to enter.

Dated: October 15, 2020

                                          **POLSINELLI LLP**

                                          By:   */s/Randye B. Soref*

                                                Randye B. Soref
                                           *Attorneys for Busey Bank*

74237690.1

2

# CERTIFICATE OF SERVICE

I, Cindy Cripe, certify that I caused this NOTICE OF APPEARANCE AND REQUEST FOR NOTICE to be served through the CM/ECF system for the United States Bankruptcy Court for the Northern District of California on October 15, 2020, on all CM/ECF participants registered to receive electronic notices in the above-captioned Bankruptcy Case.

Mailing Information for Case 20-30819 DM

Electronic Mail Notice List

*Jared A. Day    jared.a.day@usdoj.gov, ankey.to@usdoj.gov*
*Paul E. Manasian    manasian@mrlawsf.com, gradl@mrlawsf.com*
*Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov*
*Mark K. Slater    mslater@slaterhersey.com, amoses@slaterhersey.com*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2020 | Cindy Cripe | /s/ Cindy Cripe |
|---|---|---|
| Date | Printed Name | Signature |