# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, __Douglas C. Palmer__, Clerk of this Court,

certify that __Sophia Ashley Perna__, Bar # __------__,

was duly admitted to practice in this Court on __02/06/2015__, and is in good standing as a member of the Bar of this Court.

Dated at __Brooklyn__ on __08/17/2020__
              (Location)                              (Date)

Douglas C. Palmer
*CLERK OF COURT*

Salomon Mejia Jr , DEPUTY CLERK