1
2
3
4
5
6
7
8
9
10

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11

12

13

In re

Debtor(s).

)
)
)
)
)

Case No.

Chapter

14

15

**ORDER GRANTING APPLICATION FOR ADMISSION OF**
**ATTORNEY *PRO HAC VICE***

16

, whose business address and telephone number is

17

18

19

and who is an active member in good standing of the bar of

20

having applied in the above-entitled action for admission to practice in the Northern District of

21

California on a *pro hac vice* basis, representing

22

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

24

*vice.* Service of papers upon and communication with co-counsel designated in the application

25

will constitute notice to the represented party.  All future filings in this action are subject to the

26

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

27

Bankruptcy Court for the Northern District of California.

28

**\*\*END OF ORDER\*\***