```
 1  PAUL E. MANASIAN, ESQ., SBN 130855
    1310 65th Street
 2  Emeryville, California 94608
    Telephone: (415) 730-3419
 3  manasian@mrlawsf.com

 4
    Attorneys for Debtor
 5  Benja Incorporated

 6

 7
                    UNITED STATES BANKRUPTCY COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
                         SAN FRANCISCO DIVISION
10
```

| In re | Case No.: 20-30819 DM |
|---|---|
| BENJA INCORPORATED, | Chapter 11 |
| | **SUBSTITUTION OF COUNSEL** |
| Debtor. | |

TO THE BANKRUPTCY COURT AND ALL OTHER PARTIES IN INTEREST:

BENJA INCORPORATED, interested party herein, hereby substitutes PAUL E. MANASIAN, ESQ., 1310 65th Street, Emeryville, California 94608, (415) 730-3419 as its attorney of record in the above Chapter 11 case in place of SLATER LAW GROUP, APC, 33 New Montgomery Street, Suite 1210, San Francisco, California 94105, (415) 294-7700.

//

//

//

//

//

**I accept this substitution.**

Dated: October 16, 2020          By: _____
                                     Andrew J. Chapin

**I accept this substitution.**

Dated: October 16, 2020          By: */s/ Paul E. Manasian*
                                     Paul E. Manasian, Esq.

**We concur to this substitution.**          SLATER LAW GROUP APC

Dated: October 16, 2020          By: _____
                                     Mark K. Slater
                                     Junyong Huang-Stowers