# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: lparada | Date Created: 10/16/2020 |
| Case: 20–30819 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Benja Incorporated      26 Cragmont Avenue      San Francisco, CA 94116

TOTAL: 1