# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 10/16/2020
Case: 20–30819     Form ID: OFP     Total: 8

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
aty     Jared A. Day     jared.a.day@usdoj.gov
aty     Paul E. Manasian     manasian@mrlawsf.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Benja Incorporated     26 Cragmont Avenue     San Francisco, CA 94116
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101–7346
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952

TOTAL: 5