RANDYE B. SOREF (State Bar No. 99146)
rsoref@polsinelli.com
TANYA BEHNAM (State Bar No. 322593)
tbehnam@polsinelli.com
Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

JERRY L. SWITZER, JR. (*pro hac vice pending*)
jswitzer@polsinelli.com
JEAN SOH (*pro hac vice pending*)
jsoh@polsinelli.com
Polsinelli PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:   (312) 819-1900
Facsimile:   (312) 819-1910

*Attorneys for Busey Bank*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**BENJA INCORPORATED,**<br><br>Debtor. | Case No. 20-30819<br><br>Chapter 11<br><br>Judge Dennis Montali<br><br>**CREDITOR BUSEY BANK'S MOTION FOR ORDER SETTING HEARING ON SHORTENED NOTICE; DECLARATION OF JERRY L. SWITZER, JR. IN SUPPORT**<br><br>Date:     October 23, 2020<br>Time:    10:30 a.m.<br>Place:    Hearing to be conducted by<br>             telephone via CourtCall.<br><br>***All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19*** |

1

**MOTION OF BUSEY BANK REQUESTING ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS**

*pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.*

Related Documents: [19, 20, & 21]

Busey Bank, as creditor of Benja Incorporated, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby submits this Motion (the "Motion to Shorten"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order shortening time for a hearing on October 29, 2020, at 10:30 a.m. (prevailing Pacific Time), or as soon thereafter as is convenient for the Court, on Busey Bank's concurrently filed *Motion for the Appointment of a Chapter 11 Trustee or, in the alternative, for Conversion of the Case to Chapter 7 of the Bankruptcy Code* (the "Motion"). [Dkt. No. 19]. The Debtors request that any responses or objections be in writing and filed with Court and served by 4:00 p.m. (Pacific Standard Time) on October 28, 2020.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and Bankruptcy Local Rule 5011-1(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. BACKGROUND

On October 15, 2020 (the "Petition Date"), the Debtor commenced this case by filing a

2

**MOTION TO BUSEY BANK REQUESTING ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS**

Case: 20-30819    Doc# 22    Filed: 10/20/20    Entered: 10/20/20 18:12:58    Page 2 of 9

75108186.1

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). The Debtor continues to operate and manage its business as a debtor in possession pursuant to Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been appointed in the Chapter 11 Case.

## III. SHORTENING TIME FOR HEARING ON THE MOTION IS WARRANTED

Pursuant to Bankruptcy Local Rule 9014-1(b)(1)(D), a motion to appoint a trustee is to be set for an actual hearing. Bankruptcy Local Rule 9006-1(a) provides that, except as set forth therein, "approval of the Court is required to enlarge or to shorten time to perform any act or file any paper pursuant to the Federal Rules of Civil Procedures, the Bankruptcy Rules, or these Bankruptcy Local Rules." Busey Bank requests that its Motion be set for hearing on October 23, 2020, or as soon thereafter as is convenient for the Court. Busey Bank requests that any responses or objections to the Motion be presented at the hearing.

In support of this Motion to Shorten, Busey Bank submits the Declaration of Jerry L. Switzer ("Switzer Declaration"), filed contemporaneously herewith, along with a proposed form of order granting the relief requested.

As set forth in the Switzer Declaration, the relief requested in the Motion is necessary, to among other things, protect the interests of the Debtor's creditors, and all of such relief is necessary to preserve and maximize the value of the Debtor's estates and operations for the benefit of all parties in interest. As further set forth in the Switzer Declaration, counsel for Busey Bank contacted counsel for the United States Trustee, and Debtor's counsel, and received no opposition to this request to shorten time.

Based on the foregoing, the Debtors request that notice be shortened to permit the Motion to be heard on October 29, 2020, at 10:30 a.m. (Pacific Standard Time), and for written objections,

3

**MOTION TO BUSEY BANK REQUESTING ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS**

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

if any, to be filed and served by 4:00 p.m. (Pacific Standard Time) on October 28, 2020.

**IV.  NOTICE**

Notice of this Motion will be provided to (i) the Office of the United States Trustee for Region 17 (Attn: Jared A. Day, Esq., Jared.A.Day@usdoj.gov); (ii) Debtor's counsel; (iii) the Office of the United States Attorney for the Northern District of California; and (iv) those persons who have formally appeared in this Chapter 11 Case and requested service pursuant to Bankruptcy Rule 2002. Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, Busey Bank respectfully submits that no further notice is required.

No previous request for the relief sought herein has been made by Busey Bank to this or any other court.

WHEREFORE Busey Bank respectfully requests entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: October 20, 2020                    Respectfully submitted,

                                                      **POLSINELLI LLP**

By: /s/ *Randye B. Soref*
     Randye B. Soref
     Tanya Behnam

*Attorneys for Creditor Busey Bank*

RANDYE B. SOREF (State Bar No. 99146)
rsoref@polsinelli.com
TANYA BEHNAM (State Bar No. 322593)
tbehnam@polsinelli.com
Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile:    (310) 556-1802

JERRY L. SWITZER, JR. (*pro hac vice pending*)
jswitzer@polsinelli.com
JEAN SOH (*pro hac vice pending*)
jsoh@polsinelli.com
Polsinelli PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:    (312) 819-1900
Facsimile:    (312) 819-1910

*Attorneys for Busey Bank*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**BENJA INCORPORATED,**<br><br>Debtor. | Case No. 20-30819<br><br>Chapter 11<br><br>Judge Dennis Montali<br><br>**DECLARATION OF JERRY L. SWITZER, JR. IN SUPPORT OF CREDITOR BUSEY BANK'S MOTION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>Related Documents: [19, 20, & 21] |

## **DECLARATION OF JERRY L. SWITZER, JR.**

Pursuant to 28 U.S.C. § 1764, Jerry L. Switzer, Jr. declares as follows under the penalty of perjury:

1. I am an attorney with the law firm of Polsinelli LLC. I am admitted to practice in the State of Illinois and New York. My application to appear before this Court *pro hac vice* is forthcoming.

2. I submit this Declaration in support of the Busey Bank Motion for an Order Setting Hearing on Shortened Notice (the "Motion to Shorten"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California, for a hearing on Motion for the Appointment of a Chapter 11 Trustee or, in the alternative, for Conversion of the Case to Chapter 7 of the Bankruptcy Code (the "Motion") [Dkt. No. 19] on October 29, 2020, at 10:30 a.m. (prevailing Pacific Time).

3. Busey Bank requests that any responses or objections to the Motion be presented at the hearing.

4. The relief requested in the Motion to Shorten is necessary, to among other things, protect the interests of the Debtor's creditors, and all of such relief is necessary to preserve and maximize the value of the Debtor's estates and operations for the benefit of all parties in interest. As set forth in detail in the Motion, the Debtor has committed extensive fraudulent actions by and through Andrew J. Chapin ("Chapin"), the Debtor's purported Chief Executive Officer and Director. Chapin has engaged, and has caused the Debtor to engage, in an extensive pattern of malfeasance and fraud, as set forth in the Declaration of Joe Alouf, the former Interim President and Chief Financial Officer of the Debtor, and the Declaration of Michael McElhone, a Vice President and Special Assets Officer of Busey Bank, which necessarily requires investigation by a trustee.

5. Busey Bank has not previously requested a time modification related to the subject of this request, whether by stipulation or Court order.

6. There will be no effect on the schedule for the case if the Motion to Shorten is granted.

7. On October 20, 2020, at or around 5:51 p.m. (Pacific Time), I sent an e-mail to Paul Manasian, the Debtor's counsel, regarding Busey Bank's request to shorten time on the Motion.

8. On October 20, 2020, at or around 5:59 p.m. (Pacific Time), I sent an e-mail to Jared Day, counsel for the United States Trustee ("UST"), regarding Busey Bank's request to shorten time on the Motion.

9. As of the filing, I have been informed by the UST that they do not have an objection to this request.

10. As of the filing, I have not received a response from the Debtor's counsel.

11. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October, 2020.

*/s/ Jerry L. Switzer, Jr.*
Jerry L. Switzer, Jr.

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (specify): **CREDITOR BUSEY BANK'S MOTION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On October 20, 2020, I served the document by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 20, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL
Hon. Dennis Montali
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2020 | Cindy Cripe | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

# ATTACHMENT TO SERVICE LIST

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov ankey.to@usdoj.gov

Mark K. Slater on behalf of Debtor Benja Incorporated mslater@slaterhersey.com amoses@slaterhersey.com

Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov

Paul E. Manasian on behalf of Debtor Benja Incorporated manasian@mrlawsf.com gradl@mrlawsf.com

Randye B. Soref on behalf of Creditor Busey Bank rsoref@polsinelli.com

Tanya Behnam on behalf of Creditor Busey Bank tbehnam@polsinelli.com tanyabehnam@gmail.com

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| Debtor<br>Benja Incorporated<br>26 Cragmont Avenue<br>San Francisco, CA 94116 | Debtor's Attorney<br>Paul E. Manasian, Esq.<br>Law Offices of Paul E. Manasian<br>1310 65th Street<br>Emeryville, CA 94608 | |

**3. SERVED BY EMAIL**

*Jared.A.Day@usdoj.gov*
Jared A. Day
U.S. Department of Justice
Office of the U.S. Trustee, Region 17
300 Booth Street, Suite 3009
Reno, NV 89509

2