POLSINELLI PC
JERRY L. SWITZER, JR.
*jswitzer@polsinelli.com*
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

Benja Incorporated,

Debtor(s).

Case No. 20-30819
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Jerry L. Switzer, Jr.__, an active member in good standing of the bar of __State of Illinois__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Busey Bank__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Randye Soref, Polsinelli LLP, 2049 Century Park East, Suite 2900, Los Angeles, CA 90067 Tel: 310-203-5367.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2020

/s/ Jerry L. Switzer, Jr.
Jerry L. Switzer, Jr.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jerry Lewis Switzer, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of October, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jean Soh

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 07/12/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of October, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**Benja Incorporated,**

Debtor(s).

Case No. **20-30819**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Jerry L. Switzer, Jr.**, whose business address and telephone number is

**Polsinelli PC**
**150 N. Riverside Plaza, Ste 3000, Chicago, IL 60606**
**Tel: 312-873-3626**

and who is an active member in good standing of the bar of **State of Illinois**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Busey Bank.**

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**