Signed and Filed: October 22, 2020



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**Benja Incorporated,**

Debtor(s).

Case No. **20-30819**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Jean Soh**, whose business address and telephone number is

**Polsinelli PC**
**150 N. Riverside Plaza, Ste 3000, Chicago, IL 60606**
**Tel: 312-873-3628**

and who is an active member in good standing of the bar of **State of Illinois**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Busey Bank.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**