Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 11 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819 DM |
| BENJA INCORPORATED | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF BOND BY CHAPTER 11 TRUSTEE** |

**PLEASE TAKE NOTICE** that:

KYLE EVERETT, Chapter 11 Trustee in this matter, has obtained the required bond for his service as trustee. A true and correct copy of the Trustee Bond is attached hereto as Exhibit A.

Dated: November 16, 2020          FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Kyle Everett

Case: 20-30819    Doc# 49    Filed: 11/16/20    Entered: 11/16/20 09:33:29    Page 1 of 5

# EXHIBIT A

# SURETEC INSURANCE COMPANY
## 5555 Garden Grove Blvd, Suite 275, Westminster, CA 92683

**UNITED STATES BANKRUPTCY COURT**
NORTHER **DISTRICT OF** CALIFORNIA

**BOND**     **NUMBER** 3481588

| In re | |
|---|---|
| **BENJA INCORPORATED** | **TRUSTEE BOND** |
| | Chapter 11 |
| Debtor. | Case No. 20-30819-DM |

**KNOW ALL BY THESE PRESENTS,** That we, KYLE EVERETT of 150 POST STREET, STE. 400, SAN FRANCISCO, CA 94108 and **SURETEC INSURANCE COMPANY,** a corporation created and existing under the laws of the State of Texas, as Surety, is held and firmly bound unto **THE UNITED STATES OF AMERICA** in the sum of ONE HUNDRED SEVENTY FIVE THOUSAND & NO/100THS ($ 175,000.00 )DOLLARS lawful money of the United States to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**THE CONDITION OF THE OBLIGATION IS SUCH,** That, **WHEREAS,** the above named KYLE EVERETT was appointed Trustee in the case pending in bankruptcy wherein BENJA INCORPORATED, **Case No.** 20-30819-DM, is the Debtor and he has accepted said trusts with all the duties and obligations pertaining thereto.

**NOW, THEREFORE,** if the said **PRINCIPAL** shall obey such orders as said Court may make in relation to said trust, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtor which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

**This bond is effective as of the** 3rd **day of** November, 20 20

**Signed and sealed this** 12th **day of** November, 20 20

BY: _/s/ Kyle Everett_ **Principal**

**SURETEC**     **INSURANCE COMPANY**

BY: _/s/ Paul D. Fazzio_ **Attorney-In-Fact**

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __SONOMA__ )

On __11/12/2020__ before me, __Charles David Carter, Notary Public__
(insert name and title of the officer)

personally appeared __Paul D. Fazzio__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHARLES DAVID CARTER
COMM. #2161912
Notary Public • California
Sonoma County
My Comm. Expires Aug. 31, 2020

The notary commission extended pursuant to Executive Order N-63-20 and N-71-20

POA #: 510392

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Paul D. Fazzio, Charles D. Carter

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

> *Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:
>
> *Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.
>
> *Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 15th day of June A.D. 2020.

SURETEC INSURANCE COMPANY

By: _____
Michael C. Keimig, President



State of Texas         ss:
County of Harris

On this 15th day of June, A.D. 2020 before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



Tanya Sneed, Notary Public
My commission expires March 30, 2023

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 12th day of November, 2020, A.D.

_____
M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.**
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.