**Fill in this information to identify the case:**

Debtor name __Benja Incorporated__

United States Bankruptcy Court for the: __Northern__   District of __CA__
(State)

Case number (If known): 20-30819   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   **X** No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Case: 20-30819   Doc# 55   Filed: 11/18/20   Entered: 11/18/20 11:32:03   Page 1 of 1

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page 1 of ___