Fill in this information to identify the case:

Debtor name: Benja Incorporated

United States Bankruptcy Court for the: Northern    District of: CA
(State)

Case number (If known): 20-30819

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Andrew J. Chapin | 26 Cragmont Avenue<br>Street<br><br>San Francisco  CA  94116<br>City  State  ZIP Code | Busey, E-Revshare Core, LLC, BB Lending, Sean Fleming | ☒ D<br>☒ E/F<br>☐ G |
| 2.2 | Thomas Goode | 2901 Barton Skyway, #3002<br>Street<br><br>Austin  TX  78746<br>City  State  ZIP Code | Busey Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |