Entered on Docket
November 18, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Proposed Counsel for Chapter 11 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>   Debtor. | Case No. 20-30819 DM<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 TRUSTEE (FINESTONE HAYES LLP)** |

The Court has considered the application of the Kyle Everett, the Chapter 11 Trustee (the "Trustee") to employ Finestone Hayes LLP as his counsel (the "Application") and the supporting declaration of Stephen D. Finestone. ECF 47, 48. Upon due consideration and good cause appearing therefor, and based upon the record before the Court, Finestone Hayes LLP: (i) does not hold or represent an interest adverse to the estate in the matters on which it is to be employed; (ii) is disinterested; and (iii) its employment is in the best interest of the estate. Accordingly, the Court hereby orders as follows:

1. The Application is granted.

2. The Trustee is authorized to employ Finestone Hayes LLP as his counsel with compensation subject to approval of the Court pursuant to Bankruptcy Code Sections 330 and 331.

\* \* END OF ORDER \* \*

**COURT SERVICE LIST**

(ECF PARTICIPANTS ONLY)