UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Case No. 20-30819
Chapter 11

AMENDED APPLICATION
FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Debtor(s).

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, _____, an aan active member in good standing of the bar of _____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing _____ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

_____

_____

_____.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: \_11

_____