Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 11 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>Debtor. | Case No. 20-30819 DM<br><br>Chapter 11<br><br>**NOTICE OF FILING OF CREDITOR MATRIX BY CHAPTER 11 TRUSTEE** |

**PLEASE TAKE NOTICE** that:

KYLE EVERETT, Chapter 11 Trustee (the "Trustee") in this matter, files the attached creditor matrix. Please note that the Trustee files this matrix because the Debtor has not done so. Moreover, the Trustee understands that Debtor's principal has been arrested and charged by the federal government and the Trustee therefore does not anticipate the Debtor filing its own matrix. Accordingly, the Trustee files the attached matrix based on information he has obtained to date. The Trustee believes the attached matrix is incomplete and it will need to be updated as he obtains additional information. By listing any party on the attached list, the Trustee is not admitting that such party is a creditor in this Chapter 11 case. The list is compiled for notice purposes only.

Dated: November 27, 2020                                           FINESTONE HAYES LLP


                                                               /s/ Stephen D. Finestone
                                                               Stephen D. Finestone
                                                                Attorneys for Kyle Everett

American Express
P.O. Box 981535
El Paso, TX 79998


Andrew J. Chapin
26 Cragmont
San Francisco, CA 94116


Apple Card/Goldman Sachs
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170-6112


BB Lending, LLC
321 W. Winnie Lance, Suite 104
Carson City, NV 89703


Benjamin Lamb
16748 Hickory Crest Dr.
Wildwood, MO 63011


Blue Startups
55 Merchant St,
Honolulu, HI 96813


Busey Bank
100 West University Ave.
Champaign, IL 61820


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0287

CFOs2Go
500 Ygnacio Valley Road
Suite 410
Walnut Creek, CA 94596


Chase
PO Box 15145
Wilmington, DE 19850


Corbel Capital Partners
11777 San Vicente Blvd.
Suite 777
Los Angeles, CA 90049


Court Cunningham
1435 Lexington Ave #6B
New York, NY 10128


Daniel Schurman
315 Jody Way
Timonium, MD 21093


E-Revshare Core, LLC
223 Wall St.
Box 416
Huntington, NY 11743


Employment Development Dept
State of California
Bankruptcy Unit - MIC 92E
Sacramento, CA 94280-0001


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000

Gary Wishik
9440 Santa Monica Blvd.
Suite 301
Beverly Hills, CA 90210


Gibralter Business Capital
400 Skokie Blvd #375
Northbrook, IL 60062


Gusto
525 20th Street
San Francisco, CA 94107


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Inverness Advisors, LLC
601 Montgomery St.
Suite 810
San Francisco, CA 94111


Jennifer Kelly
TYZ Law Group
4 Embarcadero Center
San Francisco, CA 94111


Jerry L. Switzer
Polsinelli PC
150 North Riverside Plaza, Ste. 3000
Chicago, IL 60606


Jonathan Lamb
629 N. Kingshighway St
Saint Charles, MO 63301

Kathryn J. Fritz
Fenwick & West LLP
555 California St.
San Francisco, CA 94104


Kaveri Inv. Mmgt. Company, LLC
3315 Collins Ave # 4B
Miami Beach, FL 33140


Koosh Media
2324 Metcalf St #10
Honolulu, HI 96822


Kruze Accounting
333 Kearny St., 4th Floor
San Francisco, CA 94108


Latham & Watkins
140 Scott Dr.
Menlo Park, CA 94025


Law Offices of Tyler Cesar
4590 MacArthur Blvd.
Suite 500
Newport Beach, CA 92660


Marie and Michael Bowers
12420 Happy Hollow Rd
Hunts Valley, MD 21030


Mark K. Slater
The Slater Law Group
33 New Montgomery St., Ste. 1210
San Francisco, CA 94105

Math Capital Fund I, LP
Attn: Eric Franchi
4 World Trade Center, 45th Floor
New York, NY 10007


Matthew Goldstein
1630 Commercial St.
East Weymouth, MA 02189


Michael Birkel
652 Trade Center Blvd
Chesterfield, MO 63005


Moosylvania Marketing, L.C.
7303 Marietta Avenue
Saint Louis, MO 63143


Morgan Reilly
7790 Westlakd Dr., #310
San Diego, CA 92108


Morning Blitz LLC
921 Heron Court
Marco Island, FL 34145


Murphy Hoffman Co.
11120 Tomahawk Creek Pkwy
Leawood, KS 66211-2695


MVB Contracting, Inc.
652 Trade Center Blvd.
Chesterfield, MO 63005

Nick Foppe
1350 Beverly Ave
Saint Louis, MO 63122


Oarex Funding
2529 Detroit Ave
Suite 135
Cleveland, OH 44113


Paul Manasian
1310 65th St.
Emeryville, CA 94608


Polly Wong
33 Sheridan Road
Oakland, CA 94618


Randye B. Soref
Polsinelli LLP
2019 Century Park East, Ste. 2900
Los Angeles, CA 90067


Rukin Hyland & Riggin
201 Mission St., #1250
San Francisco, CA 94105


Scott Olson
Vedder & Price
275 Battery St., Suite 2464
San Francisco, CA 94111


Sean Fleming
16817 Eagle Bluff Court
Chesterfield, MO 63005

Securities and Exchange Commission
Attn: Matthew Meyerhofer
44 Montgomery St., Ste. 2800
San Francisco, CA 94104


Slater Law Group
33 New Montgomery St.
Suite 1210
San Francisco, CA 94105


Sophia A. Perna-Plank
300 Garden City Plaza
Garden City, NY 11530


Sports Byline USA
300 Broadway, Suite 8
San Francisco, CA 94133


Steven Soulios
Ruta Soulios & Stratis LLP
211 East 43rd St.
New York, NY 10017


Taco Corp of America
Brett Buerck
12854 Kenan Dr.
Suite 145
Jacksonville, FL 32258


Thomas Goode III
c/o Brian H. Buster
3144 Bee Caves Road
Austin, TX 78746


Thomas Peters
PO Box 7080
San Carlos, CA 94070

UMB Financial Corp
1010 Grand Blvd.
Kansas City, MO 64106


VegasTechFund
5940 S. Rainbow Blvd
Ste 400 #49100
Las Vegas, NV 89118-2507


WCB Warehouse
3500 Comsouth Dr.
Austin, TX 78744


XRC Fund
Attn: Pano Anthos
68 Fifth Ave.
New York, NY 10011