

**Signed and Filed: December 2, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **BENJA INCORPORATED**

Debtor(s).

Case No. **20-30819**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**STEVEN SOULIOS**, whose business address and telephone number is **c/o Ruta Soulios & Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, New York 10017**

and who is an active member in good standing of the bar of **New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **XRC GROWTH FUND I, L.P.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**