

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 11 Trustee
Kyle Everett

**Signed and Filed: January 19, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>    Debtor. | Case No. 20-30819 DM<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON THE TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7** |

    Having considered the Motion for an Order Shortening Time filed by Kyle Everett (the "Trustee") and good cause appearing,

    **It is Ordered** that:

1. The Motion for an Order Shortening Time is granted.
2. The Court will hold a hearing on the Trustee's Motion to Convert Case to Chapter 7 (the "Motion to Convert") on January 29, 2021, at 10:30 a.m.
3. On or before January 20, 2021, the Trustee shall serve by U.S. Mail notice of the hearing on the Motion to Convert on: i) the parties identified in the 20 largest unsecured creditors list; ii) the Debtor; iii) the U.S. Trustee; and iv) any parties who have filed claims or requests for special notice or otherwise appeared in the case.
4. Any opposition to the Motion to Convert may be presented prior to or at the hearing on the matter.

** END OF ORDER **

**Court Service List:**

ECF PARTICIPANTS ONLY