DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: **BENJA INCORPORATED**
Debtor-In-Possession

Case No. 20-30819-DM

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 11/03/20 - 12/31/20      **PETITION DATE:** 10/15/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in      $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $132,535 | $0 | |
| | b. Total Assets | $132,535 | $0 | Under investigation |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $9,505,819 | $0 | $9,505,819 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $9,859 | $0 | $9,859 |
| | b. Total Disbursements | $0 | $0 | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $9,859 | $0 | $9,859 |
| | d. Cash Balance Beginning of Month | $122,676 | $0 | $0 |
| | e. Cash Balance End of Month (c + d) | $132,535 | $0 | $9,859 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($141) | $0 | ($141) |
| 5. | **Account Receivables (Pre and Post Petition)** | See schedule | $0 | |
| 6. | **Post-Petition Liabilities** | See schedule | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

At the end of this reporting month:                                                                                  **Yes**       **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                     X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                                                                                                      X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                                                                                                            X
12. Is the estate insured for replacement cost of assets and for general liability?                                  NA
13. Are a plan and disclosure statement on file?                                                                                                X
14. Was there any post-petition borrowing during this reporting period?                                                                       X

15. Check if paid: Post-petition taxes ___;    U.S. Trustee Quarterly Fees ____; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

Note: The answers to the above questions are based on the best information available to date to the Chapter 11 Trustee.

Date: 1/20/2021

*Kyle Everett* — DocuSigned by: 6CE32AEE77F94A4...    Trustee
Responsible Individual

DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

## STATEMENT OF OPERATIONS
### (General Business Case; Accrual)
For the Month Ended 11/03/20 - 12/31/20

| Actual | Forecast | Variance | | Current Month | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | $0 | $0 |
| $0 | $0 | $0 | 2 | less: Sales Returns & Allowances | $0 | $0 |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| $0 | $0 | $0 | 6 | Interest | $0 | $0 |
| $0 | $0 | $0 | 7 | Other Income: | $0 | $0 |
| $5 | $0 | $5 | 8 | Misc cash receipts | $5 | $0 |
| $9,854 | $0 | $9,854 | 9 | Tax Refund | $9,854 | $0 |
| $9,859 | $0 | $9,859 | 10 | **Gross Profit** | $9,859 | $0 |
| | | $0 | | **Expenses:** | $0 | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $0 | $0 | $0 | 12 | Salaries | $0 | $0 |
| | $0 | $0 | 13 | Commissions | $0 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor | $0 | $0 |
| | | | | Rent/Lease: | | |
| | $0 | $0 | 15 | Personal Property | $0 | $0 |
| $0 | $0 | $0 | 16 | Real Property | $0 | $0 |
| $0 | $0 | $0 | 17 | Insurance | $0 | $0 |
| $0 | $0 | $0 | 18 | Management Fees | $0 | $0 |
| $0 | $0 | $0 | 19 | License | $0 | $0 |
| | | | | Taxes: | | |
| $0 | $0 | $0 | 20 | Employer Payroll Taxes | $0 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $0 | $0 |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | $0 |
| $0 | $0 | $0 | 23 | Other Selling | $0 | $0 |
| $0 | $0 | $0 | 24 | Other Administrative | $0 | $0 |
| $0 | $0 | $0 | 25 | Interest | $0 | $0 |
| $0 | $0 | $0 | 26 | Other Expenses: | $0 | $0 |
| $0 | $0 | $0 | 27 | | $0 | $0 |
| $0 | $0 | $0 | 28 | | $0 | $0 |
| $0 | $0 | $0 | 29 | | $0 | $0 |
| $0 | $0 | $0 | 30 | | $0 | $0 |
| $0 | $0 | $0 | 31 | | $0 | $0 |
| $0 | $0 | $0 | 32 | | $0 | $0 |
| $0 | $0 | $0 | 33 | | $0 | $0 |
| $0 | $0 | $0 | 34 | | $0 | $0 |
| $0 | $0 | $0 | 35 | **Total Expenses** | $0 | $0 |
| $9,859 | $0 | $9,859 | 36 | **Subtotal** | $9,859 | $0 |
| | | | | **Reorganization Items:** | | |
| ($10,000) | $0 | ($10,000) | 37 | Professional Fees (Estimate) | ($10,000) | $0 |
| | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $0 | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | $0 | $0 |
| $0 | $0 | $0 | 42 | | $0 | $0 |
| ($10,000) | $0 | ($10,000) | 43 | **Total Reorganization Items** | ($10,000) | $0 |
| ($141) | $0 | ($141) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($141) | $0 |
| | $0 | $0 | 45 | Federal & State Income Taxes | $0 | $0 |
| ($141) | $0 | ($141) | 46 | **Net Profit (Loss)** | ($141) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):
Note: The information above is based on the best information available to the Chapter 11 Trustee

Revised 1/1/98

DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

# BALANCE SHEET
## (General Business Case)
For the Month Ended  11/03/20 - 12/31/20

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $122,681 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | See schedule |
| 4 | Inventory | B | See schedule |
| 5 | Deposits and Prepaid expenses | | $0 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Deposits in transit | | $9,854 |
| 9 | | | $0 |
| 10 | **Total Current Assets** | | $132,535 |
| | **Property and Equipment (Market Value)** | | |
| 11 | Real property | C | See schedule |
| 12 | Machinery and equipment | D | $0 |
| 13 | Furniture and fixtures | D | $0 |
| 14 | Office equipment | D | See schedule |
| 15 | Leasehold improvements | D | $0 |
| 16 | Vehicles | D | $0 |
| 17 | Other: | D | |
| 18 | | D | $0 |
| 19 | | D | |
| 20 | | D | |
| 21 | | D | |
| 22 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 23 | Loans to shareholders | | |
| 24 | Loans to affiliates | | |
| 25 | Fradulent Transfers | | In Process; under investigation |
| 26 | Assets in subsidiaries | | Under investigation |
| 27 | | | |
| 28 | | | $0 |
| 29 | **Total Other Assets** | | $0 |
| 30 | **Total Assets** | | $132,535 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Note: The information above is based on the best information available to the Chapter 11 Trustee

DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount |
|---|---|---|---|
| 31 | Salaries and wages | | Under investigation |
| 32 | Payroll taxes | | See schedule |
| 33 | Real and personal property taxes | | |
| 34 | Income taxes | | Under investigation |
| 35 | Sales taxes | | |
| 36 | Notes payable (short term) | | |
| 37 | Accounts payable (trade) | A | See schedule |
| 38 | Real property lease arrearage | | |
| 39 | Personal property lease arrearage | | |
| 40 | Accrued professional fees (Estimate) | | |
| 41 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 42 | Other: | | |
| 43 | | | |
| 44 | | | |
| 45 | **Total Current Liabilities** | | |
| 46 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 47 | **Total Post-Petition Liabilities** | | |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | | Amount |
|---|---|---|---|
| 48 | Secured claims | F | $5,035,580 |
| 49 | Priority unsecured claims | F | $31,704 |
| 50 | General unsecured claims | F | $4,438,535 |
| 51 | **Total Pre-Petition Liabilities** | | $9,505,819 |
| 52 | **Total Liabilities** | | $9,505,819 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 53 | Retained Earnings/(Deficit) at time of filing | Unknown |
| 54 | Capital Stock | Unknown |
| 55 | Additional paid-in capital | |
| 56 | Cumulative profit/(loss) since filing of case | ($141) |
| 57 | Post-petition contributions/(distributions) or (draws) | |
| 58 | Other | ($9,373,143) |
| 59 | Market value adjustment | |
| 60 | **Total Equity (Deficit)** | ($9,373,284) |
| 61 | **Total Liabilities and Equity (Deficit)** | $132,535 |

Note: The information above is based on the best information available to the Chapter 11 Trustee

DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

x

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | | | |
| Total accounts receivable/payable | Unknown (A) | Unknown (A) | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

(A) These amounts are unknown, still under investigation and the receivable balance are likely nominal.

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| | | Net purchase | |
| Product for resale | $       - (A) | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____ No _____
How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____
Date of last physical inventory was _____

x Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
   Explain
_____
_____

Note: The company's inventory is still under investigation and value is unknown.

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery, Equipment & Vehicles- |  |  |
| **Under Investigation** | $0 | $0 |
|  |  | $0 |
|  |  |  |
| Total | $0 | $0 |
|  |  |  |
| Furniture & Fixtures - |  |  |
| **Under Investigation** |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
|  |  |  |
| Office Equipment - |  |  |
| **Under Investigation; likely nominal** | $0 | $0 |
|  |  |  |
| Total | $0 | $0 |
|  |  |  |
| Leasehold Improvements - |  |  |
|  | $0 | $0 |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |
|  |  |  |
| Other - |  |  |
| Various domains - Under Investigation |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

DocuSign Envelope ID: C4F7A86E-6F47-40EB-B8D4-869551A897C5

x

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

(A) Balances of the above amounts are currently unknown and under investigation.

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $5,035,580 | TBD |
| Priority claims other than taxes | | TBD |
| Priority tax claims | $31,704 | TBD |
| General unsecured claims | $4,438,535 | TBD |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|
| Bank | Chase Bank | | | | |
| Account Type | Checking | | | | |
| Account No. | xx30732 | | | | |
| Account Purpose | | | | | |
| Balance, End of Month | $122,681 | | | | |

Total Funds on Hand for all Accounts      $122,681

x Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 11/03/20 - 12/31/20

|   |   | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Unknown | $5 | $5 |
| 8 | State of California - Tax Refund | $9,854 | $9,854 |
| 9 | | $0 | $0 |
| 10 | | $0 | $0 |
| 11 | | $0 | $0 |
| 12 | | $0 | $0 |
| 13 | | $0 | $0 |
| 14 | **Total Cash Receipts** | $9,859 | $9,859 |
| | **Cash Disbursements** | | $0 |
| 15 | Payments for Inventory | $0 | $0 |
| 16 | Selling | $0 | $0 |
| 17 | Administrative | $0 | $0 |
| 18 | Capital Expenditures | $0 | $0 |
| 19 | Principal Payments on Debt | $0 | $0 |
| 20 | Interest Paid | $0 | $0 |
| | Rent/Lease: | $0 | $0 |
| 21 |    Real Property | $0 | $0 |
| 22 |    Personal Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 23 |    Salaries | $0 | $0 |
| 24 |    Draws | $0 | $0 |
| 25 |    Commissions/Royalties | $0 | $0 |
| 26 |    Expense Reimbursements | $0 | $0 |
| 27 |    Other | $0 | $0 |
| 28 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 29 | Management Fees | $0 | $0 |
| | Taxes: | $0 | $0 |
| 30 |    Employee Withholding | $0 | $0 |
| 31 |    Employer Payroll Taxes | $0 | $0 |
| 32 |    Real Property Taxes | $0 | $0 |
| 33 |    Other Taxes | $0 | $0 |
| 34 | Other Cash Outflows: | $0 | $0 |
| 35 | | $0 | $0 |
| 36 | | $0 | $0 |
| 37 | | $0 | $0 |
| 38 | | $0 | $0 |
| 39 | | $0 | $0 |
| 40 | | $0 | $0 |
| 41 | | $0 | $0 |
| 42 | | $0 | $0 |
| 43 | | $0 | $0 |
| 44 | | $0 | $0 |
| 45 | | $0 | $0 |
| 46 | | $0 | $0 |
| 47 | | $0 | $0 |
| 48 | | $0 | $0 |
| 49 | | $0 | $0 |
| 50 | | $0 | $0 |
| 51 | | $0 | $0 |
| 52 | **Total Cash Disbursements:** | $0 | $0 |
| 53 | **Net Increase (Decrease) in Cash** | $9,859 | $9,859 |
| 54 | **Cash Balance, Beginning of Period** | $122,676 | $122,676 |
| 55 | **Cash Balance, End of Period** | $132,535 | $132,535 |

Note: The company's inventory is still under investigation and value is unknown.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: 30732

## CUSTOMER SERVICE INFORMATION

If you have any questions about your statement, please contact your Customer Service Professional.

00000842 DDA 703 211 30520 NNNNNNNNNNN 1 000000000 64 0000
BENJA INCORPORATED
845 MARKET ST STE 450A
SAN FRANCISCO CA 94103-1932



## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $110,006.40 |
| Deposits and Additions | 3 | 12,670.08 |
| Ending Balance | 3 | $122,676.48 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Gibraltar Business Capital LLC Northbrook IL 60062-7928 Ref: Chase Nyc/Ctr/Bnf=Benja Incorporated San Francisco CA 94103-1932 US/Ac -000000005993 Rfb=43649 Imad: 1002I1B7032R016285 Trn: 7155909276Ff | $12,669.96 |
| 10/22 | Orig CO Name:Rainy Day Printi     Orig ID:1813986608 Desc Date:     CO Entry Descr:ACH     Sec:CCD    Trace#:042000017373876 Eed:201022   Ind ID: Ind Name:Benja Incorporated Trn: 2957373876Tc | 0.08 |
| 10/22 | Orig CO Name:Rainy Day Printi     Orig ID:1813986608 Desc Date:     CO Entry Descr:ACH     Sec:CCD    Trace#:042000017373875 Eed:201022   Ind ID: Ind Name:Benja Incorporated Trn: 2957373875Tc | 0.04 |
| **Total Deposits and Additions** |  | **$12,670.08** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/02 | $122,676.36 |
| 10/22 | 122,676.48 |

Case: 20-30819    Doc# 76    Filed: 01/20/21    Entered: 01/20/21 21:52:13    Page 9 of 10



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

