Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 11 Trustee
Kyle Everett

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>    Debtor. | Case No. 20-30819 DM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>**Date:**  January 29, 2021<br>**Time:**  10:30 a.m<br>Via Tele/Videoconference |

**PLEASE TAKE NOTICE** that:

A hearing on the Motion to Convert Case to Chapter 7 filed the Chapter 11 Trustee, Kyle Everett, will take place before the Hon. Dennis Montali on January 29, 2021 at 10:30 a.m.

Any party wishing a copy of the pleadings filed in support of the motion may request them from Stephen D. Finestone (sfinestone@fhlawllp.com). Any opposition to the motion may be presented prior to or at the hearing on the matter.

**Pursuant to Fourth Amended General Order 38, this hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to**

NOTICE OF HRG ON MOTION TO CONVERT

arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: January 20, 2021                                   FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Kyle Everett

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused true and correct copies of the following documents:

**NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7**

to be served in the manner stated below.

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On January 20, 2021, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

2. **SERVED BY FIRST CLASS UNITED STATES MAIL**

On January 7, 2021, I caused the following persons and/or entities to be served at the last known addresses in this action by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2021, in San Francisco, California.

                                    */s/ Anne Mavromatis*
                                    Anne Mavromatis

| | |
|---|---|
| 1 | Sean Fleming |
| | 16817 Eagle Bluff Court |
| 2 | Chesterfield, MO 63005 |
| 3 | Matthew Goldstein |
| | 1630 Commercial St. |
| 4 | Weymouth, MA 02189 |
| 5 | Morgan Reilly |
| | 7790 Westside Dr., #310 |
| 6 | San Diego, CA 92108 |
| 7 | Benja Incorporated |
| | 26 Cragmont St. |
| 8 | Berkeley, CA 94116 |
| 9 | Office of the U.S. Trustee |
| | 452 Golden Gate Ave, 5th Fl. |
| | Suite 5-0153 |
| 10 | San Francisco, CA 94102 |
| 11 | Busey Bank |
| | 100 West University Ave. |
| 12 | Champaign, IL 61820 |
| 13 | Steven Soulios/XRC Growth Fund |
| | Ruta Soulios & Stratis, LLP |
| 14 | 211 E. 43rd St., 24th Fl. |
| | New York, NY 10017 |
| 15 | |
| 16 | E-Revshare Core, LLC |
| | c/o Jaspan Schlesinger LLP |
| | 300 Garden City Plaza, 5th Fl. |
| 17 | Garden City, NY 11530-3333 |
| 18 | Paul Manasian |
| | 1310 65th St. |
| 19 | Emeryville, CA 94608-1119 |
| 20 | Jerry L. Switzer |
| | Polsinelli PC |
| 21 | 150 N Riverside Plaza, #3000 |
| | Chicago, IL 60606-1599 |
| 22 | |
| | Thomas Goode |
| 23 | c/o Brian H. Buster |
| | 3144 Bee Caves Road |
| 24 | Austin, TX 78746 |
| 25 | Securities and Exchange Comm'n |
| | Attn: Matthew Meyerhofer |
| 26 | 44 Montgomery St., Ste. 2800 |
| | San Francisco, CA 94104 |
| 27 | Massachusetts Dept. of Rev. |
| | P.O. Box 9564 |
| 28 | Boston, MA 02114-9564 |

NOTICE OF HRG ON MOTION TO CONVERT

| | |
|---|---|
| 1 | |
| 2 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7316 |
| 3 | |
| 4 | 2007 Sklar Family Trust<br>c/o Ruta Soulios & Stratis, LLP<br>211 E. 43rd St., 24th Fl. |
| 5 | New York, NY 10017 |
| 6 | Mike Birkel<br>c/o Ruta Soulios & Stratis, LLP |
| 7 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 8 | |
| 9 | Jonathan Lamb<br>c/o Ruta Soulios & Stratis, LLP<br>211 E. 43rd St., 24th Fl. |
| 10 | New York, NY 10017 |
| 11 | Marie and Michael Bowers<br>c/o Ruta Soulios & Stratis, LLP |
| 12 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 13 | |
| 14 | Nick Foppe<br>c/o Ruta Soulios & Stratis, LLP<br>211 E. 43rd St., 24th Fl. |
| 15 | New York, NY 10017 |
| 16 | Hoskins/Frame Family Trust<br>c/o Ruta Soulios & Stratis, LLP |
| 17 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 18 | |
| 19 | David Hughes<br>c/o Ruta Soulios & Stratis, LLP<br>211 E. 43rd St., 24th Fl. |
| 20 | New York, NY 10017 |
| 21 | Kaveri Inv. Management Co.<br>c/o Ruta Soulios & Stratis, LLP |
| 22 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 23 | |
| 24 | Irving Ryba<br>c/o Ruta Soulios & Stratis, LLP<br>211 E. 43rd St., 24th Fl. |
| 25 | New York, NY 10017 |
| 26 | Daniel Schurman<br>c/o Ruta Soulios & Stratis, LLP |
| 27 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 28 | |

NOTICE OF HRG ON MOTION TO CONVERT

5

| | |
|---|---|
| 1 | Polly Wong<br>c/o Ruta Soulios & Stratis, LLP |
| 2 | 211 E. 43rd St., 24th Fl.<br>New York, NY 10017 |
| 3 | |
| 4 | City and County of San Francisco<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 |
| 5 | |
| 6 | Fenwick & West<br>801 California St.<br>Mountain View, CA 94041 |
| 7 | |
| 8 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2950 |
| 9 | Sacramento, CA 95812-2952 |

NOTICE OF HRG ON MOTION TO CONVERT