Form DCLM

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:    Benja Incorporated <br>      aka   EPHE., Benjamin <br>          Debtor(s) | Case No.: 20–30819 DM 11 <br><br> Chapter: 11 |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number 23 filed electronically in this case on 1/20/21 by Franchise Tax Board is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☐ Wrong PDF Attached

☑ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☑ Other Debtor's name & case number is incorrect. Incorrect amount listed on claim form;

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.


Dated: 1/21/21                               For the Court:

                                                      Edward J. Emmons
                                                      Clerk of Court
                                                      United States Bankruptcy Court