# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: awong2 | Date Created: 1/21/2021 |
| Case: 20–30819 | Form ID: DCLM | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Benja Incorporated 26 Cragmont Avenue San Francisco, CA 94116
15260579 FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812–2952

TOTAL: 2