United States Bankruptcy Court
Northern District of California

| In re: | Case No. 20-30819-DM |
|---|---|
| Benja Incorporated | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0971-3 | User: awong2 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: DCLM | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Benja Incorporated, 26 Cragmont Avenue, San Francisco, CA 94116-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15260579 | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 22 2021 04:07:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 23, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov ankey.to@usdoj.gov |
| Jean Soh | on behalf of Creditor Busey Bank jsoh@polsinelli.com chicagodocketing@polsinelli.com |

| | |
|---|---|
| Jerry L. Switzer, Jr. | on behalf of Creditor Busey Bank jswitzer@polsinelli.com chicagodocketing@polsinelli.com |
| Kyle Everett | keverett@dsi.biz |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Paul E. Manasian | on behalf of Debtor Benja Incorporated manasian@mrlawsf.com gradl@mrlawsf.com |
| Randye B. Soref | on behalf of Creditor Busey Bank rsoref@polsinelli.com |
| Sophia Ashley Perna-Plank | on behalf of Interested Party E-Revshare Core LLC spernaplank@jaspanllp.com, smionis@jaspanllp.com |
| Stephen D. Finestone | on behalf of Trustee Kyle Everett sfinestone@fhlawllp.com |
| Steven Soulios | on behalf of Creditor XRC Fund III ssoulios@lawnynj.com steve@lawnynj.com |
| Tanya Behnam | on behalf of Creditor Busey Bank tbehnam@polsinelli.com tanyabehnam@gmail.com |

TOTAL: 11

Form DCLM

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Benja Incorporated | Case No.: 20−30819 DM 11 |
|---|---|---|
| | aka EPHE., Benjamin | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number 23 filed electronically in this case on 1/20/21 by Franchise Tax Board is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☐ Wrong PDF Attached

☑ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☑ Other Debtor's name & case number is incorrect. Incorrect amount listed on claim form;

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 1/21/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court