

**State of California**
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

01.26.21

UNITED STATES BANKRUPTCY COURT
Northern District of California
PO BOX 7341
San Francisco CA 94120-7341

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX0448XXX |
| Entity | : | BENJA INCORPORATED |
| Bankruptcy Number | : | 20-30819 |
| Claim Filed | : | 01/20/2021 |
| Year(s) | : | 2019, 2020 |
| Claim Number | : | 23 |
| Claim Amount | : | $1,737.33 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to   :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| 00/00/0000 | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| Totals | $ - | $ - | $ - | $ - |

Defective claim.

Please revise your records accordingly.

*Tuan-An Nguyen*
TUAN-AN NGUYEN
Special Programs Bureau
(916) 845-5186

FTB 4240 ARCS (REV 06-2006)

Section or Division    tel 916.845.4750    chair **Betty T. Yee**
fax 916.845.9799    member **Diane L. Harkey**
ftb.ca.gov    member **Michael Cohen**

Case: 20-30819    Doc# 84    Filed: 01/26/21    Entered: 01/26/21 10:17:59    Page 1 of 1