

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 11 Trustee
Kyle Everett

Signed and Filed: January 29, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>Debtor. | Case No. 20-30819 DM<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>**Date:** January 29, 2021<br>**Time:** 10:30 a.m.<br>Via Teleconference |

The Motion to Convert Case to Chapter 7 (the "Motion") filed by Kyle Everett, the Chapter 11 Trustee came on for hearing at the date and time noted above, the Honorable Dennis Montali presiding. All appearances were as noted on the record.

**IT IS ORDERED** that:

1. The Motion is granted;
2. This case is hereby converted to a case under Chapter 7 of the Bankruptcy Code.

\*\* END OF ORDER \*\*

ORDER ON MOTION TO CONVERT

| | |
|---|---|
| 1 | Approved as to form: |
| 2 | TRACY HOPE DAVIS<br>UNITED STATES TRUSTEE |
| 3 | |
| 4 | /s/ Jared A. Day<br>Trial Attorney |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**COURT SERVICE LIST**

ECF Participants Only