Timothy S. Laffredi (WI SBN 1055133)
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Ave., 5th Floor, Suite 5-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: *timothy.s.laffredi@usdoj.gov*

Attorney for Tracy Hope Davis,
United States Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30819 DM |
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | |

### APPOINTMENT OF TRUSTEE AND APPROVAL OF BOND

The Court entered an Order converting the above-captioned case to Chapter 7. Accordingly, the United States Trustee hereby appoints Kyle Everett as the Chapter 7 Trustee. Pursuant to this appointment, Kyle Everett shall be covered by the Northern District of California aggregate Chapter 7 blanket bond.

Dated: January 29, 2021

TRACY HOPE DAVIS
United States Trustee for Region 17

*/s/ Timothy S. Laffredi*
Timothy S. Laffredi
Assistant United States Trustee