# Notice Recipients

District/Off: 0971−3  User: tprorok  Date Created: 2/2/2021
Case: 20−30819  Form ID: 309D  Total: 119

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| intp | XRC Growth Fund I, L.P. | |
| 15242911 | Benja Incorporated | |
| | | TOTAL: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Benja Incorporated | 26 Cragmont Avenue   San Francisco, CA 94116 |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building   450 Golden Gate Ave. 5th Fl., #05−0153   San Francisco, CA 94102 |
| cr | Busey Bank | c/o Polsinelli   150 N. Riverside Plaza, Suite 3000   Chicago, IL 60606 |
| intp | E−Revshare Core, LLC | Jaspan Schlesinger LLP   300 Garden City Plaza, 5th Floor   Garden City, NY 11530 |
| cr | XRC Fund III | Ruta Soulios & Stratis LLP   211 East 43rd Street   New York, NY 10017 |
| tr | Kyle Everett | Development Specialist, Inc.   150 Post Street, #400   San Francisco, CA 94108 |
| intp | Andrew J. Chapin | 26 Cragmont Ave   San Francisco, CA 94116 |
| intp | Thomas Goode | 2901 Barton Skyway #3002   Austin, TX 78746 |
| cr | FRANCHISE TAX BOARD | PO Box 2952   sacramento, ca 95812 |
| intp | Kyle Everett | Development Specialist, Inc.   150 Post Street, #400   San Francisco, CA 94108 |
| intp | Stephen D. Finestone | Finestone Hayes LLP   456 Montgomery St. 20th Flr.   San Francisco, CA 94104 |
| aty | Jared A. Day | Office of the U.S. Trustee   300 Booth St. #3009   Reno, NV 89509 |
| aty | Jean Soh | Polsinelli PC   150 N. Riverside Plaza, #3000   Chicago, IL 60606 |
| aty | Jerry L. Switzer, Jr. | Polsinelli PC   150 N. Riverside Plaza, #3000   Chicago, IL 60606 |
| aty | Paul E. Manasian | Law Offices of Paul E. Manasian   1310 65th St.   Emeryville, CA 94608 |
| aty | Randye B. Soref | Polsinelli LLP   2049 Century Park E #2900   Los Angeles, CA 90067 |
| aty | Sophia Ashley Perna−Plank | Jaspan Schlesinger LLP   300 Garden City Plaza, 5th Floor   Garden City, NY 11530 |
| aty | Stephen D. Finestone | Finestone Hayes LLP   456 Montgomery St. 20th Fl.   San Francisco, CA 94104 |
| aty | Steven Soulios | Ruta Soulios & Stratis LLP   211 E 43rd St FL 24   New York, NY 10017−4714 |
| aty | Steven Soulios | Ruta Soulios & Stratis LLP   211 E. 43rd St., 24th Fl.   New York, NY 10017 |
| aty | Tanya Behnam | Polsinelli LLP   2049 Century Park E #2900   Los Angeles, CA 90067 |
| smg | Chief Tax Collection Section | Employment Development Section   P.O. Box 826203   Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit   P.O. Box 2952   Sacramento, CA 95812−2952 |
| 15247061 | 2007 Sklar Family Trust c/o Ruta Soulios Stratis L | 211 E. 43rd Street, 24th Floor   New York NY 10017 |
| 15242912 | American Express | P.O. Box 981535   El Paso, TX 79998 |
| 15242913 | Andrew J. Chapin | 26 Cragmont   San Francisco, CA 94116 |
| 15239746 | Andrew J. Chapin | 26 Cragmont Ave   San Francisco, CA 94116 |
| 15242914 | Apple Card/Goldman Sachs | Lockbox 6112   P.O. Box 7247   Philadelphia, PA 19170−6112 |
| 15239745 | BB Lending, LLC | 321 W Winnie Lance, Suite 104   Carson City, Nevada 89703 |
| 15242915 | BB Lending, LLC | 321 W. Winnie Lance, Suite 104   Carson City, NV 89703 |
| 15247406 | Benjamin Lamb | 16748 Hickory Crest Dr.   Wildwood, MO 63011 |
| 15242916 | Benjamin Lamb | c/o Ruta Soulios Stratis LLP   211 E. 43rd St., 24th Fl.   New York, NY 10017 |
| 15242917 | Blue Startups | 55 Merchant St,   Honolulu, HI 96813 |
| 15242918 | Busey Bank | 100 West University Ave.   Champaign, IL 61820 |
| 15239743 | Busey Bank | 100 West University Avenue   Champaign, Illinois 61820 |
| 15227737 | Busey Bank | c/o Jean Soh, Polsinelli PC   150 N. Riverside Plaza, Suite 3000   Chicago, IL 60606 |
| 15242920 | CFOs2Go | 500 Ygnacio Valley Road   Suite 410   Walnut Creek, CA 94596 |
| 15242919 | Capital One | P.O. Box 30285   Salt Lake City, UT 84130−0287 |
| 15242921 | Chase | PO Box 15145   Wilmington, DE 19850 |
| 15251533 | City an County of San Francisco | 1 Dr. Carlton B Goodlett Place   San Francisco, CA 94102 |
| 15242922 | Corbel Capital Partners | 11777 San Vicente Blvd.   Suite 777   Los Angeles, CA 90049 |
| 15242923 | Court Cunningham | 1435 Lexington Ave #6B   New York, NY 10128 |
| 15247422 | Daniel Schurman | 315 Jody Way   Timonium, MD 21093 |
| 15242924 | Daniel Schurman | c/o Ruta Soulios Stratis LLP   211 43rd St, 24th Fl   New York, NY 10017 |
| 15247310 | David Hughes c/o Ruta Soulios Stratis LLP | 211 E. 43rd Street, 24th Floor   New York, NY 10017 |
| 15232065 | E−Rechare Core,LLC | c/o Jaspan Schlesinger LLP   300 Garden City Plaza, 5th Floor   Garden City, NY 11530 |
| 15242925 | E−Revshare Core, LLC | 223 Wall St.   Box 416   Huntington, NY 11743 |
| 15232201 | E−Revshare Core, LLC | c/o Jaspan Schlesinger   Attn: S. Perna−Plank   300 Garden City Plaza, 5th Floor   Garden City NY 11530 |
| 15239744 | E−Revshare Core, LLC. | 223 Wall Street, Box 416   Huntington, New York 11743 |
| 15242926 | Employment Development Dept | State of California   Bankruptcy Unit − MIC 92E   Sacramento, CA 94280−0001 |

| ID | Name | Address |
|---|---|---|
| 15260579 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340  PO BOX 2952  SACRAMENTO CA 95812–2952 |
| 15256323 | Fenwick & West LLP | 801 California Street  Mountain View, CA 94041 |
| 15242927 | Franchise Tax Board | State of California  P.O. Box 2952  Sacramento, CA 95812–5000 |
| 15242928 | Gary Wishik | 9440 Santa Monica Blvd.  Suite 301  Beverly Hills, CA 90210 |
| 15242929 | Gibralter Business Capital | 400 Skokie Blvd #375  Northbrook, IL 60062 |
| 15242930 | Gusto | 525 20th Street  San Francisco, CA 94107 |
| 15247309 | Hoskins/Frame Family Trust dated December 15, 1999 | c/o Ruta Soulios Stratis LLP  211 E. 43rd Street, 24th Floor  New York, NY 10017 |
| 15242931 | Internal Revenue Service | P.O. Box 7346  Philadelphia, PA 19101–7316 |
| 15242932 | Inverness Advisors, LLC | 601 Montgomery St.  Suite 810  San Francisco, CA 94111 |
| 15247312 | Irving Ryba c/o Ruta Soulios Stratis LLP | 211 E. 43rd Street, 24th Floor  New York, NY 10017 |
| 15242933 | Jennifer Kelly | TYZ Law Group  4 Embarcadero Center  San Francisco, CA 94111 |
| 15242934 | Jerry L. Switzer | Polsinelli PC  150 North Riverside Plaza, Ste. 3000  Chicago, IL 60606 |
| 15247408 | Jonathan Lamb | 629 N. Kingshighway St  Saint Charles, MO 63301 |
| 15242935 | Jonathan Lamb | c/o Ruta Soulios Stratis LLP  211 E. 43rd St., 24th Fl  New York, NY 10017 |
| 15242936 | Kathryn J. Fritz | Fenwick & West LLP  555 California St.  San Francisco, CA 94104 |
| 15242937 | Kaveri Inv. Mmgt. Company, LLC | 3315 Collins Ave # 4B  Miami Beach, FL 33140 |
| 15247311 | Kaveri Investment Management Company, LLC. c/o Rut | 211 E. 43rd Street, 24th Floor  New York, NY 10017 |
| 15242938 | Koosh Media | 2324 Metcalf St #10  Honolulu, HI 96822 |
| 15242939 | Kruze Accounting | 333 Kearny St., 4th Floor  San Francisco, CA 94108 |
| 15242940 | Latham & Watkins | 140 Scott Dr.  Menlo Park, CA 94025 |
| 15242941 | Law Offices of Tyler Cesar | 4590 MacArthur Blvd.  Suite 500  Newport Beach, CA 92660 |
| 15238938 | MASSACHUSETTS DEPARTMENT OF REVENUE | MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY UNIT  PO BOX 9564  BOSTON, MA 02114–9564 |
| 15242951 | MVB Contracting, Inc. | 652 Trade Center Blvd.  Chesterfield, MO 63005 |
| 15247410 | Marie and Michael Bowers | 12420 Happy Hollow Rd  Hunts Valley, MD 21030 |
| 15242942 | Marie and Michael Bowers | c/o Ruta Soulios Stratis LLP  211 E. 43rd St., 24th FL  New York, NY 10017 |
| 15242943 | Mark K. Slater | The Slater Law Group  33 New Montgomery St., Ste. 1210  San Francisco, CA 94105 |
| 15242944 | Math Capital Fund I, LP | Attn: Eric Franchi  4 World Trade Center, 45th Floor  New York, NY 10007 |
| 15242945 | Matthew Goldstein | 1630 Commercial St.  East Weymouth, MA 02189 |
| 15239741 | Matthew Goldstein | 1630 Commercial Street  Weymouth, MA 02189 |
| 15239747 | Matthew Goldstein | 1630 Commercial Street  Weymouth, MA 02189 |
| 15242946 | Michael Birkel | 652 Trade Center Blvd  Chesterfield, MO 63005 |
| 15247081 | Mike Birkel c/o Ruta Soulios & Stratis LLP | 211 E. 43rd Street, 24th Floor  New York NY 10017 |
| 15242947 | Moosylvania Marketing, L.C. | 7303 Marietta Avenue  Saint Louis, MO 63143 |
| 15242948 | Morgan Reilly | 7790 Westlakd Dr., #310  San Diego, CA 92108 |
| 15239742 | Morgan Reilly | 7790 Westside Drive, #310  San Diego, CA 92108 |
| 15239748 | Morgan Reilly | 7790 Westside Drive, #310  San Diego, CA 92108 |
| 15242949 | Morning Blitz LLC | 921 Heron Court  Marco Island, FL 34145 |
| 15242950 | Murphy Hoffman Co. | 11120 Tomahawk Creek Pkwy  Leawood, KS 66211–2695 |
| 15247419 | Nick Foppe | 1350 Beverly Ave  Saint Louis, MO 63122 |
| 15242952 | Nick Foppe | c/o Ruta Soulios Stratis LLP  211 E. 43rd St., 24th Fl  New York, NY 10017 |
| 15242953 | Oarex Funding | 2529 Detroit Ave  Suite 135  Cleveland, OH 44113 |
| 15242954 | Paul Manasian | 1310 65th St.  Emeryville, CA 94608 |
| 15247424 | Polly Wong | 33 Sheridan Road  Oakland, CA 94618 |
| 15242955 | Polly Wong | c/o Ruta Soulios Stratis LLP  211 E. 43rd St., 24th Fl  New York, NY 10017 |
| 15242956 | Randye B. Soref | Polsinelli LLP  2019 Century Park East, Ste. 2900  Los Angeles, CA 90067 |
| 15242957 | Rukin Hyland & Riggin | 201 Mission St., #1250  San Francisco, CA 94105 |
| 15242958 | Scott Olson | Vedder & Price  275 Battery St., Suite 2464  San Francisco, CA 94111 |
| 15239749 | Sean Fleming | 16817 Eagle Bluff Court  Chesterfield, MO 63005 |
| 15242959 | Sean Fleming | 16817 Eagle Bluff Court  Chesterfield, MO 63005 |
| 15247412 | Sean Fleming | 16817 Eagle Bluff Court  Chesterfield, MO 63005 |
| 15239740 | Sean Fleming | c/o Ruta Soulios Stratis, LLP  211 E. 43rd St., 24th Fl  New York, NY 10017 |
| 15242960 | Securities and Exchange Commission | Attn: Matthew Meyerhofer  44 Montgomery St., Ste. 2800  San Francisco, CA 94104 |
| 15242961 | Slater Law Group | 33 New Montgomery St.  Suite 1210  San Francisco, CA 94105 |
| 15242962 | Sophia A. Perna–Plank | 300 Garden City Plaza  Garden City, NY 11530 |
| 15242963 | Sports Byline USA | 300 Broadway, Suite 8  San Francisco, CA 94133 |
| 15242964 | Steven Soulios | Ruta Soulios & Stratis LLP  211 East 43rd St.  New York, NY 10017 |
| 15242965 | Taco Corp of America | Brett Buerck  12854 Kenan Dr.  Suite 145  Jacksonville, FL 32258 |
| 15242966 | Thomas Goode III | c/o Brian H. Buster  3144 Bee Caves Road  Austin, TX 78746 |
| 15242967 | Thomas Peters | PO Box 7080  San Carlos, CA 94070 |
| 15242968 | UMB Financial Corp | 1010 Grand Blvd.  Kansas City, MO 64106 |
| 15265838 | UNITED STATES TRUSTEE | 450 GOLDEN GATE AVE.  5TH FLOOR, STE #05–0153  SAN FRANCISCO, CA 94102 |
| 15242969 | VegasTechFund | 5940 S. Rainbow Blvd  Ste 400 #49100  Las Vegas, NV 89118–2507 |
| 15242970 | WCB Warehouse | 3500 Comsouth Dr.  Austin, TX 78744 |
| 15242971 | XRC Fund III, LLC | Steven Soulios  c/o Ruta Soulios & Stratis LLP  211 E. 43rd Street, 24th Floor  New York, New York 10017 |
| 15245149 | XRC Growth Fund I, L.P. | Steven Soulios  c/o Ruta Soulios & Stratis LLP  211 E. 43rd Street, 24th Floor  New York, New York 10017 |

| | | | | |
|---|---|---|---|---|
| 15245150 | XRC Growth Fund I, L.P. | c/o Ruta Soulios & Stratis LLP | 211 E.43rd Street, 24th Floor | New York, New York 10017 |

TOTAL: 117