In re:                                                     Case No. 20-30819-DM

Benja Incorporated                       Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                   User: tprorok                         Page 1 of 4
Date Rcvd: Feb 02, 2021               Form ID: 309D                    Total Noticed: 108

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Benja Incorporated, 26 Cragmont Avenue, San Francisco, CA 94116-1308 |
| aty | + | Jared A. Day, Office of the U.S. Trustee, 300 Booth St. #3009, Reno, NV 89509-1362 |
| aty | + | Jean Soh, Polsinelli PC, 150 N. Riverside Plaza, #3000, Chicago, IL 60606-1599 |
| aty | + | Jerry L. Switzer, Jr., Polsinelli PC, 150 N. Riverside Plaza, #3000, Chicago, IL 60606-1599 |
| aty | + | Randye B. Soref, Polsinelli LLP, 2049 Century Park E #2900, Los Angeles, CA 90067-3221 |
| aty | + | Sophia Ashley Perna-Plank, Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| aty | + | Stephen D. Finestone, Finestone Hayes LLP, 456 Montgomery St. 20th Fl., San Francisco, CA 94104-1233 |
| aty | | Steven Soulios, Ruta Soulios & Stratis LLP, 211 E 43rd St FL 24, New York, NY 10017-4714 |
| aty | + | Steven Soulios, Ruta Soulios & Stratis LLP, 211 E. 43rd St., 24th Fl., New York, NY 10017-4714 |
| aty | + | Tanya Behnam, Polsinelli LLP, 2049 Century Park E #2900, Los Angeles, CA 90067-3221 |
| tr | + | Kyle Everett, Development Specialist, Inc., 150 Post Street, #400, San Francisco, CA 94108-4716 |
| ust | + | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| cr | + | Busey Bank, c/o Polsinelli, 150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606-1599 |
| intp | + | E-Revshare Core, LLC, Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| intp | + | Stephen D. Finestone, Finestone Hayes LLP, 456 Montgomery St. 20th Flr., San Francisco, CA 94104-1233 |
| intp | + | Thomas Goode, 2901 Barton Skyway #3002, Austin, TX 78746-7561 |
| cr | + | XRC Fund III, Ruta Soulios & Stratis LLP, 211 East 43rd Street, New York, NY 10017-4714 |
| 15247061 | + | 2007 Sklar Family Trust c/o Ruta Soulios Stratis L, 211 E. 43rd Street, 24th Floor, New York NY 10017-4714 |
| 15242913 | + | Andrew J. Chapin, 26 Cragmont, San Francisco, CA 94116-1308 |
| 15239746 | + | Andrew J. Chapin, 26 Cragmont Ave, San Francisco, CA 94116-1308 |
| 15242914 | | Apple Card/Goldman Sachs, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 15239745 | + | BB Lending, LLC, 321 W Winnie Lance, Suite 104, Carson City, Nevada 89703-2154 |
| 15242915 | + | BB Lending, LLC, 321 W. Winnie Lance, Suite 104, Carson City, NV 89703-2154 |
| 15242916 | + | Benjamin Lamb, c/o Ruta Soulios Stratis LLP, 211 E. 43rd St., 24th Fl., New York, NY 10017-4714 |
| 15247406 | + | Benjamin Lamb, 16748 Hickory Crest Dr., Wildwood, MO 63011-5501 |
| 15242917 | + | Blue Startups, 55 Merchant St,, Honolulu, HI 96813-4306 |
| 15227737 | + | Busey Bank, c/o Jean Soh, Polsinelli PC, 150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606-1599 |
| 15242920 | + | CFOs2Go, 500 Ygnacio Valley Road, Suite 410, Walnut Creek, CA 94596-8215 |
| 15242922 | + | Corbel Capital Partners, 11777 San Vicente Blvd., Suite 777, Los Angeles, CA 90049-5067 |
| 15242923 | + | Court Cunningham, 1435 Lexington Ave #6B, New York, NY 10128-1631 |
| 15242924 | + | Daniel Schurman, c/o Ruta Soulios Stratis LLP, 211 43rd St, 24th Fl, New York, NY 10017-4714 |
| 15247422 | + | Daniel Schurman, 315 Jody Way, Timonium, MD 21093-2920 |
| 15247310 | + | David Hughes c/o Ruta Soulios Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, NY 10017-4714 |
| 15232065 | + | E-Rechare Core,LLC, c/o Jaspan Schlesinger LLP, 300 Garden City Plaza, 5th Floor, Garden City, NY 11530-3333 |
| 15232201 | + | E-Revshare Core, LLC, c/o Jaspan Schlesinger, Attn: S. Perna-Plank, 300 Garden City Plaza, 5th Floor, Garden City NY 11530-3333 |
| 15242925 | + | E-Revshare Core, LLC, 223 Wall St., Box 416, Huntington, NY 11743-2060 |
| 15239744 | + | E-Revshare Core, LLC., 223 Wall Street, Box 416, Huntington, New York 11743-2060 |
| 15256323 | + | Fenwick & West LLP, 801 California Street, Mountain View, CA 94041-1990 |
| 15242928 | + | Gary Wishik, 9440 Santa Monica Blvd., Suite 301, Beverly Hills, CA 90210-4614 |
| 15242929 | + | Gibralter Business Capital, 400 Skokie Blvd #375, Northbrook, IL 60062-7928 |
| 15242930 | + | Gusto, 525 20th Street, San Francisco, CA 94107-4345 |
| 15247309 | + | Hoskins/Frame Family Trust dated December 15, 1999, c/o Ruta Soulios Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, NY |

| Recip ID | | Name and Address |
|---|---|---|
| | | 10017-4714 |
| 15242932 | #+ | Inverness Advisors, LLC, 601 Montgomery St., Suite 810, San Francisco, CA 94111-2611 |
| 15247312 | + | Irving Ryba c/o Ruta Soulios Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, NY 10017-4714 |
| 15242933 | + | Jennifer Kelly, TYZ Law Group, 4 Embarcadero Center, San Francisco, CA 94111-4106 |
| 15242934 | + | Jerry L. Switzer, Polsinelli PC, 150 North Riverside Plaza, Ste. 3000, Chicago, IL 60606-1599 |
| 15242935 | + | Jonathan Lamb, c/o Ruta Soulios Stratis LLP, 211 E. 43rd St., 24th Fl, New York, NY 10017-4714 |
| 15242936 | + | Kathryn J. Fritz, Fenwick & West LLP, 555 California St., San Francisco, CA 94104-1503 |
| 15242937 | + | Kaveri Inv. Mmgt. Company, LLC, 3315 Collins Ave # 4B, Miami Beach, FL 33140-4173 |
| 15247311 | + | Kaveri Investment Management Company, LLC. c/o Rut, 211 E. 43rd Street, 24th Floor, New York, NY 10017-4714 |
| 15242938 | + | Koosh Media, 2324 Metcalf St #10, Honolulu, HI 96822-2439 |
| 15242940 | + | Latham & Watkins, 140 Scott Dr., Menlo Park, CA 94025-1008 |
| 15242941 | + | Law Offices of Tyler Cesar, 4590 MacArthur Blvd., Suite 500, Newport Beach, CA 92660-2028 |
| 15242951 | + | MVB Contracting, Inc., 652 Trade Center Blvd., Chesterfield, MO 63005-1227 |
| 15247410 | + | Marie and Michael Bowers, 12420 Happy Hollow Rd, Hunts Valley, MD 21030-1712 |
| 15242942 | + | Marie and Michael Bowers, c/o Ruta Soulios Stratis LLP, 211 E. 43rd St., 24th FL, New York, NY 10017-4714 |
| 15242943 | + | Mark K. Slater, The Slater Law Group, 33 New Montgomery St., Ste. 1210, San Francisco, CA 94105-4553 |
| 15242944 | + | Math Capital Fund I, LP, Attn: Eric Franchi, 4 World Trade Center, 45th Floor, New York, NY 10007-5201 |
| 15242945 | + | Matthew Goldstein, 1630 Commercial St., East Weymouth, MA 02189-3014 |
| 15239741 | + | Matthew Goldstein, 1630 Commercial Street, Weymouth, MA 02189-3014 |
| 15247081 | + | Mike Birkel c/o Ruta Soulios & Stratis LLP, 211 E. 43rd Street, 24th Floor, New York NY 10017-4714 |
| 15242947 | + | Moosylvania Marketing, L.C., 7303 Marietta Avenue, Saint Louis, MO 63143-3101 |
| 15242948 | | Morgan Reilly, 7790 Westlakd Dr., #310, San Diego, CA 92108 |
| 15239742 | + | Morgan Reilly, 7790 Westside Drive, #310, San Diego, CA 92108-1216 |
| 15242949 | + | Morning Blitz LLC, 921 Heron Court, Marco Island, FL 34145-2311 |
| 15242950 | | Murphy Hoffman Co., 11120 Tomahawk Creek Pkwy, Leawood, KS 66211-2695 |
| 15242952 | + | Nick Foppe, c/o Ruta Soulios Stratis LLP, 211 E. 43rd St., 24th Fl, New York, NY 10017-4714 |
| 15242953 | + | Oarex Funding, 2529 Detroit Ave, Suite 135, Cleveland, OH 44113-2701 |
| 15242954 | + | Paul Manasian, 1310 65th St., Emeryville, CA 94608-1119 |
| 15242955 | + | Polly Wong, c/o Ruta Soulios Stratis LLP, 211 E. 43rd St., 24th Fl, New York, NY 10017-4714 |
| 15247424 | + | Polly Wong, 33 Sheridan Road, Oakland, CA 94618-2528 |
| 15242956 | | Randye B. Soref, Polsinelli LLP, 2019 Century Park East, Ste. 2900, Los Angeles, CA 90067 |
| 15242957 | + | Rukin Hyland & Riggin, 201 Mission St., #1250, San Francisco, CA 94105-1831 |
| 15242958 | + | Scott Olson, Vedder & Price, 275 Battery St., Suite 2464, San Francisco, CA 94111-3354 |
| 15239749 | + | Sean Fleming, 16817 Eagle Bluff Court, Chesterfield, MO 63005-4499 |
| 15239740 | + | Sean Fleming, c/o Ruta Soulios Stratis, LLP, 211 E. 43rd St., 24th Fl, New York, NY 10017-4714 |
| 15242960 | + | Securities and Exchange Commission, Attn: Matthew Meyerhofer, 44 Montgomery St., Ste. 2800, San Francisco, CA 94104-4802 |
| 15242961 | + | Slater Law Group, 33 New Montgomery St., Suite 1210, San Francisco, CA 94105-4553 |
| 15242962 | + | Sophia A. Perna-Plank, 300 Garden City Plaza, Garden City, NY 11530-3302 |
| 15242963 | + | Sports Byline USA, 300 Broadway, Suite 8, San Francisco, CA 94133-4545 |
| 15242964 | + | Steven Soulios, Ruta Soulios & Stratis LLP, 211 East 43rd St., New York, NY 10017-4714 |
| 15242965 | + | Taco Corp of America, Brett Buerck, 12854 Kenan Dr., Suite 145, Jacksonville, FL 32258-7435 |
| 15242966 | + | Thomas Goode III, c/o Brian H. Buster, 3144 Bee Caves Road, Austin, TX 78746-5560 |
| 15242967 | + | Thomas Peters, PO Box 7080, San Carlos, CA 94070-7080 |
| 15265838 | + | UNITED STATES TRUSTEE, 450 GOLDEN GATE AVE., 5TH FLOOR, STE #05-0153, SAN FRANCISCO, CA 94102-3661 |
| 15242969 | | VegasTechFund, 5940 S. Rainbow Blvd, Ste 400 #49100, Las Vegas, NV 89118-2507 |
| 15242970 | + | WCB Warehouse, 3500 Comsouth Dr., Austin, TX 78744-1305 |
| 15242971 | + | XRC Fund III, LLC, Steven Soulios, c/o Ruta Soulios & Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, New York 10017-4714 |
| 15245149 | + | XRC Growth Fund I, L.P., Steven Soulios, c/o Ruta Soulios & Stratis LLP, 211 E. 43rd Street, 24th Floor, New York, New York 10017-4714 |
| 15245150 | + | XRC Growth Fund I, L.P., c/o Ruta Soulios & Stratis LLP, 211 E.43rd Street, 24th Floor, New York, New York 10017-4714 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: manasian@mrlawsf.com | | |
| | | Feb 03 2021 03:07:00 | Paul E. Manasian, Law Offices of Paul E. Manasian, 1310 65th St., Emeryville, CA 94608 |
| smg | EDI: EDD.COM | | |
| | | Feb 03 2021 06:43:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 03 2021 06:43:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Feb 03 2021 06:43:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| cr | + | EDI: CALTAX.COM | Feb 03 2021 06:43:00 | FRANCHISE TAX BOARD, PO Box 2952, sacramento, ca 95812-2952 |
| 15242912 | + | EDI: AMEREXPR.COM | Feb 03 2021 06:43:00 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15242946 | | Email/Text: mbirkel@birkelelectric.com | Feb 03 2021 03:08:00 | Michael Birkel, 652 Trade Center Blvd, Chesterfield, MO 63005 |
| 15242918 | + | Email/Text: legalnotices@busey.com | Feb 03 2021 03:09:00 | Busey Bank, 100 West University Ave., Champaign, IL 61820-3910 |
| 15239743 | + | Email/Text: legalnotices@busey.com | Feb 03 2021 03:09:00 | Busey Bank, 100 West University Avenue, Champaign, Illinois 61820-3910 |
| 15242919 | + | EDI: CAPITALONE.COM | Feb 03 2021 06:43:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15251533 | + | EDI: SFGOV.COM | Feb 03 2021 06:43:00 | City an County of San Francisco, 1 Dr. Carlton B Goodlett Place, San Francisco, CA 94102-4604 |
| 15242926 | | EDI: EDD.COM | Feb 03 2021 06:43:00 | Employment Development Dept, State of California, Bankruptcy Unit - MIC 92E, Sacramento, CA 94280-0001 |
| 15260579 | | EDI: CALTAX.COM | Feb 03 2021 06:43:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 15242927 | + | EDI: CALTAX.COM | Feb 03 2021 06:43:00 | Franchise Tax Board, State of California, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15242931 | + | EDI: IRS.COM | Feb 03 2021 06:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15242921 | | EDI: JPMORGANCHASE | Feb 03 2021 06:43:00 | Chase, PO Box 15145, Wilmington, DE 19850 |
| 15238938 | | EDI: MASSDOR | Feb 03 2021 06:43:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY U, PO BOX 9564, BOSTON, MA 02114-9564 |
| 15242968 | + | EDI: UMBFINANCIAL.COM | Feb 03 2021 06:43:00 | UMB Financial Corp, 1010 Grand Blvd., Kansas City, MO 64106-2202 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | XRC Growth Fund I, L.P. |
| 15242911 | | Benja Incorporated |
| intp | *+ | Andrew J. Chapin, 26 Cragmont Ave, San Francisco, CA 94116-1308 |
| intp | *+ | Kyle Everett, Development Specialist, Inc., 150 Post Street, #400, San Francisco, CA 94108-4716 |
| 15239747 | *+ | Matthew Goldstein, 1630 Commercial Street, Weymouth, MA 02189-3014 |
| 15239748 | *+ | Morgan Reilly, 7790 Westside Drive, #310, San Diego, CA 92108-1216 |
| 15242959 | *+ | Sean Fleming, 16817 Eagle Bluff Court, Chesterfield, MO 63005-4499 |
| 15247412 | *+ | Sean Fleming, 16817 Eagle Bluff Court, Chesterfield, MO 63005-4499 |
| 15247408 | ##+ | Jonathan Lamb, 629 N. Kingshighway St, Saint Charles, MO 63301-1746 |
| 15242939 | ##+ | Kruze Accounting, 333 Kearny St., 4th Floor, San Francisco, CA 94108-3267 |
| 15247419 | ##+ | Nick Foppe, 1350 Beverly Ave, Saint Louis, MO 63122-4761 |

District/off: 0971-3　　　　　　　　　User: tprorok　　　　　　　　　　　Page 4 of 4
Date Rcvd: Feb 02, 2021　　　　　　　Form ID: 309D　　　　　　　　　　Total Noticed: 108
TOTAL: 2 Undeliverable, 6 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2021　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SF jared.a.day@usdoj.gov  ankey.to@usdoj.gov |
| Jean Soh | on behalf of Creditor Busey Bank jsoh@polsinelli.com  chicagodocketing@polsinelli.com |
| Jerry L. Switzer, Jr. | on behalf of Creditor Busey Bank jswitzer@polsinelli.com  chicagodocketing@polsinelli.com |
| Kyle Everett | keverett@dsi.biz |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Paul E. Manasian | on behalf of Debtor Benja Incorporated manasian@mrlawsf.com  gradl@mrlawsf.com |
| Randye B. Soref | on behalf of Creditor Busey Bank rsoref@polsinelli.com |
| Sophia Ashley Perna-Plank | on behalf of Interested Party E-Revshare Core  LLC spernaplank@jaspanllp.com, smionis@jaspanllp.com |
| Stephen D. Finestone | on behalf of Trustee Kyle Everett sfinestone@fhlawllp.com |
| Steven Soulios | on behalf of Creditor XRC Fund III ssoulios@lawnynj.com  steve@lawnynj.com |
| Tanya Behnam | on behalf of Creditor Busey Bank tbehnam@polsinelli.com  tanyabehnam@gmail.com |

TOTAL: 11

**Information to identify the case:**

| Debtor | Benja Incorporated | EIN | 83-0962890 |
|---|---|---|---|
| | Name | | |

| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed in chapter 11 | 10/15/20 |
|---|---|---|---|
| Case number: | 20-30819 DM 7 | Date case converted to chapter 7 | 1/29/21 |

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Benja Incorporated | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | aka EPHE., Benjamin | |
| 3. | **Address** | 26 Cragmont Avenue<br>San Francisco, CA 94116 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul E. Manasian<br>Law Offices of Paul E. Manasian<br>1310 65th St.<br>Emeryville, CA 94608 | Contact phone (415) 217-0203 |
| 5. | **Bankruptcy trustee**<br>Name and address | Kyle Everett<br>Development Specialist, Inc.<br>150 Post Street, #400<br>San Francisco, CA 94108 | Contact phone (415) 981-2717<br>Email: keverett@dsi.biz |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case online at www.pacer.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>450 Golden Gate Avenue<br>Mail Box 36099<br>San Francisco, CA 94102 | Hours open: Monday – Friday 9:00 am to 4:30 pm<br>Contact phone: (888) 821-7606<br>Date: 2/2/21 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | February 23, 2021 at 01:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**<br>Trustee: Kyle Everett<br>Call in number/URL: 1-877-991-8832<br>Passcode: 4101242 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice.

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships)  Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     page 1

Case: 20-30819   Doc# 89   Filed: 02/04/21   Entered: 02/04/21 21:21:15   Page 5 of 6

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/9/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Must file before 180 days after the date relief was entered.** |
| **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

Case: 20-30819    Doc# 89    Filed: 02/04/21    Entered: 02/04/21 21:21:15    Page 6 of 6