# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: BENJA INCORPORATED
Debtor-In-Possession

**Case No.** 20-30819-DM

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 01/01/2021 - 01/29/2021 **PETITION DATE:** 10/15/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $132,210 | $132,535 | |
| | b. Total Assets | $132,210 | $132,535 | Under investigation |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $9,523,410 | $9,505,819 | $9,523,410 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | $9,859 | $9,859 |
| | b. Total Disbursements | $325 | $0 | $325 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($325) | $9,859 | $9,534 |
| | d. Cash Balance Beginning of Month | $132,535 | $122,676 | $0 |
| | e. Cash Balance End of Month (c + d) | $132,210 | $132,535 | $9,534 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($7,916) | ($141) | ($8,057) |
| 5. | **Account Receivables (Pre and Post Petition)** | See schedule | See schedule | |
| 6. | **Post-Petition Liabilities** | See schedule | See schedule | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| | **At the end of this reporting month:** | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | NA | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees x ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

Note: The answers to the above questions are based on the best information available to date to the Chapter 11 Trustee.

Date: 2/22/2021

DocuSigned by:
Kyle Everett
6CE32AEE77F94A4...
Chapter 11 Trustee
Responsible Individual

# STATEMENT OF OPERATIONS
## (General Business Case; Accrual)

For the Month Ended 01/01/2021 - 01/29/2021

| Actual | Forecast | Variance | # | Current Month | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | $0 | $0 |
| $0 | $0 | $0 | 2 | less: Sales Returns & Allowances | $0 | $0 |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| $0 | $0 | $0 | 6 | Interest | $0 | $0 |
| $0 | $0 | $0 | 7 | Other Income: | $0 | $0 |
| $0 | $0 | $0 | 8 | Misc cash receipts | $5 | $0 |
| $0 | $0 | $0 | 9 | Tax Refund | $9,854 | $0 |
| $0 | $0 | $0 | 10 | **Gross Profit** | $9,859 | $0 |
| | | $0 | | **Expenses:** | $0 | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $0 | $0 | $0 | 12 | Salaries | $0 | $0 |
| | $0 | $0 | 13 | Commissions | $0 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor | $0 | $0 |
| | | | | Rent/Lease: | | |
| | $0 | $0 | 15 | Personal Property | $0 | $0 |
| $0 | $0 | $0 | 16 | Real Property | $0 | $0 |
| $0 | $0 | $0 | 17 | Insurance | $0 | $0 |
| $0 | $0 | $0 | 18 | Management Fees | $0 | $0 |
| $0 | $0 | $0 | 19 | License | $0 | $0 |
| | | | | Taxes: | | |
| $0 | $0 | $0 | 20 | Employer Payroll Taxes | $0 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $0 | $0 |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | $0 |
| $0 | $0 | $0 | 23 | Other Selling | $0 | $0 |
| $0 | $0 | $0 | 24 | Other Administrative | $0 | $0 |
| $0 | $0 | $0 | 25 | Interest | $0 | $0 |
| $0 | $0 | $0 | 26 | Other Expenses: | $0 | $0 |
| $0 | $0 | $0 | 27 | | $0 | $0 |
| $0 | $0 | $0 | 28 | | $0 | $0 |
| $0 | $0 | $0 | 29 | | $0 | $0 |
| $0 | $0 | $0 | 30 | | $0 | $0 |
| $0 | $0 | $0 | 31 | | $0 | $0 |
| $0 | $0 | $0 | 32 | | $0 | $0 |
| $0 | $0 | $0 | 33 | | $0 | $0 |
| $0 | $0 | $0 | 34 | | $0 | $0 |
| $0 | $0 | $0 | 35 | **Total Expenses** | $0 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | $9,859 | $0 |
| | | | | **Reorganization Items:** | | |
| ($7,591) | $0 | ($7,591) | 37 | Professional Fees (Estimate) | ($17,591) | $0 |
| | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | $0 | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | $0 |
| | $0 | $0 | | Resulting Chp 11 Case | $0 | $0 |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| ($325) | $0 | ($325) | 41 | U.S. Trustee Quarterly Fees | ($325) | $0 |
| $0 | $0 | $0 | 42 | | $0 | $0 |
| ($7,916) | $0 | ($7,916) | 43 | **Total Reorganization Items** | ($17,916) | $0 |
| ($7,916) | $0 | ($7,916) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($8,057) | $0 |
| | $0 | $0 | 45 | Federal & State Income Taxes | $0 | $0 |
| ($7,916) | $0 | ($7,916) | 46 | **Net Profit (Loss)** | ($8,057) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):
Note: The information above is based on the best information available to the Chapter 11 Trustee

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 1/01/2021 - 01/29/2021

**Assets**

| Line | Item | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $132,210 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | See schedule |
| 4 | Inventory | B | See schedule |
| 5 | Deposits and Prepaid expenses | | $0 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | Deposits in transit | | $0 |
| 9 | | | $0 |
| 10 | **Total Current Assets** | | $132,210 |
| | **Property and Equipment (Market Value)** | | |
| 11 | Real property | C | See schedule |
| 12 | Machinery and equipment | D | $0 |
| 13 | Furniture and fixtures | D | $0 |
| 14 | Office equipment | D | See schedule |
| 15 | Leasehold improvements | D | $0 |
| 16 | Vehicles | D | $0 |
| 17 | Other: | D | |
| 18 | | D | $0 |
| 19 | | D | |
| 20 | | D | |
| 21 | | D | |
| 22 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 23 | Loans to shareholders | | |
| 24 | Loans to affiliates | | |
| 25 | Fradulent Transfers | | In Process; under investigation |
| 26 | Assets in subsidiaries | | Under investigation |
| 27 | | | |
| 28 | | | $0 |
| 29 | **Total Other Assets** | | $0 |
| 30 | **Total Assets** | | $132,210 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Note: The information above is based on the best information available to the Chapter 11 Trustee

# Liabilities and Equity
**(General Business Case)**

| Line | Item | Schedule | Amount |
|---|---|---|---|
| | **Liabilities From Schedules** | | |
| | **Post-Petition** | | |
| | **Current Liabilities** | | |
| 31 | Salaries and wages | | Under investigation |
| 32 | Payroll taxes | | See schedule |
| 33 | Real and personal property taxes | | |
| 34 | Income taxes | | Under investigation |
| 35 | Sales taxes | | |
| 36 | Notes payable (short term) | | |
| 37 | Accounts payable (trade) | A | See schedule |
| 38 | Real property lease arrearage | | |
| 39 | Personal property lease arrearage | | |
| 40 | Accrued professional fees (Estimate) | | |
| 41 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 42 | Other: | | |
| 43 | Professional Fee Accrual - Finestone and Hayes | | $17,591 |
| 44 | | | |
| 45 | **Total Current Liabilities** | | |
| 46 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 47 | **Total Post-Petition Liabilities** | | $17,591 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 48 | Secured claims | F | $5,035,580 |
| 49 | Priority unsecured claims | F | $31,704 |
| 50 | General unsecured claims | F | $4,438,535 |
| 51 | **Total Pre-Petition Liabilities** | | $9,505,819 |
| 52 | **Total Liabilities** | | $9,523,410 |
| | **Equity (Deficit)** | | |
| 53 | Retained Earnings/(Deficit) at time of filing | | Unknown |
| 54 | Capital Stock | | Unknown |
| 55 | Additional paid-in capital | | |
| 56 | Cumulative profit/(loss) since filing of case | | ($8,057) |
| 57 | Post-petition contributions/(distributions) or (draws) | | |
| 58 | Other | | ($9,383,143) |
| 59 | Market value adjustment | | |
| 60 | **Total Equity (Deficit)** | | ($9,391,200) |
| 61 | **Total Liabilities and Equity (Deficit)** | | $132,210 |

Note: The information above is based on the best information available to the Chapter 11 Trustee

x

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
**Accounts Receivable and (Net) Payable**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | | | |
| Total accounts receivable/payable | Unknown (A) | Unknown (A) | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

(A) These amounts are unknown, still under investigation and the receivable balance are likely nominal.

## Schedule B
**Inventory/Cost of Goods Sold**

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Product for resale | $ - (A) |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| **Inventory Beginning of Month** | |
| Add - | |
| Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| | |
| | |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____ No _____

How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____

Date of last physical inventory was _____

x Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost ___
LIFO cost ___
Lower of cost or market ___
Retail method ___
Other ___
Explain

Note: The company's inventory is still under investigation and value is unknown.

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery, Equipment & Vehicles- | | |
| **Under Investigation** | $0 | $0 |
| | | $0 |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| **Under Investigation** | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| **Under Investigation; likely nominal** | $0 | $0 |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | $0 | $0 |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Other - | | |
| Various domains - Under Investigation | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

x

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| **Taxes Payable** | **0-30 Days** | **31-60 Days** | **61-90 Days** | **91+ Days** | **Total** |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

(A) Balances of the above amounts are currently unknown and under investigation.

**Schedule F**
**Pre-Petition Liabilities**

| **List Total Claims For Each Classification -** | **Claimed Amount** | **Allowed Amount (b)** |
|---|---|---|
| Secured claims (a) | $5,035,580 | TBD |
| Priority claims other than taxes | | TBD |
| Priority tax claims | $31,704 | TBD |
| General unsecured claims | $4,438,535 | TBD |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 4** | **Account 5** | **Account 6** |
|---|---|---|---|---|---|
| Bank | Chase Bank | East West Bank | | | |
| Account Type | Checking | Checking | | | |
| Account No. | xx30732 | xx1075 | | | |
| Account Purpose | | | | | |
| Balance, End of Month | $0 | $132,535 | | | |

Total Funds on Hand for all Accounts $132,535

x Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 01/01/2021 - 01/29/2021

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Unknown | $0 | $5 |
| 8 | State of California - Tax Refund | $0 | $9,854 |
| 9 | | $0 | $0 |
| 10 | | $0 | $0 |
| 11 | | $0 | $0 |
| 12 | | $0 | $0 |
| 13 | | $0 | $0 |
| 14 | **Total Cash Receipts** | $0 | $9,859 |
| | **Cash Disbursements** | | $0 |
| 15 | Payments for Inventory | $0 | $0 |
| 16 | Selling | $0 | $0 |
| 17 | Administrative | $0 | $0 |
| 18 | Capital Expenditures | $0 | $0 |
| 19 | Principal Payments on Debt | $0 | $0 |
| 20 | Interest Paid | $0 | $0 |
| | Rent/Lease: | $0 | $0 |
| 21 | Real Property | $0 | $0 |
| 22 | Personal Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| 23 | Salaries | $0 | $0 |
| 24 | Draws | $0 | $0 |
| 25 | Commissions/Royalties | $0 | $0 |
| 26 | Expense Reimbursements | $0 | $0 |
| 27 | Other | $0 | $0 |
| 28 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 29 | Management Fees | $0 | $0 |
| | Taxes: | $0 | $0 |
| 30 | Employee Withholding | $0 | $0 |
| 31 | Employer Payroll Taxes | $0 | $0 |
| 32 | Real Property Taxes | $0 | $0 |
| 33 | Other Taxes | $0 | $0 |
| 34 | Other Cash Outflows: | $0 | $0 |
| 35 | UST Fees | $325 | $325 |
| 36 | | $0 | $0 |
| 37 | | $0 | $0 |
| 38 | | $0 | $0 |
| 39 | | $0 | $0 |
| 40 | | $0 | $0 |
| 41 | | $0 | $0 |
| 42 | | $0 | $0 |
| 43 | | $0 | $0 |
| 44 | | $0 | $0 |
| 45 | | $0 | $0 |
| 46 | | $0 | $0 |
| 47 | | $0 | $0 |
| 48 | | $0 | $0 |
| 49 | | $0 | $0 |
| 50 | | $0 | $0 |
| 51 | | $0 | $0 |
| 52 | **Total Cash Disbursements:** | $325 | $325 |
| 53 | **Net Increase (Decrease) in Cash** | ($325) | $9,534 |
| 54 | **Cash Balance, Beginning of Period** | $132,535 | $122,676 |
| 55 | **Cash Balance, End of Period** | $132,210 | $132,210 |

Note: The company's inventory is still under investigation and value is unknown.

EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT



STARTING DATE: January 22, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 10
[redacted]1075
( 0)



zwp4i
03632

OZ 01
BENJA INCORPORATED
KYLE EVERETT CHAPTER 11 TRUSTEE
CASE #20-30819
150 POST ST SUITE 400
SAN FRANCISCO CA 94108-4716

Have you signed up for Direct Deposits? Get your paycheck without waiting for a paper check and making a trip to the bank. Payments get deposited into your account automatically. Enrolling is easy! Talk to your payer or call 888.895.5650 for more details!

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 54-00011075 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 1) | 132,535.25 |
| Average balance | $92,774.68 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $132,535.25 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-25 | Deposit | TLR60803 BR 8608 | 132,535.25 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-25 | 132,535.25 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

AL
2/22/21

2:07 PM

02/12/21

# Benja Inc.
## Reconciliation Detail
### East West Bank, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 01/25/2021 | | | X | 9,854.08 | 9,854.08 |
| Deposit | 01/25/2021 | | | X | 122,681.17 | 132,535.25 |
| Total Deposits and Credits | | | | | 132,535.25 | 132,535.25 |
| Total Cleared Transactions | | | | | 132,535.25 | 132,535.25 |
| Cleared Balance | | | | | 132,535.25 | 132,535.25 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 01/29/2021 | 1001 | United States Trustee | | -325.00 | -325.00 |
| Total Checks and Payments | | | | | -325.00 | -325.00 |
| Total Uncleared Transactions | | | | | -325.00 | -325.00 |
| Register Balance as of 01/31/2021 | | | | | 132,210.25 | 132,210.25 |
| **Ending Balance** | | | | | **132,210.25** | **132,210.25** |



Case: 20-30819 Doc# 90 Filed: 02/22/21 Entered: 02/22/21 16:29:10 Page 10 of 10