MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA  94104
Telephone: 415.512.8600
Facsimile:  415.512.8601
Email: randy.michelson@michelsonlawgroup.com

Attorneys for Taco Corporation of America
and Brett Buerck

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819 DM<br><br>Chapter 7<br><br>**PROOF OF SERVICE** |

I, the undersigned, certify/declare that I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action.  My business address is 220 Montgomery Street, Suite 2100, San Francisco, California 94104.

On April 23, 2021, I caused the following document:

**TACO CORPORATION OF AMERICA'S AND BRETT BUERCK'S
NOTICE OF APPERANCE, REQUEST FOR SERVICE OF PAPERS, AND
RESERVATION OF RIGHTS**

to be filed and/or served:

☒ **BY ECF NOTIFICATION:**  I electronically filed the foregoing documents with the Clerk of the   Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.  I am informed and believe that the parties listed below receive ECF Notification in this case, at the following addresses:

☒ **BY ELECTRONIIC SERVICE:**  I electronically served the foregoing documents to the e-mail addresses listed below:

1  Stephen D. Finestone, Counsel for the Chapter 7 Trustee
   Email: sfinestone@fhlawllp.com

I certify/declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2021 in Indio, California.

                                  */s/ Randy Michelson*
                                  Randy Michelson

NOTICE OF APPEARANCE, REQUEST FOR SERVICE, RESERVATION OF RIGHTS

2