Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Inverness Advisors, LLC and Tom Peters

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED<br><br>    Debtor | Case No. 20-30819 DM<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE**

TO: Parties in Interest

PLEASE TAKE NOTICE THAT Inverness Advisors, LLC and Tom Peters Gagliardi, parties in interest, requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to his counsel as follows:

>Michael St. James, Esq.
>ST. JAMES LAW, P.C.
>22 Battery Street, Suite 810
>San Francisco, California 94111
>(415) 391-7566 Telephone
>(415) 391-7568 Facsimile
>Ecf@stjames-law.com

DATED: July 17, 2021

Respectfully submitted,

ST. JAMES LAW, P.C.

By: /s/ *Michael St. James* .
 Michael St. James
 Counsel for Inverness Advisors, LLC and Tom Peters