MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
kquonbryant@meyerslawgroup.com

Attorneys for Scott Sklar, Interested Party

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that interested party SCOTT SKLAR, by and through his attorneys, Meyers Law Group, P.C., appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1) and 342 of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> MEYERS LAW GROUP, P.C.
> MERLE C. MEYERS, ESQ.
> 44 Montgomery Street, Suite 1010
> San Francisco, California 94104
> Telephone: (415) 362-7500
> Facsimile: (415) 362-7515
> E-mail: mmeyers@meyerslawgroup.com

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any of Mr. Sklar's rights, including his right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy or

proceedings related to this case; (3) to move the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

DATED: October 28, 2021

                               MEYERS LAW GROUP, P.C.


By    /s/ Merle C. Meyers
      Merle C. Meyers, Esq.
      Attorneys for Scott Sklar, Interested Party