Donald C. Miller, Esq. [SBN 132187]
Eavenson, Fraser & Lunsford, PLLC
225 South Lake Avenue, 3rd Floor
Pasadena, CA 91101
Telephone: (818) 800-5714
don@efli.law

Attorneys for BB Lending, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819 DM<br>Chapter 7<br><br>Hon. Dennis Montali |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036<br><br>ORDER GRANTING AND APPROVING STIPULATION FOR PROTECTIVE ORDER |

The Court having considered the Stipulation and Agreement for Protective Order ("Protective Order Stipulation") entered into by and between Plaintiff Kyle Everett, Defendant MHC Financial Services, Inc., and subpoenaed third-party BB Lending, LLC, filed on _____, a copy of which is attached as Exhibit 1; and pursuant to such stipulation and agreement, and good cause appearing, IT IS HEREBY ORDERED that the Protective Order Stipulation is granted and approved in all respects.

* * END OF ORDER * *

**COURT SERVICE LIST**

*ECF Participants Only*