Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Counsel for Chapter 7 Trustee
A. Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re | Case No. 20-30819 DM |
|---|---|
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **PROOF OF SERVICE OF NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH BUERCK PARTIES** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I served a true and correct copy of the following document(s):

**NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH BUERCK PARTIES**

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH BUERCK PARTIES**

**DECLARATION OF A. KYLE EVERETT IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH BUERCK PARTIES**

by the following means:

| | |
|---|---|
| 1 | ☒ BY CM/ECF NOTICE OF ELECTRONIC FILNG. I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system. I received confirmation from the CM/ECF system that this filing caused links to such document(s) to be transmitted electronically to the registered CM/ECF users in this case at their respective notification addresses listed below. |

- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **Kathy Quon Bryant**    kquonbryant@mlg-pc.com
- **Carol Chow**    carol.chow@ffslaw.com
- **Jared A. Day**    jared.a.day@usdoj.gov
- **Kyle Everett**    keverett@dsi.biz
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Paul E. Manasian**    manasian@mrlawsf.com, gradl@mrlawsf.com
- **Merle C. Meyers**    mmeyers@mlg-pc.com
- **Randy Michelson**    randy.michelson@michelsonlawgroup.com
- **Donald Miller**    don@efli.law
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Sophia Ashley Perna-Plank**    spernaplank@jaspanllp.com, smionis@jaspanllp.com
- **Jean Soh**    jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- **Randye B. Soref**    rsoref@polsinelli.com
- **Steven Soulios**    ssoulios@lawnynj.com, steve@lawnynj.com
- **Michael St. James**    ecf@stjames-law.com
- **Jerry L. Switzer**    jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

☒ BY E-MAIL OR ELECTRONIC TRANSMISSION. I caused a copy of the document(s) to be sent by e-mail to the persons at the e-mail addresses listed below, pursuant to FRBP 7004 and the agreement of such persons to accept such service. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

- **Thomas J. Fraser, Jr**.    tj@eflilaw.com
- **Hartley West**    hartley.west@dechert.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2022, in Contra Costa County, California.

*Jennifer C. Hayes*
Jennifer C. Hayes