Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 20-30819 DM |
|---|---|
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Darleen Sahagun, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

On January 6, 2022, I served a true and correct copy of the following document via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

**Notice and Opportunity for Hearing on Chapter 7 Trustee's Motion to Approve Compromise of Controversy with Buerck Parties [Docket No. 104]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 14, 2022, at Woodland Hills, California.

Darleen Sahagun
Omni Agen Solutions

# **EXHIBIT A**

| | | |
|---|---|---|
| BB LENDING, LLC<br>EAVENSON, FRASER & LUNSFORD, PLLC<br>225 SOUTH LAKE AVENUE, 3RD FLOOR<br>PASADENA, CA 91101-3009 | BLUE STARTUPS<br>55 MERCHANT ST<br>HONOLULU, HI 96813-4306 | E-REVSHARE CORE, LLC<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530-3333 |
| KOOSH MEDIA<br>2324 METCALF ST #10<br>HONOLULU, HI 96822-2439 | LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD.<br>SUITE 500<br>NEWPORT BEACH, CA 92660-2028 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MATTHEW MEYERHOFER<br>44 MONTGOMERY ST., STE. 2800<br>SAN FRANCISCO, CA 94104-4802 |
| U.S. SECURITIES AND EXCHANGE COMMISSION  BANK<br>200 VESEY STREET SUITE 400<br>NEW YORK, NY 10281-5520 | VEGASTECHFUND<br>5940 S. RAINBOW BLVD  STE 400 #49100<br>LAS VEGAS, NV 89118-2507 | 2007 SKLAR FAMILY TRUST<br>C/O RUTA SOULIOS STR<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO, TX 79998-1535 | ANDREW J. CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO, CA 94116-1308 | ANDREW J. CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO, CA 94116-1308 |
| APPLE CARD/GOLDMAN SACHS<br>LOCKBOX 6112<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-6112 | BB LENDING, LLC<br>321 W WINNIE LANCE, SUITE 104<br>CARSON CITY, NV 89703-2154 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO, CA 94116-1308 |
| BENJAMIN LAMB<br>16748 HICKORY CREST DR.<br>WILDWOOD, MO 63011-5501 | BENJAMIN LAMB<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL.<br>NEW YORK, NY 10017-4714 | BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| BODIL ARLANDER REVOCABLE TRUST STEVEN SOULI<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | BOSTON, MA 02114-9564<br>652 TRADE CENTER BLVD.<br>CHESTERFIELD, MO 63005-1227 | BRETT BUERCK<br>RANDY MICHELSON<br>220 MONTGOMERY ST., #2100<br>SAN FRANCISCO, CA 94104-3502 |
| BUSEY BANK<br>100 WEST UNIVERSITY AVE.<br>CHAMPAIGN, IL 61820-3910 | BUSEY BANK<br>C/O JEAN SOH, POLSINELLI PC<br>150 N. RIVERSIDE PLAZA, SUITE 3000<br>CHICAGO, IL 60606-1599 | BUSEY BANK<br>C/O POLSINELLI<br>150 N. RIVERSIDE PLAZA, SUITE 3000<br>CHICAGO, IL 60606-1599 |
| CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CFOS2GO<br>500 YGNACIO VALLEY ROAD SUITE 410<br>WALNUT CREEK, CA 94596-8215 | CHASE<br>PO BOX 15145<br>WILMINGTON, DE 19850 |
| CITY AN COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B GOODLETT PLACE<br>SAN FRANCISCO, CA 94102-4604 | CORBEL CAPITAL PARTNERS<br>11777 SAN VICENTE BLVD.  SUITE 777<br>LOS ANGELES, CA 90049-5067 | COURT CUNNINGHAM<br>1435 LEXINGTON AVE #6B<br>NEW YORK, NY 10128-1631 |
| DANIEL SCHURMAN<br>315 JODY WAY<br>TIMONIUM, MD 21093-2920 | DANIEL SCHURMAN<br>C/O RUTA SOULIOS STRATIS LLP<br>211 43RD ST, 24TH FL<br>NEW YORK, NY 10017-4714 | DAVID HUGHES C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 |

| | | |
|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPT STATE OF CA<br>BANKRUPTCY UNIT - MIC 92E<br>SACRAMENTO, CA 94280-0001 | E-RECHARE CORE,LLC<br>C/O JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530-3333 | E-REVSHARE CORE, LLC<br>223 WALL ST.<br>BOX 416<br>HUNTINGTON, NY 11743-2060 |
| E-REVSHARE CORE, LLC<br>C/O JASPAN SCHLESINGER<br>ATTN: S. PERNA-PLANK<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY NY 11530-3333 | FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CA 94041-1990 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340 - PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | GARY WISHIK<br>9440 SANTA MONICA BLVD. SUITE 301<br>BEVERLY HILLS, CA 90210-4614 | GIBRALTER BUSINESS CAPITAL<br>400 SKOKIE BLVD #375<br>NORTHBROOK, IL 60062-7928 |
| GUSTO<br>525 20TH STREET<br>SAN FRANCISCO, CA 94107-4345 | HOSKINS/FRAME FAMILY TRUST DATED DECEMBER 15<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INVERNESS ADVISORS, LLC<br>601 MONTGOMERY ST., SUITE 810<br>SAN FRANCISCO, CA 94111-2611 | IRVING RYBA C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 | JENNIFER KELLY<br>TYZ LAW GROUP<br>4 EMBARCADERO CENTER<br>SAN FRANCISCO, CA 94111-4106 |
| JERRY L. SWITZER<br>POLSINELLI PC<br>150 NORTH RIVERSIDE PLAZA, STE. 3000<br>CHICAGO, IL 60606-1599 | JONATHAN LAMB<br>629 N. KINGSHIGHWAY ST<br>SAINT CHARLES, MO 63301-1746 | JONATHAN LAMB<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | KATHRYN J. FRITZ<br>FENWICK & WEST LLP<br>555 CALIFORNIA ST.<br>SAN FRANCISCO, CA 94104-1503 | KAVERI INV. MMGT. COMPANY, LLC<br>3315 COLLINS AVE # 4B<br>MIAMI BEACH, FL 33140-4173 |
| KAVERI INVESTMENT MANAGEMENT COMPANY, LLC. C<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 | KRUZE ACCOUNTING<br>333 KEARNY ST., 4TH FLOOR<br>SAN FRANCISCO, CA 94108-3267 | KYLE EVERETT<br>DEVELOPMENT SPECIALIST, INC.<br>150 POST STREET, #400<br>SAN FRANCISCO, CA 94108-4716 |
| LATHAM & WATKINS<br>140 SCOTT DR.<br>MENLO PARK, CA 94025-1008 | MARIE AND MICHAEL BOWERS<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 | MARK K. SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST., STE. 1210<br>SAN FRANCISCO, CA 94105-4553 |
| MASSACHUSETTS DEPARTMENT OF REVENUE MASS.<br>EPT. OF REVENUE<br>ATTN:BANKRUPTCY U PO BOX 9564 | MATH CAPITAL FUND I, LP<br>ATTN: ERIC FRANCHI<br>4 WORLD TRADE CENTER, 45TH FLOOR<br>NEW YORK, NY 10007-5201 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST.<br>EAST WEYMOUTH, MA 02189-3014 |
| MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH, MA 02189-3014 | MICHAEL BIRKEL<br>652 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | MICHAEL ST. JAMES, ESQ.<br>ST. JAMES LAW, P.C.<br>22 BATTERY STREET, SUITE 810<br>SAN FRANCISCO, CALIFORNIA 94111-5522 |

| | | |
|---|---|---|
| MIKE BIRKEL C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | MOOSYLVANIA MARKETING, L.C.  STEVEN SOULIOS<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>7790 WESTSIDE DRIVE, #310<br>SAN DIEGO, CA 92108-1216 |
| MORGAN REILLY<br>PAUL J. LEEDS,HIGGS,FLETCHER&MACK LLP<br>401 WEST A. STREET, SUITE 2600<br>SAN DIEGO CA 92101-7913 | MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND, FL 34145-2311 | MURPHY HOFFMAN CO.<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD, KS 66211-2695 |
| MVB CONTRACTING, INC.<br>MARIE AND MICHAEL BOWERS<br>12420 HAPPY HOLLOW RD<br>HUNTS VALLEY, MD 21030-1712 | NICK FOPPE<br>1350 BEVERLY AVE<br>SAINT LOUIS, MO 63122-4761 | NICK FOPPE<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| OAREX FUNDING<br>2529 DETROIT AVE, SUITE 135<br>CLEVELAND, OH 44113-2701 | PAUL E. MANASIAN<br>LAW OFFICES OF PAUL E. MANASIAN<br>1310 65TH ST.<br>EMERYVILLE, CA 94608-1119 | POLLY WONG<br>33 SHERIDAN ROAD<br>OAKLAND, CA 94618-2528 |
| POLLY WONG<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 | RANDYE B. SOREF<br>POLSINELLI LLP<br>2019 CENTURY PARK EAST, STE. 2900<br>LOS ANGELES, CA 90067 | RUKIN HYLAND & RIGGIN<br>201 MISSION ST., #1250<br>SAN FRANCISCO, CA 94105-1831 |
| SCOTT OLSON<br>VEDDER & PRICE<br>275 BATTERY ST., SUITE 2464<br>SAN FRANCISCO, CA 94111-3354 | SCOTT SKLAR<br>C/O MERLE C. MEYERS, ESQ. MEYERS LAW GROUP, P.<br>44 MONTGOMERY ST., STE. 1010<br>SAN FRANCISCO, CA 94104-4612 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD, MO 63005-4499 |
| SEAN FLEMING<br>C/O RUTA SOULIOS STRATIS, LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 | SLATER LAW GROUP<br>33 NEW MONTGOMERY ST., SUITE 1210<br>SAN FRANCISCO, CA 94105-4553 | SOPHIA A. PERNA-PLANK<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530-3302 |
| SPORTS BYLINE USA<br>300 BROADWAY, SUITE 8<br>SAN FRANCISCO, CA 94133-4545 | STEVEN SOULIOS<br>C/O RUTA SOULIOS & STRATIS LL<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | STEVEN SOULIOS<br>RUTA SOULIOS & STRATIS LLP<br>211 EAST 43RD ST.<br>NEW YORK, NY 10017-4707 |
| TACO CORP OF AMERICA<br>BRETT BUERCK<br>12854 KENAN DR.  SUITE 145<br>JACKSONVILLE, FL 32258-7435 | TACO CORPORATION OF AMERICA<br>RANDY MICHELSON<br>220 MONTGOMERY ST., #2100<br>SAN FRANCISCO, CA 94104-3502 | THOMAS GOODE<br>2901 BARTON SKYWAY #3002<br>AUSTIN, TX 78746-7561 |
| THOMAS GOODE III<br>C/O BRIAN H. BUSTER<br>3144 BEE CAVES ROAD<br>AUSTIN, TX 78746-5560 | THOMAS PETERS<br>PO BOX 7080<br>SAN CARLOS, CA 94070-7080 | UMB FINANCIAL CORP<br>1010 GRAND BLVD.<br>KANSAS CITY, MO 64106-2202 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE. 5TH FLOOR, STE #05-0153<br>SAN FRANCISCO, CA 94102-3405 | WCB WAREHOUSE<br>3500 COMSOUTH DR.<br>AUSTIN, TX 78744-1305 | XRC FUND III, LLC<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NEW YORK 10017-4714 |

XRC GROWTH FUND I, L.P.  STEVEN SOULIOS
C/O RUTA SOULIOS & STRATIS LLP
211 E. 43RD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10017-4714

Parties Served: 100