Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee
A. Kyle Everett

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>    Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY (BUERCK PARTIES)** |

The Trustee hereby files his Request for Entry of Order by Default in support of his Motion to Approve Compromise of Controversy with the Buerck Parties (the "Motion"), ECF 103, and in support thereof states as follows:

On January 6, 2022, the Trustee filed the Motion and the supporting Declaration of A. Kyle Everett. ECF 103, 103-1. Also on January 6, 2022, the Trustee filed the Notice and Opportunity for Hearing (the "Notice") relating to the Motion. ECF 104. The Notice was served on creditors on the Court's mailing matrix on January 6, 2022. ECF 105, 106.

The Notice indicated that anyone wishing to object to the proposed stipulation was required to do so by filing and serving a written objection no later than 21 days from the date on

which the Notice was served. The last day for filing and serving objections was January 27, 2022. The Trustee received no objections, and none were filed in the bankruptcy case. Trustee's counsel did, however, receive one inquiry about the Motion by e-mail from an investor in Benja, who asked if he understood the mathematical calculations in the Motion. Trustee's counsel promptly responded to the investor by e-mail, explaining the Motion and its mathematical calculations. Thereafter, Trustee's counsel did not receive any further communications from the investor.

This Request for Entry of Order by Default is supported by the concurrently filed Declaration of Jennifer C. Hayes.

Based on the foregoing, the Trustee requests entry of an order approving the Motion and providing as follows:

1. The Motion to Approve Compromise of Controversy with the Buerck Parties (the "Motion"), ECF 103, is granted.

2. The Settlement Agreement and Release attached as **Exhibit A** to the Declaration of A. Kyle Everett in Support of the Motion, ECF 103-1, is approved.

3. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

4. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

Dated January 28, 2022                    FINESTONE HAYES LLP

                                          */s/ Jennifer C. Hayes*
                                          Jennifer C. Hayes
                                          Attorneys for A. Kyle Everett,
                                          Chapter 7 Trustee