**Entered on Docket**
**January 31, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



|   |   |
|---|---|
| 1 | Stephen D. Finestone (125675) |
| 2 | Jennifer C. Hayes (197252) |
|   | Kimberly S. Fineman (184433) |
| 3 | Ryan A. Witthans (301432) |
|   | FINESTONE HAYES LLP |

**Signed and Filed: January 31, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Stephen D. Finestone (125675)
2  Jennifer C. Hayes (197252)
   Kimberly S. Fineman (184433)
3  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
4  456 Montgomery Street, 20thFloor
   San Francisco, California 94104
5  Tel. (415) 616-0466
   Fax (415) 398-2820
6  jhayes@fhlawllp.com

7  Attorneys for Chapter 7 Trustee
8  A. Kyle Everett

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

BENJA INCORPORATED,

   Debtor.

Case No. 20-30819-DM

Chapter 7

**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY (BUERCK PARTIES)**

Upon due consideration and good cause appearing therefor, based on the Trustee's Motion to Approve Compromise of Controversy with the Buerck Parties (the "Motion"), ECF 103, and it appearing that Notice of the Motion was adequate under the circumstances (ECF 104, 105, 106), and that no timely opposition to the Motion was filed, the Court hereby orders as follows:

1. The Motion to Approve Compromise of Controversy with the Buerck Parties (the "Motion", ECF 103) is granted.

2. The Settlement Agreement and Release attached as **Exhibit A** to the Declaration of A. Kyle Everett in Support of the Motion, ECF 103-1, is approved.

-1-

3. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

4. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*