Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Counsel for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br>Previous Chapter 11<br><br>**DECLARATION OF RYAN S. REEVES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF UNITEDLEX CORPORATION** |

I, Ryan S. Reeves, declare as follows:

1.  I am the Chief Client Officer, Litigation, of UnitedLex Corporation ("UnitedLex"), whose headquarters are located at 6130 Spirit Parkway, Suite 275, Overland Park, KS 66211. I make this declaration in support of the concurrently filed *Application for Order Authorizing Employment of UnitedLex Corporation*. If called to testify, I could and would competently testify to the truthfulness of the statements made herein.

2.  Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee for the estate of the above-captioned debtor, and UnitedLex entered into a *Statement of Work for Q-01066 between the Bankruptcy Estate of Benja Inc. and UnitedLex Corporation* (the "SOW") with an

REEVES DECLARATION                                                                                                                     1

effective date of January 4, 2022. A true and correct copy of the SOW is attached as **Exhibit A** to this declaration.

3. The Trustee and UnitedLex then entered into an *Amendment to Statement of Work* (the "Amended SOW") with an effective date of January 31, 2022. The purpose of the Amended SOW was to include additional services related to processing, hosting, searching, and analyzing electronically stored information ("ESI"). A true and correct copy of the Amended SOW is attached as **Exhibit B** to this declaration.

4. UnitedLex has extensive experience and expertise in performing ESI consulting services. UnitedLex is headquartered in Overland Park, Kansas, and it has 28 office locations across eighteen countries. The work described herein will be performed locally in the San Francisco Bay Area.

5. UnitedLex agrees to provide ESI-related services including, without limitation: (1) certified collection, restoration, and examination of ESI; (2) forensic consultation related to data collection, data recovery, data decryption, email extractions, and password cracking; (3) coordination and management of preservation and collection requests; (4) data management, tracking, auditing, and storage; (5) data processing; (6) use of the Brainspace advanced data analytics platform; (7) use of the Relativity electronic discovery platform; (8) analytics including the use of technology assisted review tools; and (9) technician, management, and consultant services. A more detailed list of anticipated services is provided in the Addendum of Fees attached to the SOW, as modified by the Amended SOW. *See* Exhibits A, B.

6. UnitedLex agrees to accept compensation as set forth in the SOW. *See* Exhibit A at ¶¶ 3.1–3.6. Compensation is based on categories of services as set forth in the Addendum of Fees attached to the SOW, as modified by the Amended SOW. *See* Exhibits A, B.

7. UnitedLex agrees to provide invoices on a monthly basis, which payments will be due within sixty calendar days after the invoice date. *Id.* at ¶¶ 3.3, 3.5.

8. Pursuant to Bankruptcy Local Rule 2016-1, the client (A. Kyle Everett, solely in his capacity as Chapter 7 trustee of the bankruptcy estate of Benja Incorporated) agrees to pay UnitedLex invoices in the ordinary course of business, subject to the Court's review and final

REEVES DECLARATION 2

approval. *Id.* at ¶¶ 3.1, 3.3. Subject to the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California Bankruptcy Court*, the client shall reimburse UnitedLex for all third-party expenses reasonably incurred by UnitedLex and its personnel in the course of performing services to the client. *Id.* at ¶ 3.1.

9. Prior to receiving confidential information in this case, if any, I shall execute or cause to be executed on behalf of UnitedLex (1) the *Acknowledgement and Agreement to be Bound* attached as Exhibit A to the *Stipulation and Agreement for Protective Order* that was filed in the main bankruptcy case on April 23, 2021, and approved by the Court on April 27, 2021, ECF 92, 93; and (2) the *Acknowledgement and Agreement to be Bound* attached as Exhibit A to the *Stipulation and Agreement for Protective Order* that was filed in adversary proceeding 21-03036 on December 9, 2021, and approved by the Court on December 14, 2021, Adv. Proc. No. 21-03036 ECF 17, 18.

10. To the best of my knowledge, neither I nor UnitedLex has any connection to the debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, and are disinterested persons within the meaning of 11 U.S.C. §§ 101(14). To the best of my knowledge, neither I nor UnitedLex holds or represents any interest adverse to the estate.

11. Neither I nor UnitedLex has received a retainer from the Trustee for our anticipated services. Neither I nor UnitedLex has any agreement to share any compensation to be awarded in this case with any person or entity.

12. I have read the Application and agree to and approve all the terms and conditions thereof.

I declare under penalty of perjury that the forgoing is true and correct. This declaration is executed in Overland Park, Kansas, on February 1, 2022.

Ryan S. Reeves

REEVES DECLARATION 3