# Exhibit B

# Amendment to Statement of Work

This Amendment to Statement of Work ("Amendment") is effective as of the January 31, 2022 (the "Effective Date"), by and between UnitedLex Corporation, with an office at 6130 Sprint Parkway, Suite 275, Overland Park, KS 66211 ("UnitedLex"), and the Chapter 7 Bankruptcy Estate of Benja Inc. ("Client").

1. **Recitals**. The parties entered into a Statement of Work ("SOW") with an effective date of January 4, 2022.

2. **Control**. The terms of the SOW shall control this Amendment, and this Amendment is made part of and incorporated into the SOW.

3. **Modification**. This Amendment is meant as an amendment of the terms of the SOW, and the terms contained herein shall control to the extent they are in conflict with terms contained in the SOW. It is the party's intent that the following modifications be made to the SOW:

   a. The Addendum of Fees attached to the SOW shall include the following service(s):

| Service Item | Unit of Measure | Rate | Description |
| --- | --- | --- | --- |
| Brainspace ECA/Analytics | Doc | $0.03 | Brainspace: Brainspace advanced data analytics platform providing enhanced clustering, concept searching, and continuous multimodal learning. Billed per record ingested into Brainspace. Records stored beyond 90 days shall incur additional fee of $0.01 per document per month. |
| All-In Processing | GB | $75.00 | Ingest, index, filter, search, de-duplication, promote results *Billed on the uncompressed data volume ingested |
| eDiscovery ECA Hosting - Relativity | GB/ Mo | $8.00 | Relativity preferred partner ECA data online hosting |
| eDiscovery Active Hosting - Relativity | GB/ Mo | $10.00 | Relativity preferred partner active data online hosting |
| Structured & Conceptual Analytics | GB | $5.00 | Structured & Conceptual Analytics: email threading, similar document detection, near duplicate detection, concept clustering, concept search, term expansion and foreign language detection. |
| Classification Analytics | Doc | $0.04 | Active learning index for technology assisted review (requires TAR Specialist) |
| Technology Assisted Review Specialist | Hour | $400.00 | Consults on technology assisted review platform including but not limited to process recommendations, technology training, |

| Service Item | Unit of Measure | Rate | Description |
| --- | --- | --- | --- |
| | | | defensibility, workflow management, and coordination with review teams |
| Relativity User | User/Mo | $85.00 | All Relativity users assigned to database. If same user is assigned to multiple client databases, their cost is split between those databases. |
| eDiscovery Near-Line Hosting | GB/ Mo | $4.00 | Nearline storage of all discovery data for quick access and restoration as needed. |
| All-In Production | GB | $275.00 | Image, brand, OCR, create load files |
| Native Production | Doc | $0.01 | Native Export – Production of native files with corresponding metadata and load files. |
| TIFF Production | Page | $0.01 | TIFF Production – Conversion of TIFF or PDF images in a non-production capacity. |
| OCR TIFF/PDF | Page | $0.01 | OCR TIFF/PDF – Optical Character Recognition of TIFF/PDF images in a non-production capacity. |
| Branding / Endorsements | Page | $0.01 | Branding/Endorsements – Application of endorsement or watermarks to associated images (per pass) when used in a non-production capacity. |
| CD/DVD | Media | $10.00 | CD/DVD: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| Thumb Drive | Media | $90.00 | Thumb Drive: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| HDD - Up to 2 TB | Media | $250.00 | HDD - Up to 2 TB: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| HDD - Over 2 TB | Media | $350.00 | HDD - Over 2 TB: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| HDD - Encrypted Up to 2 TB | Media | $350.00 | HDD - Encrypted Up to 2 TB: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| HDD - Encrypted Over 2 TB | Media | $500.00 | HDD - Encrypted Over 2TB: Media, inventory, bar code tracking, weekly audits, evidence storage, data destruction |
| Technical Time | Hour | $160.00 | Handling of data backup, intake, production, QC, and tracking; review database build and data loading, customization and management; custom reports, scripting, application development, |

| Service Item | Unit of Measure | Rate | Description |
|---|---|---|---|
| | | | automation; data searching, and creation of key word hit reports. This service billed hourly for data and database archival and restoration. |
| Project Manager | Hour | $175.00 | Project Managers facilitate all aspects of the technical litigation lifecycle, including project communications, Relativity training, status reporting, budget creation and reporting, documentation of project specifications and tracking data metrics throughout the project lifecycle. This includes providing a consultative approach and best practice recommendations for all services. |
| Associate Project Manager | Hour | $115.00 | Associate Project Managers are Junior team members who aid the project management team with the overall support of all eDiscovery projects. These team members operate under the supervision of our project managers providing day to day support by fielding client requests, executing on front end platform requests and managing requests though our operations pipeline. The APM's are client facing team members who execute on tasks at the request of clients, outside counsel and review providers. |
| Program Manager | Hour | $200.00 | The Program Manager works with key stakeholders within and outside of the organization to ensure a consistent delivery model across a portfolio of projects, periodic portfolio dashboard reporting to the stakeholder team, highlighting of key value achieved and process improvements, lessons learned and effective data management techniques being applied across the portfolio of projects. |
| eDiscovery Consulting | Hour | $400.00 | Consultants advise on industry best practices, early case assessment uses and advanced filtering techniques, application and use of TAR/CAL technologies, as well as solutioning custom, unique and/or complex technical requests and project requirements. |
| Case Closure Fee | DB | $600.00 | Case Closure<br>Archive of one Relativity database onto existing media or digital delivery, includes required |

| Service Item | Unit of Measure | Rate | Description |
|---|---|---|---|
| | | | Technical Time and return shipping. Any additional media required billed at media rates. |

By signing below, the parties agree to the terms of this Addendum.

| | |
|---|---|
| In re Benja Inc., Case No. 20-30819, U.S. Bankr. Ct., N.D. Cal. ("**Client**") | UnitedLex Corporation ("**UnitedLex**") |
| By: *[signature]* | By: |
| Print Name: Kyle Everett, Chapter 7 Trustee | Print Name: |
| Title: Chapter 7 Trustee of the Benja Bankruptcy Estate | Title: |
| Date: 2/1/22 | Date: |

UnitedLex

By signing below, the parties agree to the terms of this Addendum.

| | |
|---|---|
| In re Benja Inc., Case No. 20-30819, U.S. Bankr. Ct., N.D. Cal. ("**Client**") | UnitedLex Corporation (**"UnitedLex"**) |
| By: | By: *[signature]* |
| Print Name: Kyle Everett, Chapter 7 Trustee | Print Name: Ryan S. Reeves |
| Title: Chapter 7 Trustee of the Benja Bankruptcy Estate | Title: Chief Client Officer, Litigation |
| Date: | Date: February 1, 2022 |