Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:  (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Counsel for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br>Previous Chapter 11<br><br>**ERRATA TO APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF UNITEDLEX CORPORATION** |

Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the bankruptcy estate of Benja Incorporated (the "Debtor"), filed an *Application for Order Authorizing Employment of UnitedLex Corporation* (the "Application") on February 2, 2022. ECF 109. The Trustee wishes to note a correction to the Application.

At paragraph 4, the Application states, "The Trustee has been hindered by Mr. Chapin's refusal to provide information that might assist with the investigation of estate claims." ECF 109 at 2:15–16. While this may have been true earlier in the case, *see* ECF 68, Mr. Chapin has since provided some level of cooperation to the Trustee (though the Trustee is still seeking further information from him). For that reason, the quoted sentence should be deleted, and paragraph 4 of the Application should therefore read as follows:

ERRATA TO APPLICATION TO EMPLOY UNITEDLEX           1

4. Since his appointment, the Trustee has been investigating the Debtor's prior affairs and transaction. ECF 68 at ¶ 5. The Trustee has engaged in many hours of research of the Debtor's financial transactions and documents related to the transactions and has developed a list of transactions that may be avoidable. *Id.* at ¶ 7. The Trustee is pursuing the recipients of funds from the Debtor, has identified targets for avoidance actions and the like, has filed two adversary proceedings, and has reached a mediated settlement with a third target group. *Id.*; Adv. Proc. Nos. 21-03036 (MHC Financial Services, Inc.), 21-03060 (Thomas B. Peters); ECF 103 (motion to approve compromise with Brett T. Buerck and related parties).

Regardless of Mr. Chapin's cooperation, the Trustee is consistent in his belief that it is necessary to engage the services of UnitedLex as ESI consultant for the reasons and on the terms set forth in the Application.

Dated February 8, 2022

FINESTONE HAYES LLP

*/s/ Ryan A. Witthans*
Ryan A. Witthans
Counsel for Kyle Everett,
Chapter 7 Trustee