

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Counsel for Kyle Everett,
Chapter 7 Trustee

Signed and Filed: February 10, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br>Previous Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF UNITEDLEX CORPORATION** |

Pursuant to § 327,[1] Bankruptcy Rule 2014, and Bankruptcy Local Rule 2016-1, Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the above-captioned bankruptcy estate, submitted an *Application for Order Authorizing Employment of UnitedLex Corporation* (the "Application"). Having considered the Application, the supporting declaration of Ryan S. Reeves, and its attached exhibits, and it appearing that employment of UnitedLex Corporation ("UnitedLex") as a consultant to manage the electronically stored information ("ESI") obtained by the Trustee is in the best interest of the estate, that UnitedLex is a disinterested person within

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure.

ORDER AUTHORIZING EMPLOYMENT OF UNITEDLEX　　　　　　　　　　　　　　　1

the meaning of § 101(14) and does not represent any interest adverse to the estate, and that notice and a hearing are not necessary in connection with the proposed employment, the Court hereby orders as follows:

1. The Application is granted on the terms and conditions stated therein.

2. The Trustee is authorized to employ UnitedLex for the purposes and under the terms set forth in the Application.

3. The Trustee is authorized to pay compensation to UnitedLex on an interim basis, in the ordinary course of business as set forth in the Application, which payments shall be subject to the Court's review and final approval.

4. Prior to receiving confidential information in this case, if any, UnitedLex shall enter into (1) the *Acknowledgement and Agreement to be Bound* attached as Exhibit A to the *Stipulation and Agreement for Protective Order* that was filed on April 23, 2021, and approved by the Court on April 27, 2021, ECF 92, 93; and (2) the *Acknowledgement and Agreement to be Bound* attached as Exhibit A to the *Stipulation and Agreement for Protective Order* that was filed in adversary proceeding 21-03036 on December 9, 2021, and approved by the Court on December 14, 2021, Adv. Proc. No. 21-03036 ECF 17, 18.

\* \* \* \* END OF ORDER \* \* \* \*

**COURT SERVICE LIST**

[*ECF recipients only*]