Entered on Docket
September 07, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 6, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Chapter 7 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re | Case No. 20-30819 DM |
|---|---|
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 7 TRUSTEE (FINESTONE HAYES LLP)** |

The Court has considered the application of Kyle Everett, the Chapter 7 Trustee (the "Trustee") to employ Finestone Hayes LLP as his counsel (the "Application") and the supporting declaration of Stephen D. Finestone. ECF 115, 116. Upon due consideration and good cause appearing therefor, and based upon the record before the Court, Finestone Hayes LLP: (i) does not hold or represent an interest adverse to the estate in the matters on which it is to be employed; (ii) is disinterested; and (iii) its employment is in the best interest of the estate. Accordingly, the Court hereby orders as follows:

1. The Application is granted.

2. The Trustee is authorized to employ Finestone Hayes LLP as his counsel with compensation subject to approval of the Court pursuant to Bankruptcy Code Sections 330 and 331, retroactive to January 29, 2021.

\* \* END OF ORDER \* \*

**COURT SERVICE LIST**

(ECF PARTICIPANTS ONLY)