Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS OF: (1) CHAPTER 7 TRUSTEE; AND (2) COUNSEL FOR THE TRUSTEE**<br><br>Date: September 30, 2022<br>Time: 10:30 a.m.<br>Ctrm: Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

**TO ALL CREDITORS, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that a hearing is set before the Honorable Dennis Montali at the above-captioned date, time, and place on the first interim fee applications of the Chapter 7 Trustee and Counsel for the Trustee.  The identification of the professional, as well as the amount of the fees and expenses sought on an interim basis, are set forth below.  Copies of the applications and supporting documents may be obtained by making a request to jhayes@fhlawllp.com.

Case: 20-30819   Doc# 122   Filed: 09/09/22   Entered: 09/09/22 15:18:32   Page 1 of 2

| Professional | Role | Fees | Expenses | Total |
|---|---|---|---|---|
| Kyle Everett | Chapter 7 Trustee | $72,226.06 | $4,108.92 | $76,334.98 |
| Finestone Hayes LLP | Trustee's Counsel | $313,777.50 | $7,563.87 | $321,341.37 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to B.L.R. 9014-1(c)(2), any opposition to the applications must be filed with the Bankruptcy Court and served on the involved professional no less than seven days before the hearing date (*i.e.*, September 23, 2022). If no timely response or opposition to the applications is received, the Bankruptcy Court may enter an order granting the requested relief without further notice.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: September 9, 2022          FINESTONE HAYES LLP


By: /s/ Jennifer C. Hayes
Jennifer C. Hayes
Attorneys for Chapter 7 Trustee

Case: 20-30819   Doc# 122   Filed: 09/09/22   Entered: 09/09/22 15:18:32   Page 2 of 2