Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Chapter 7 Trustee,
Kyle Everett

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

BENJA INCORPORATED,

Debtor.

Case No. 20-30819-DM
Chapter 7

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following documents:

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 7 TRUSTEE KYLE EVERETT**

**FIRST INTERIM FEE APPLICATION OF COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY COUNSEL FOR THE TRUSTEE**

**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS OF: (1) CHAPTER 7 TRUSTEE; AND (2) COUNSEL FOR THE TRUSTEE**

to be served in the manner stated below.

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On September 9, 2022, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF transmission at the email addresses stated below.

Tanya Behnam on behalf of Creditor Busey Bank
tbehnam@polsinelli.com, ladocketing@polsinelli.com

Kathy Quon Bryant on behalf of Interested Party Scott Sklar
kquonbryant@mlg-pc.com

Carol Chow on behalf of Creditor MHC Financial Services, Inc.
carol.chow@ffslaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Kyle Everett
keverett@dsi.biz

Kimberly S. Fineman on behalf of Trustee Kyle Everett
kfineman@fhlawllp.com

Stephen D. Finestone on behalf of Plaintiff A. Kyle Everett
sfinestone@fhlawllp.com

Jennifer C. Hayes on behalf of Plaintiff A. Kyle Everett
jhayes@fhlawllp.com

Paul E. Manasian on behalf of Debtor Benja Incorporated
manasian@mrlawsf.com, gradl@mrlawsf.com

Merle C. Meyers on behalf of Interested Party Scott Sklar
mmeyers@mlg-pc.com

Randy Michelson on behalf of Interested Party Taco Corporation of America
randy.michelson@michelsonlawgroup.com

Donald Miller on behalf of 3rd Pty Defendant BB Lending, LLC
don@efli.law

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Sophia Ashley Perna-Plank on behalf of Interested Party E-Revshare Core, LLC
spernaplank@jaspanllp.com, smionis@jaspanllp.com

Jean Soh on behalf of Creditor Busey Bank
jsoh@polsinelli.com, chicagodocketing@polsinelli.com

Randye B. Soref on behalf of Creditor Busey Bank
rsoref@polsinelli.com, ccripe@polsinelli.com

Steven Soulios on behalf of Creditor XRC Fund III
ssoulios@lawnynj.com, steve@lawnynj.com

Michael St. James on behalf of Defendant Thomas B. Peters
ecf@stjames-law.com

Jerry L. Switzer, Jr. on behalf of Creditor Busey Bank
jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

Ryan A. Witthans on behalf of Plaintiff Kyle Everett
rwitthans@fhlawllp.com

**2. SERVICE BY UNITED STATES MAIL**

A separate certificate of service will be provided to evidence service by United States Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2022.

*/s/ Ryan A. Witthans*
Ryan A. Witthans