Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

BENJA INCORPORATED,

Debtor.

Case No. 20-30819-DM
Chapter 7

## **CERTIFICATE OF SERVICE**

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 DeSoto Avenue, Suite 100, Woodland Hills, California 91367.

      On September 9, 2022, I served a true and correct copy of the following document via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Hearing on First Interim Fee Applications of: (1) Chapter 7 Trustee; and (2) Counsel for the Trustee [Docket No. 122]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 12, 2022, at Woodland Hills, California.

_____
Randy Lowry
Omni Agent Solutions

# **EXHIBIT A**

| | | |
|---|---|---|
| 2007 SKLAR FAMILY TRUST C/O RUTA SOULIOS STR<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO, TX 79998-1535 | ANDREW J. CHAPIN<br>26 CRAGMONT<br>SAN FRANCISCO, CA 94116-1308 |
| ANDREW J. CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO, CA 94116-1308 | APPLE CARD/GOLDMAN SACHS<br>LOCKBOX 6112<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-6112 | BB LENDING, LLC<br>321 W WINNIE LANCE, SUITE 104<br>CARSON CITY, NEVADA 89703-2154 |
| BB LENDING, LLC<br>321 W. WINNIE LANCE, SUITE 104<br>CARSON CITY, NV 89703-2154 | BB LENDING, LLC<br>EAVENSON, FRASER & LUNSFORD, PLLC<br>225 SOUTH LAKE AVENUE, 3RD FLOOR<br>PASADENA, CA 91101-3009 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO, CA 94116-1308 |
| BENJAMIN LAMB<br>16748 HICKORY CREST DR.<br>WILDWOOD, MO 63011-5501 | BENJAMIN LAMB<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL.<br>NEW YORK, NY 10017-4714 | BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| BLUE STARTUPS<br>55 MERCHANT ST<br>HONOLULU, HI 96813-4306 | BODIL ARLANDER REVOCABLE TRUST<br>STEVEN SOULIOS<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | BRETT BUERCK<br>RANDY MICHELSON<br>220 MONTGOMERY ST., #2100<br>SAN FRANCISCO, CA 94104-3502 |
| BUSEY BANK<br>100 WEST UNIVERSITY AVE.<br>CHAMPAIGN, IL 61820-3910 | BUSEY BANK<br>100 WEST UNIVERSITY AVENUE<br>CHAMPAIGN, ILLINOIS 61820-3910 | BUSEY BANK<br>C/O JEAN SOH, POLSINELLI PC<br>150 N. RIVERSIDE PLAZA, SUITE 3000<br>CHICAGO, IL 60606-1599 |
| BUSEY BANK<br>C/O POLSINELLI<br>150 N. RIVERSIDE PLAZA, SUITE 3000<br>CHICAGO, IL 60606-1599 | CA EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAROL CHOW<br>FREEMAN FREEMAN & SMILEY<br>1888 CENTURY PARK EAST<br>SUITE 1500<br>LOS ANGELES, CA 90067-1719 | CFOS2GO<br>500 YGNACIO VALLEY ROAD<br>SUITE 410<br>WALNUT CREEK, CA 94596-8215 |
| CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>P.O. BOX 826203<br>SACRAMENTO, CA 94230-0001 | CITY AN COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B GOODLETT PLACE<br>SAN FRANCISCO, CA 94102-4604 | CORBEL CAPITAL PARTNERS<br>11777 SAN VICENTE BLVD.<br>SUITE 777<br>LOS ANGELES, CA 90049-5067 |
| COURT CUNNINGHAM<br>1435 LEXINGTON AVE #6B<br>NEW YORK, NY 10128-1631 | DANIEL SCHURMAN<br>315 JODY WAY<br>TIMONIUM, MD 21093-2920 | DANIEL SCHURMAN<br>C/O RUTA SOULIOS STRATIS LLP<br>211 43RD ST, 24TH FL<br>NEW YORK, NY 10017-4714 |
| DAVID HUGHES C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 | EMPLOYMENT DEVELOPMENT DEPT<br>STATE OF CALIFORNIA<br>BANKRUPTCY UNIT - MIC 92E<br>SACRAMENTO, CA 94280-0001 | E-RECHARE CORE,LLC<br>C/O JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530-3333 |

E-REVSHARE CORE, LLC
23 WALL ST.
BOX 416
HUNTINGTON, NY 11743-2060

E-REVSHARE CORE, LLC
C/O JASPAN SCHLESINGER
TTN: S. PERNA-PLANK
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY NY 11530-3333

E-REVSHARE CORE, LLC
JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA, 5TH FLOOR
GARDEN CITY, NY 11530-3333

E-REVSHARE CORE, LLC.
223 WALL STREET, BOX 416
HUNTINGTON, NEW YORK 11743-2060

FENWICK & WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041-1990

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANCHISE TAX BOARD
STATE OF CALIFORNIA
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

GARY WISHIK
9440 SANTA MONICA BLVD.
SUITE 301
BEVERLY HILLS, CA 90210-4614

GIBRALTER BUSINESS CAPITAL
400 SKOKIE BLVD #375
NORTHBROOK, IL 60062-7928

GUSTO
525 20TH STREET
SAN FRANCISCO, CA 94107-4345

HOSKINS/FRAME FAMILY TRUST DATED DECEMBER
C/O RUTA SOULIOS STRATIS LLP
211 E. 43RD STREET, 24TH FLOOR
NEW YORK, NY 10017-4714

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INVERNESS ADVISORS, LLC
601 MONTGOMERY ST.
SUITE 810
SAN FRANCISCO, CA 94111-2611

IRVING RYBA C/O RUTA SOULIOS STRATIS LLP
211 E. 43RD STREET, 24TH FLOOR
NEW YORK, NY 10017-4714

JARED A. DAY
OFFICE OF THE U.S. TRUSTEE
300 BOOTH ST. #3009
RENO, NV 89509-1362

JEAN SOH
POLSINELLI PC
150 N. RIVERSIDE PLAZA, #3000
CHICAGO, IL 60606-1599

JENNIFER C. HAYES
FINESTONE HAYES LLP
456 MONTGOMERY ST., 20TH FL
SAN FRANCISCO, CA 94104-1233

JENNIFER KELLY
TYZ LAW GROUP
TYZ LAW GROUP
SAN FRANCISCO, CA 94111-4106

JERRY L. SWITZER
POLSINELLI PC
150 NORTH RIVERSIDE PLAZA, STE. 3000
CHICAGO, IL 60606-1599

JERRY L. SWITZER JR.
POLSINELLI PC
150 N. RIVERSIDE PLAZA, #3000
CHICAGO, IL 60606-1599

JONATHAN LAMB
629 N. KINGSHIGHWAY ST
SAINT CHARLES, MO 63301-1746

JONATHAN LAMB
C/O RUTA SOULIOS STRATIS LLP
211 E. 43RD ST., 24TH FL
NEW YORK, NY 10017-4714

JPMORGAN CHASE BANK N A
ANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

KATHRYN J. FRITZ
FENWICK & WEST LLP
555 CALIFORNIA ST.
SAN FRANCISCO, CA 94104-1503

KATHY QUON BRYANT
MEYERS LAW GROUP, PC
44 MONTGOMERY ST. #1010
SAN FRANCISCO, CA 94104-4612

KAVERI INV. MMGT. COMPANY, LLC
3315 COLLINS AVE # 4B
MIAMI BEACH, FL 33140-4173

KAVERI INVESTMENT MANAGEMENT COMPANY, LLC
211 E. 43RD STREET, 24TH FLOOR
NEW YORK, NY 10017-4714

KIMBERLY S. FINEMAN
FINESTONE HAYES LLP
456 MONTGOMERY STREET
20TH FLOOR
SAN FRANCISCO, CA 94104-1233

KOOSH MEDIA
2324 METCALF ST #10
HONOLULU, HI 96822-2439

KRUZE ACCOUNTING
333 KEARNY ST., 4TH FLOOR
SAN FRANCISCO, CA 94108-3267

KYLE EVERETT
DEVELOPMENT SPECIALIST, INC.
150 POST STREET, #400
SAN FRANCISCO, CA 94108-4716

LATHAM & WATKINS
140 SCOTT DR.
MENLO PARK, CA 94025-1008

| | | |
|---|---|---|
| LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD.<br>SUITE 500<br>NEWPORT BEACH, CA 92660-2028 | MARIE AND MICHAEL BOWERS<br>12420 HAPPY HOLLOW RD<br>HUNTS VALLEY, MD 21030-1712 | MARIE AND MICHAEL BOWERS<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| MARK K. SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST., STE. 1210<br>SAN FRANCISCO, CA 94105-4553 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY U<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | MATH CAPITAL FUND I, LP<br>ATTN: ERIC FRANCHI<br>4 WORLD TRADE CENTER, 45TH FLOOR<br>NEW YORK, NY 10007 |
| MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST.<br>EAST WEYMOUTH, MA 02189-3014 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH, MA 02189-3014 | MERLE C. MEYERS<br>MEYERS LAW GROUP, P.C.<br>44 MONTGOMERY ST. #1010<br>SAN FRANCISCO, CA 94104-4612 |
| MICHAEL ST. JAMES<br>ST. JAMES LAW<br>22 BATTERY ST. #888<br>SAN FRANCISCO, CA 94111-5522 | MICHAEL ST. JAMES, ESQ.<br>ST. JAMES LAW, P.C.<br>22 BATTERY STREET, SUITE 810<br>SAN FRANCISCO, CALIFORNIA 94111-5522 | MIKE BIRKEL C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| MOOSYLVANIA MARKETING, L.C.<br>STEVEN SOULIOS<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>7790 WESTLAKD DR., #310<br>SAN DIEGO, CA 92108 | MORGAN REILLY<br>7790 WESTSIDE DRIVE, #310<br>SAN DIEGO, CA 92108-1216 |
| MORGAN REILLY<br>PAUL J. LEEDS,HIGGS,FLETCHER&MACK LLP<br>401 WEST A. STREET, SUITE 2600<br>SAN DIEGO CA 92101-7913 | MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND, FL 34145-2311 | MURPHY HOFFMAN CO.<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD, KS 66211-2695 |
| MVB CONTRACTING, INC<br>652 TRADE CENTER BLVD.<br>CHESTERFIELD, MO 63005-1227 | NICK FOPPE<br>1350 BEVERLY AVE<br>SAINT LOUIS, MO 63122-4761 | NICK FOPPE<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| OAREX FUNDING<br>2529 DETROIT AVE<br>SUITE 135<br>CLEVELAND, OH 44113-2701 | OFFICE OF THE U.S. TRUSTEE / SF<br>PHILLIP J. BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE. 5TH FL., #05-0153<br>SAN FRANCISCO, CA 94102-3661 | PAUL E. MANASIAN<br>LAW OFFICES OF PAUL E. MANASIAN<br>1310 65TH ST.<br>EMERYVILLE, CA 94608-1119 |
| PAUL MANASIAN<br>1310 65TH ST.<br>EMERYVILLE, CA 94608-1119 | POLLY WONG<br>33 SHERIDAN ROAD<br>OAKLAND, CA 94618-2528 | POLLY WONG<br>C/O RUTA SOULIOS STRATIS LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| RANDY MICHELSON<br>MICHELSON LAW GROUP<br>220 MONTGOMERY ST. #2100<br>SAN FRANCISCO, CA 94104-3502 | RANDYE B. SOREF<br>POLSINELLI LLP<br>2019 CENTURY PARK EAST, STE. 2900<br>LOS ANGELES, CA 90067 | RANDYE B. SOREF<br>POLSINELLI LLP<br>2049 CENTURY PARK E #2900<br>LOS ANGELES, CA 90067-3221 |
| RUKIN HYLAND & RIGGIN<br>201 MISSION ST., #1250<br>SAN FRANCISCO, CA 94105-1831 | RYAN A. WITTHANS<br>FINESTONE HAYES LLP<br>456 MONTGOMERY ST. FL. 20<br>SAN FRANCISCO, CA 94104-1233 | SCOTT OLSON<br>VEDDER & PRICE<br>275 BATTERY ST., SUITE 2464<br>SAN FRANCISCO, CA 94111-3354 |

| | | |
|---|---|---|
| SCOTT SKLAR<br>C/O MERLE C. MEYERS, ESQ.<br>MEYERS LAW GROUP, P.C.<br>44 MONTGOMERY ST., STE. 1010<br>SAN FRANCISCO, CA 94104-4612 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD, MO 63005-4499 | SEAN FLEMING<br>C/O RUTA SOULIOS STRATIS, LLP<br>211 E. 43RD ST., 24TH FL<br>NEW YORK, NY 10017-4714 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MATTHEW MEYERHOFER<br>44 MONTGOMERY ST., STE. 2800<br>SAN FRANCISCO, CA 94104-4802 | SLATER LAW GROUP<br>33 NEW MONTGOMERY ST.<br>SUITE 1210<br>SAN FRANCISCO, CA 94105-4553 | SOPHIA A. PERNA-PLANK<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530-3302 |
| SOPHIA ASHLEY PERNA-PLANK<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530-3333 | SPORTS BYLINE USA<br>300 BROADWAY, SUITE 8<br>SAN FRANCISCO, CA 94133-4545 | STEPHEN D. FINESTONE<br>FINESTONE HAYES LLP<br>456 MONTGOMERY ST. 20TH FL.<br>SAN FRANCISCO, CA 94104-1233 |
| STEPHEN D. FINESTONE<br>FINESTONE HAYES LLP<br>456 MONTGOMERY ST. 20TH FLR.<br>SAN FRANCISCO, CA 94104-1233 | STEVEN SOULIOS<br>RUTA SOULIOS & STRATIS LLP<br>211 EAST 43RD ST.<br>NEW YORK, NY 10017-4714 | STEVEN SOULIOS<br>RUTA SOULIOS & STRATIS LLP<br>211 E 43RD ST FL 24<br>NEW YORK, NY 10017-4714 |
| STEVEN SOULIOS<br>RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD ST., 24TH FL.<br>NEW YORK, NY 10017-4714 | STEVEN SOULIOS C/O RUTA SOULIOS & STRATIS LL<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK NY 10017-4714 | TACO CORP OF AMERICA<br>BRETT BUERCK<br>12854 KENAN DR.<br>SUITE 145<br>JACKSONVILLE, FL 32258-7435 |
| TACO CORPORATION OF AMERICA<br>RANDY MICHELSON<br>220 MONTGOMERY ST., #2100<br>SAN FRANCISCO, CA 94104-3502 | TANYA BEHNAM<br>POLSINELLI LLP<br>2049 CENTURY PARK E #2900<br>LOS ANGELES, CA 90067-3221 | THOMAS GOODE<br>2901 BARTON SKYWAY #3002<br>AUSTIN, TX 78746-7561 |
| THOMAS GOODE III<br>C/O BRIAN H. BUSTER<br>3144 BEE CAVES ROAD<br>AUSTIN, TX 78746-5560 | THOMAS PETERS<br>PO BOX 7080<br>SAN CARLOS, CA 94070-7080 | U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| U.S. SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY GROUP<br>200 VESEY STREET SUITE 400<br>NEW YORK, NY 10281-5520 | UMB FINANCIAL CORP<br>1010 GRAND BLVD.<br>KANSAS CITY, MO 64106-2202 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE. 5TH FLOOR<br>STE #05-0153<br>SAN FRANCISCO, CA 94102-3405 |
| UNITEDLEX CORPORATION<br>6130 SPRINT PARKWAY<br>SUITE 275<br>OVERLAND PARK, KS 66211-1115 | VEGASTECHFUND<br>5940 S. RAINBOW BLVD<br>STE 400 #49100<br>LAS VEGAS, NV 89118-2507 | WCB WAREHOUSE<br>3500 COMSOUTH DR.<br>AUSTIN, TX 78744-1305 |
| XRC FUND III<br>RUTA SOULIOS & STRATIS LLP<br>211 EAST 43RD STREET<br>NEW YORK, NY 10017-4714 | XRC FUND III, LLC<br>STEVEN SOULIOS<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NEW YORK 10017-4714 | XRC GROWTH FUND I, L.P.<br>STEVEN SOULIOS<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NEW YORK 10017-4714 |
| XRC GROWTH FUND I, L.P.<br>C/O RUTA SOULIOS & STRATIS LLP<br>211 E.43RD STREET, 24TH FLOOR<br>NEW YORK, NEW YORK 10017-4714 | | |

Parties Served: 130