MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
100 Shoreline Highway, Suite B-160
Mill Valley, CA 94941
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
       kquonbryant@meyerslawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

The updated address information shown below applies to the bankruptcy cases and adversary proceeding appearing on the attached list.

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of MERLE C. MEYERS, ESQ., has changed. Mr. Meyers' new address is:

> Merle C. Meyers, Esq.
> Meyers Law Group, P.C.
> 100 Shoreline Highway, Suite B-160
> Mill Valley, California 94941
> Tel: (415) 362-7500
> Fax: (415) 362-7515
> Email: mmeyers@meyerslawgroup.com

Please update your records accordingly (Note: Telephone, facsimile, and email remain the same).

DATED: September 20, 2022

MEYERS LAW GROUP, P.C.

By  /s/ Merle C. Meyers
    Merle C. Meyers, Esq.

-1-

NOTICE OF CHANGE OF ADDRESS
32583_1 0000.001

Main Cases:

1. San Jose Airport Hotel, LLC, Debtor, Case No. 09-51045
2. Mobedshahi Hotel Group, Debtor, Case No. 09-51073
3. Fox Ortega Enterprises, Inc., Debtor, Case No. 16-40050
4. KineMed, Inc., Debtor; Case No. 16-41241
5. Cecchi Gori Pictures and Cecchi Gori USA, Inc., Debtors; Case No. 16-53499 (Jointly Administered with Case No. 16-53500)
6. Postconfirmation Estate of Barett Evan Scherman and Susan Averbach Scherman, Debtors; Case No. 20-30473
7. Benja Incorporated; Case No. 20-30819
8. Kane Corporation, Debtor; Case No. 21-30819
9. Westmore Properties, LLC, Debtor; Case No. 21-30770

Adversary Proceeding:

1. Hoffman v. Blaustein, et al., A.P. No. 22-03021

NOTICE OF CHANGE OF ADDRESS
32583_1 0000.001