MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
100 Shoreline Highway, Suite B-160
Mill Valley, CA 94941
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
kquonbryant@meyerslawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

The updated address information shown below applies to the bankruptcy cases appearing on the attached list.

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of KATHY QUON BRYANT, ESQ., has changed. Ms. Quon Bryant's new address is:

>   Kathy Quon Bryant, Esq.
>   Meyers Law Group, P.C.
>   100 Shoreline Highway, Suite B-160
>   Mill Valley, California 94941
>   Tel: (415) 362-7500
>   Fax: (415) 362-7515
>   Email: kquonbryant@meyerslawgroup.com

Please update your records accordingly (Note: Telephone, facsimile, and email remain the same).

DATED: September 20, 2022

MEYERS LAW GROUP, P.C.

By   /s/  Kathy Quon Bryant
    Kathy Quon Bryant, Esq.

-1-

NOTICE OF CHANGE OF ADDRESS
32583_2 0000.001

Main Cases:

1. San Jose Airport Hotel, LLC, Debtor, Case No. 09-51045
2. Mobedshahi Hotel Group, Debtor, Case No. 09-51073
3. Fox Ortega Enterprises, Inc., Debtor, Case No. 16-40050
4. KineMed, Inc., Debtor; Case No. 16-41241
5. Postconfirmation Estate of Barett Evan Scherman and Susan Averbach Scherman, Debtors; Case No. 20-30473
6. Benja Incorporated; Case No. 20-30819
7. Sarah E. Shaffer, dba Sarah's Science, and dba This Land is Your Land Summer Day Camp; Case No. 21-40070
8. Kane Corporation, Debtor; Case No. 21-30819
9. Westmore Properties, LLC, Debtor; Case No. 21-30770