Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone:     (415) 616-0466
Facsimile:     (415) 398-2820
Email:          sfinestone@fhlawllp.com
Email:          jhayes@fhlawllp.com
Email:          rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819-DM |
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR** |

Pursuant to § 327 and Bankruptcy Rule 2014,[1] Kyle Everett (the "Trustee"), trustee in

bankruptcy of the estate of the above-captioned Debtor, files this *Application for Order*

*Authorizing Employment of Private Investigator* and in support thereof represents:

1.      The Trustee is the duly appointed, qualified, and acting trustee in bankruptcy in

this case.

2.      The Trustee wishes to retain Coffino Investigations ("Proposed PI") as his private

investigator in connection with investigating the collectability of the estate's potential claims

against third parties.  The Proposed PI is a small company with one principal, who is a licensed

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532.  "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure.

APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF PRIVATE INVESTIGATOR                                                    1/3

1  private investigator, as well as a licensed attorney, as further explained in the accompanying

2  declaration of Michael Coffino.

3         3.       The Trustee believes that retention of a private investigator is necessary and

4  wishes to retain the Proposed PI based on its expertise in private investigation services, as well

5  as the extensive legal background and expertise held by the Proposed PI's principal, Mr. Coffino.

6  Notwithstanding such extensive legal background and expertise, the Proposed PI would not

7  provide legal services to the estate, but rather would provide only private investigation services.

8  The Trustee has considered the facts in this case and determined that employing the Proposed PI

9  is in the best interests of the estate.

10        4.       To the best of the Trustee's knowledge, the Proposed PI has no connection with

11  the Debtor, creditors, or any other party in interest, their respective attorneys and/or accountants,

12  the United States Trustee, or any person employed in the Office of the United States Trustee,

13  except as set forth in the concurrently filed declaration of Michael Coffino in support of this

14  application (the "Declaration").  The Proposed PI does not presently represent any interest

15  adverse to the Trustee or to the estate, except as set forth in the Declaration.  The Proposed PI is

16  a disinterested person.

17        5.       Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the

18  Guidelines, and the rules and rulings of this Court, the Trustee proposes to pay the Proposed PI

19  its customary hourly rates in effect from time to time and to reimburse the Proposed PI for its

20  expenses according to its customary reimbursement policies.  The Proposed PI's hourly rate is

21  $150.  Generally, the Proposed PI's rates are subject to change from time to time, but generally

22  not more than once per year.  The Proposed PI has not shared or agreed to share compensation

23  with any entity.

24        6.       The hourly rate charged by the Proposed PI is no less favorable than the rate

25  charged for non-court appointed services.

26

27

28

APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF PRIVATE INVESTIGATOR                                    2/3

Case: 20-30819    Doc# 128    Filed: 09/23/22    Entered: 09/23/22 11:19:11    Page 2 of 3

1    7.    The Proposed PI is in compliance with the *Guidelines for Compensation and*

2    *Expense Reimbursement of Professionals and Trustees* dated February 19, 2014.  It does not

3    charge for its word processing.  Online research searches and services are charged at cost.

4        Based on the foregoing, the Trustee requests entry of an order authorizing the

5    employment of Coffino Investigations as the bankruptcy estate's private investigator.

6

7    DATED: September 23, 2022

8                                                        */s/ Kyle Everett*
                                                         Kyle Everett,
9                                                        Chapter 7 Trustee

10
     DATED: September 23, 2022              FINESTONE HAYES LLP
11

12                                                       */s/ Jennifer C. Hayes*
                                                         Jennifer C. Hayes
13                                                       Attorneys for Kyle Everett, Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF PRIVATE INVESTIGATOR                                              3/3