Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone:    (415) 616-0466
Facsimile:     (415) 398-2820
Email:          sfinestone@fhlawllp.com
Email:          jhayes@fhlawllp.com
Email:          rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**DECLARATION OF MICHAEL J. COFFINO IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR** |

I, Michael J. Coffino, declare:

1.     I have been a licensed private investigator since 2018 and my private investigation firm is Coffino Investigations (the "PI Firm"). The PI Firm is a one-person operation with me as the sole principal. Its website, which highlights some of its services and experience, is www.coffinoinvestigations.com.

2.     In addition to my experience as a private investigator, I am licensed to practice law in California and have more than four decades of experience as a business litigation and trial attorney. I have first chaired more than twenty trials and arbitrations and have deposed, interviewed, and examined at trial countless witnesses. I was previously head of bankruptcy litigation at Heller, Ehrman, White & McAuliffe LLP. I still practice law part-time and am Of Counsel for the

DECLARATION OF MICHAEL J. COFFINO IN SUPPORT OF APPLICATION FOR ORDER
AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR    1/3

Case: 20-30819    Doc# 128-1    Filed: 09/23/22    Entered: 09/23/22 11:19:11    Page 1 of 3

bankruptcy boutique law firm, Keller Benvenutti Kim LLP. Despite my extensive experience and training as an attorney, the PI Firm would only provide private investigation services to the estate.

3. Subject to the provisions of the Bankruptcy Code; the Bankruptcy Rules; the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* dated February 19, 2014 (the "Guidelines"); and the rules and rulings of this Court, I am informed and believe that the Trustee proposes to pay the PI Firm its customary hourly rates in effect from time to time and to reimburse the PI Firm for its expenses according to its customary reimbursement policies. My current hourly rate for private investigation work is $150. I acknowledge that compensation and reimbursement of expenses to the PI Firm are subject to Court approval, upon appropriate notice, and shall comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and applicable Guidelines. The PI Firm has not shared or agreed to share compensation with any entity.

4. I have reviewed the Schedules and Statement of Financial Affairs of the Debtor, as well as the current and former clients of the PI Firm and have done a conflicts check, as has Keller Benvenutti Kim LLP, and believe the PI Firm does not represent any interest adverse to the Debtor or its estate. Nor does the PI Firm hold any interest materially adverse to the interests of the Debtor or its estate. After diligent inquiry, I believe that the PI Firm is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code

5. Except as explained below, after diligent inquiry I believe neither the PI Firm, nor I, have any connection with the Debtor, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee, or any person employed in the office of the United States Trustee. It is possible that my colleague at Keller Benvenutti Kim LLP, Peter J. Benvenutti, may serve as a mediator in the adversary proceeding *Everett v. MHC Financial Services, Inc.*, 21-3036-DM (the "MHC Adversary Proceeding"). I am informed and believe that the MHC Adversary Proceeding and the claims it raises are

DECLARATION OF MICHAEL J. COFFINO IN SUPPORT OF APPLICATION FOR ORDER
AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR 2/3

Case: 20-30819   Doc# 128-1   Filed: 09/23/22   Entered: 09/23/22 11:19:11   Page 2 of 3

unrelated to the PI work the corresponding PI Firm employment application and this declaration contemplate.

I declare under penalty of perjury that the above statements are true and with respect to those matters stated on information and belief, I believe them to be true. This declaration was executed in Bridgehampton, New York on September 23, 2022          .

*/s/ Michael J. Coffino*

Michael J. Coffino

DECLARATION OF MICHAEL J. COFFINO IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR                                         3/3