Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee,
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819 DM |
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **PROOF OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. The following documents were served as indicated below:

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR**

**DECLARATION OF MICHAEL COFFINO IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR**

by the following means:

☒ <u>BY CM/ECF NOTICE OF ELECTRONIC FILNG</u>. I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system. I received confirmation from the CM/ECF system that this filing caused links to such document(s) to be transmitted electronically to the registered CM/ECF users in this case at their respective notification addresses listed below.

- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Jared A. Day**  jared.a.day@usdoj.gov
- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **Kathy Quon Bryant**  kquonbryant@mlg-pc.com

- **Carol Chow**  carol.chow@ffslaw.com
- **Kyle Everett**  keverett@dsi.biz
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Paul E. Manasian**  manasian@mrlawsf.com, gradl@mrlawsf.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Donald Miller**  don@efli.law
- **Sophia Ashley Perna-Plank**  spernaplank@jaspanllp.com, smionis@jaspanllp.com
- **Jean Soh**  jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- **Randye B. Soref**  rsoref@polsinelli.com
- **Steven Soulios**  ssoulios@lawnynj.com, steve@lawnynj.com
- **Michael St. James**  ecf@stjames-law.com
- **Jerry L. Switzer**  jswitzer@polsinelli.com, chicagodocketing@polsinelli.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2022, in Contra Costa County, California.

*Jennifer C. Hayes*
Jennifer C. Hayes