

1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
3  456 Montgomery Street, Floor 20
   San Francisco, CA 94104
4  Telephone:    (415) 616-0466
   Facsimile:    (415) 398-2820
5  Email:        sfinestone@fhlawllp.com
   Email:        jhayes@fhlawllp.com
6  Email:        rwitthans@fhlawllp.com

7  Attorneys for Kyle Everett,
   Chapter 7 Trustee

8

Signed and Filed: September 30, 2022

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

9              **UNITED STATES BANKRUPTCY COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11              **SAN FRANCISCO DIVISION**

12  In re                                    Case No. 20-30819-DM

13  BENJA INCORPORATED,                      Chapter 7

14  Debtor.                                  **ORDER AUTHORIZING**
                                            **EMPLOYMENT OF PRIVATE**
15                                          **INVESTIGATOR**

16

17          Kyle Everett (the "Trustee"), trustee in bankruptcy of the estate of the above-captioned

18  Debtor, submitted an Application for an order authorizing him to employ Coffino Investigations

19  as his private investigator (ECF 128).  Having considered the Application and the accompanying

20  Declaration of Michael J. Coffino, and it appearing that employment of Coffino Investigations is

21  in the best interest of the estate, that it represents no interest adverse to the estate, and that notice

22  and a hearing are not necessary in connection with the proposed employment, the Court hereby

23  orders as follows:

24          1.      The Trustee is authorized to employ Coffino Investigations as his private

25  investigator pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to

26  provide private investigation services within this bankruptcy case as set forth in the Application.

27          2.      Any compensation to be paid to Coffino Investigations shall be on an hourly rate

28  basis pursuant to 11 U.S.C. § 330 and is subject to Court approval on application in conformity

with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* dated February 19, 2014, and on notice to creditors, the United States Trustee, and other interested parties.

**\* \* \* \* END OF ORDER \* \* \* \***

Case: 20-30819    Doc# 131    Filed: 09/30/22    Entered: 09/30/22 16:29:46    Page 2 of 3

**COURT SERVICE LIST**

*[ECF notice recipients only]*

ORDER AUTHORIZING EMPLOYMENT OF PRIVATE INVESTIGATOR