

**Entered on Docket**
**September 30, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  Stephen D. Finestone (125675) | **Signed and Filed: September 30, 2022** |
| 2  Jennifer C. Hayes (197252) | |
|    Ryan A. Witthans (301432) | |
| 3  FINESTONE HAYES LLP | |
|    456 Montgomery Street, 20th Floor | |
| 4  San Francisco, California 94104 | |
|    Tel. (415) 616-0466 | _____ |
| 5  Fax (415) 398-2820 | **DENNIS MONTALI** |
|    sfinestone@fhlawllp.com | **U.S. Bankruptcy Judge** |
| 6  Attorneys for Chapter 7 Trustee, | |
|    Kyle Everett | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819-DM |
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **ORDER APPROVING FIRST INTERIM FEE APPLICATION OF CHAPTER 7 TRUSTEE** |

The First Interim Fee Application of Kyle Everett, Chapter 7 Trustee (ECF 119, the "Application"), was set for hearing on September 30, 2022 at 10:30 a.m.  On September 28, 2022, the Court entered a docket text order (the "Docket Order") approving the Application. Having considered the Application and for the reasons stated in the Docket Order, the Court hereby orders as follows:

1. Fees are awarded to Kyle Everett, Chapter 7 Trustee, on an interim basis in the amount of $72,226.06. and costs are awarded as requested in the amount of $4,108.92.

2. The Trustee is authorized to disburse to himself, as Chapter 7 Trustee, a total of $76,334.98, which is the sum of the amounts noted in paragraph 1 above.

3. The hearing on the Application scheduled for September 30, 2022 is vacated.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*