Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

**Entered on Docket**
**September 30, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 30, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE TOLLING AGREEMENT (NICK FOPPE)** |

Upon due consideration, based upon the *Stipulation for Entry of Order re Tolling Agreement* (the "Stipulation," ECF 130) by and between Kyle Everett (the "Trustee") and Nick Foppe (the "Potential Litigant," and together with the Trustee, the "Parties"), it appearing that notice was adequate under the circumstances, and good cause appearing therefor, the Court hereby orders as follows:

1.   The Stipulation is approved.

2.   In any action or proceeding brought by the Trustee on behalf of the estate against the Potential Litigant, the period from the filing of the Stipulation through and including April 17, 2023, shall not be included in determining the applicability of any statute of limitations, laches, or any other defense based on the lapse of time.

ORDER APPROVING TOLLING AGREEMENT (NICK FOPPE)                              1

3. To the extent that any applicable statute of limitations expires on or about October 17, 2022, it is extended through and including April 17, 2023, without prejudice to further extensions by stipulation, order of the Court, or otherwise.

4. This Stipulation shall extend the statutes of limitation available to both Parties during the term of this Stipulation, including statutes of limitation that apply to any defense available to the Parties.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

[*ECF recipients only*]