Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

Signed and Filed: October 17, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE TOLLING AGREEMENT (SCOTT SKLAR AND 2007 SKLAR FAMILY TRUST)** |

Upon due consideration, based upon the *Stipulation for Entry of Order re Tolling Agreement* (the "Stipulation," ECF 138) by and between Kyle Everett and Scott Sklar and the 2007 Sklar Family Trust, it appearing that notice was adequate under the circumstances, and good cause appearing therefor, the Court hereby orders as follows:

1.   The Stipulation is approved.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

[*ECF recipients only*]

ORDER APPROVING TOLLING AGREEMENT (SCOTT SKLAR AND 2007 SKLAR FAMILY TRUST)  2