Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY PRIVATE INVESTIGATOR FOR TRUSTEE** |

This Application is submitted pursuant to the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "Guidelines") effective February 19, 2014, adopted by the United States Bankruptcy Court for the Northern District of California.

| | | |
|---|---|---|
| 1. | **Date of Filing of Case:** | October 15, 2020 |
| 2. | **Name of Trustee:** | Kyle Everett |
| 3. | **Total Receipts:** | TBD |
| 4. | **Present Balance on Hand:** | $1,179,850.39 (as of January 31, 2023) |
| 5. | **Appointment of Applicant:** | September 30, 2022 |
| 6. | **Time Period of Application:** | September 23 through October 6, 2022 |
| 7. | **Hourly Rate of Professionals:** | Michael J. Coffino - $150 |

| | | |
|---|---|---|
| 8. | **Total Hours in this Application:** | 20.2 |
| 9. | **Total Fees Requested:** | $3,030.00 |
| 10. | **Total Costs Requested:** | $66.30 |
| 11. | **Total Fees and Costs Requested:** | $3,096.30 |

12.  **Brief Description of Services:** Coffino Investigations (the "Applicant") served as private investigator to the Trustee, pursuant to the Order of Employment (ECF 131). The services that Applicant provided involved private investigation services related to investigating the collectability of the estate's potential claims against third parties.

## CERTIFICATION

I, Michael J. Coffino, declare as follows:

1. I have been a licensed private investigator since 2018 and my private investigation firm is Coffino Investigations, defined above as the Applicant. The Applicant is a one-person operation with me as the sole principal. Its website, which highlights some of its services and experience, is www.coffinoinvestigations.com. In addition to my experience as a private investigator, I am licensed to practice law in California and have more than four decades of experience as a business litigation and trial attorney. I have first chaired more than twenty trials and arbitrations and have deposed, interviewed, and examined at trial countless witnesses. I was previously head of bankruptcy litigation at Heller, Ehrman, White & McAuliffe LLP. I still practice law part-time and am a Partner with Finestone Hayes LLP, and was previously Of Counsel for Keller Benvenutti Kim LLP. Despite my extensive experience and training as an attorney, the Applicant only provided private investigation services to the estate.

2. I am familiar with and have read the above application and its facts are true to my knowledge and belief. Authentic copies of the Applicant's billing statements for this case are attached as **Exhibit A**.

3. The Applicant has not been paid or promised any compensation from any other source for services rendered in connection with this case.

FIRST AND FINAL FEE APPLICATION OF PRIVATE INVESTIGATOR 2/4

Case: 20-30819    Doc# 142    Filed: 02/02/23    Entered: 02/02/23 18:09:28    Page 2 of 4

4. To the best of my knowledge, information and belief, the compensation and expense reimbursement sought here is in conformity with the Guidelines, as defined above. I am informed and believe that counsel for the Trustee spent 0.4 hours preparing the fee application.

5. The sought compensation and expenses sought were billed at rates no less favorable than those customarily billed by Applicant and generally accepted by the Applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 1st day of February 2023.

/s/Michael J. Coffino
Michael J. Coffino

**TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION**

I, Kyle Everett, hereby certify that I have read the foregoing fee application of Coffino Investigations, private investigator for me as Trustee in the above-captioned bankruptcy case, and I have no objections to the fee application or the fees and costs requested herein.

Dated: February 1, 2023

*/s/ Kyle Everett*
Kyle Everett, Chapter 7 Trustee

FIRST AND FINAL FEE APPLICATION OF PRIVATE INVESTIGATOR 4/4