# Exhibit A

Michael J. Coffino
111 Belvedere Drive
Mill Valley, CA 94941-2419
(415) 533-4633
michael@coffinoinvestigations.com

Invoice Dated January 20, 2023

Investigative Work for Trustee Kyle Everett and Finestone Hayes LLP

*In Re Benja Incorporated*
Case No. 20-30819-DM
Chapter 7

| Date | Tasks | Total Daily Time |
|------|-------|------------------|
| September 23, 2022 | Review Lexis reports for search data, draft notes regarding same (1.4) emails with counsel for trustee regarding investigation (.30) | 1.70 |
| September 28, 2022 | Asset and property search for S. Sklar, A. Chapin, and N. Foppe and begin drafting of memos to trustee regarding same | 4.80 |
| September 29, 2022 | Continued asset and property search for N. Foppe and draft notes regarding same | 4.30 |
| September 30, 2022 | Follow up asset, property, and corporate and investment affiliation searches for A. Chapin, N. Foppe, and S. Sklar | 3.70 |
| **Total for September 2022** | | **14.50** |
| October 5, 2022 | Preliminary review of Lexis report for D. Weiner and T. Goode and collection of basic data (.30); investigate assets of D. Weiner and some family members (1.5); prepare memo to client and counsel regarding D. Weiner assets (2.1) | 3.90 |
| October 6, 2022 | Further investigation of T. Goode assets (.40); draft memo to client and counsel regarding same (1.30); email with counsel regarding Weiner memo (.10) | 1.80 |
| **Total for October 2022** | | **5.70** |
| **TOTAL** | | **20.20 hours** |
| | | |

Fees Due: $3,030 (20.20 x $150 an hour)
Expenses: $66.30 (data base access)

**TOTAL DUE: $3,096.30**





**INVOICE DATE**
Oct 1, 2022

**ACCOUNT NUMBER**
D70372

**TERMS**
Due on Receipt

**Coffino Investigations**
1805 Mar West St.
Tiburon, CA 94920-1963

| SUMMARY | September 2022 |
|---|---|
| **Delvepoint Standard Search** | **$66.30** |
| **TOTAL DUE** | **$66.30** |

If you have any questions about your invoice, please contact us at 866.945.1667 or customerservice@delvepoint.com.

## USAGE DETAIL - Delvepoint

| DESCRIPTION | COUNT | TOTAL |
|---|---|---|
| People at Work Search | 1 | $0.00 |
| Full SSN Search | 3 | $1.50 |
| Property Search | 31 | $36.00 |
| Motor Vehicle Search | 6 | $7.20 |
| Watercraft Search | 4 | $3.60 |
| Advanced Person Search Plus | 10 | $18.00 |
| **Usage Totals** | | **$66.30** |

**Thank you for
choosing Delvepoint!**

**ATTENTION** This invoice shall be deemed to be conclusively correct and accepted by the Customer unless the Customer informs Delvepoint, LLC in writing of any error or discrepancy within (30) days of receipt of this invoice. Funds not received by the fifth day of each month may result in account suspension.