Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone:   (415) 616-0466
Facsimile:   (415) 398-2820
Email:       sfinestone@fhlawllp.com
Email:       jhayes@fhlawllp.com
Email:       rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re BENJA INCORPORATED, | Case No. 20-30819-DM |
|---|---|
| Debtor. | Chapter 7 |
| | **NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY PRIVATE INVESTIGATOR FOR TRUSTEE**<br><br>**Date**: February 24, 2023<br>**Time**: 10:30 a.m.<br>**Ctrm**: Zoom |

**TO THE HONORABLE DENNIS MONTALI, ALL CREDITORS, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

   **PLEASE TAKE NOTICE** that a hearing is set before the Honorable Dennis Montali at the above-captioned date, time, and place on the First and Final Fee Application of Coffino Investigations (the "Applicant"). The final amount of the fees and expenses sought is set forth below. Copies of the application and supporting documents may be obtained by making a request to rwitthans@fhlawllp.com.

NOTICE OF HEARING: FIRST AND FINAL FEE APP
OF PRIVATE INVESTIGATOR                                                                           1/2

Case: 20-30819   Doc# 143   Filed: 02/02/23   Entered: 02/02/23 18:11:06   Page 1 of 2

| Professional | Role | Fees | Expenses | Total |
|---|---|---|---|---|
| Coffino Investigations, ECF 131 | Private Investigator | $3,030.00 | $66.30 | $3,096.30 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to B.L.R. 9014-1(c)(2), any opposition to the applications must be filed with the Bankruptcy Court and served on the involved professional no less than seven days before the hearing date (*i.e.*, February 17, 2023). If no timely response or opposition to the applications is received, the Bankruptcy Court may enter an order granting the requested relief without further notice.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by Zoom. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: February 2, 2023            FINESTONE HAYES LLP

By: */s/ Ryan A. Witthans*
    Ryan A. Witthans
    Attorneys for Chapter 7 Trustee