UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>BENJA INCORPORATED | CASE NO: 20-30819<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 143 |

On 2/3/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on First and Final Application for Compensation and Expense Reimbursement by Private Investigator for Trustee ECF Docket Reference No. 143

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2023

/s/ Ryan A. Witthans
Ryan A. Witthans  301432
Attorneys for Trustee
FINESTONE HAYES LLP
456 Montgomery St, Floor 20
San Francisco, CA  94104
415 616 0466
rwitthans@fhlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819 |
|---|---|
| BENJA INCORPORATED | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 143 |

On 2/3/2023, a copy of the following documents, described below,

Notice of Hearing on First and Final Application for Compensation and Expense Reimbursement by Private Investigator for Trustee ECF Docket Reference No. 143

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery St, Floor 20
San Francisco, CA 94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        2007 SKLAR FAMILY TRUST CO RUTA SOULIOS   AMERICAN EXPRESS
09713                                   STR                                       PO BOX 981535
CASE 20-30819                           211 E 43RD STREET 24TH FLOOR              EL PASO TX 79998-1535
CALIFORNIA NORTHERN BANKRUPTCY COURT    NEW YORK NY 10017-4714
SAN FRANCISCO
THU FEB 2 18-17-17 PST 2023


ANDREW J CHAPIN                         ANDREW J CHAPIN                           APPLE CARDGOLDMAN SACHS
26 CRAGMONT                             26 CRAGMONT AVE                           LOCKBOX 6112
SAN FRANCISCO CA 94116-1308             SAN FRANCISCO CA 94116-1308               PO BOX 7247
                                                                                  PHILADELPHIA PA 19170-6112


BB LENDING LLC                          BB LENDING LLC                            BB LENDING LLC
321 W WINNIE LANCE SUITE 104            321 W WINNIE LANCE SUITE 104              EAVENSON FRASER  LUNSFORD PLLC
CARSON CITY NEVADA 89703-2154           CARSON CITY NV 89703-2154                 225 SOUTH LAKE AVENUE 3RD FLOOR
                                                                                  PASADENA CA 91101-3009


TANYA BEHNAM                            BENJA INCORPORATED                        BENJAMIN LAMB
POLSINELLI LLP                          26 CRAGMONT AVENUE                        16748 HICKORY CREST DR
2049 CENTURY PARK E 2900                SAN FRANCISCO CA 94116-1308               WILDWOOD MO 63011-5501
LOS ANGELES CA 90067-3221


BENJAMIN LAMB                           BLUE STARTUPS                             BODIL ARLANDER REVOCABLE TRUST
CO RUTA SOULIOS STRATIS LLP             55 MERCHANT ST                            STEVEN SOULIOS
211 E 43RD ST 24TH FL                   HONOLULU HI 96813-4306                    CO RUTA SOULIOS  STRATIS LLP
NEW YORK NY 10017-4714                                                            211 E 43RD STREET 24TH FLOOR
                                                                                  NEW YORK NY 10017-4714


KATHY QUON BRYANT                       BRETT BUERCK                              BUSEY BANK
MEYERS LAW GROUP PC                     RANDY MICHELSON                           CO POLSINELLI
100 SHORELINE HIGHWAY                   220 MONTGOMERY ST 2100                    150 N RIVERSIDE PLAZA SUITE 3000
SUITE B-160                             SAN FRANCISCO CA 94104-3502               CHICAGO IL 60606-1599
MILL VALLEY CA 94941-6626


BUSEY BANK                              BUSEY BANK                                BUSEY BANK
100 WEST UNIVERSITY AVE                 100 WEST UNIVERSITY AVENUE                CO JEAN SOH POLSINELLI PC
CHAMPAIGN IL 61820-3910                 CHAMPAIGN ILLINOIS 61820-3910             150 N RIVERSIDE PLAZA SUITE 3000
                                                                                  CHICAGO IL 60606-1599


CA EMPLOYMENT DEVELOPMENT DEPT          CA FRANCHISE TAX BOARD                    CFOS2GO
BANKRUPTCY GROUP MIC 92E                SPECIAL PROCEDURES BANKRUPTCY UNIT        500 YGNACIO VALLEY ROAD
PO BOX 826880                           PO BOX 2952                               SUITE 410
SACRAMENTO CA 94280-0001                SACRAMENTO CA 95812-2952                  WALNUT CREEK CA 94596-8215


CAPITAL ONE                             JPMORGAN CHASE BANK N A                   CHIEF TAX COLLECTION SECTION
PO BOX 30285                            BANKRUPTCY MAIL INTAKE TEAM               EMPLOYMENT DEVELOPMENT SECTION
SALT LAKE CITY UT 84130-0285            700 KANSAS LANE FLOOR 01                  PO BOX 826203
                                        MONROE LA 71203-4774                      SACRAMENTO CA 94230-0001
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CAROL CHOW
FREEMAN FREEMAN SMILEY
1888 CENTURY PARK EAST
SUITE 1500
LOS ANGELES CA 90067-1719

CITY AN COUNTY OF SAN FRANCISCO
1 DR CARLTON B GOODLETT PLACE
SAN FRANCISCO CA 94102-4604

CORBEL CAPITAL PARTNERS
11777 SAN VICENTE BLVD
SUITE 777
LOS ANGELES CA 90049-5067

COURT CUNNINGHAM
1435 LEXINGTON AVE 6B
NEW YORK NY 10128-1631

DANIEL SCHURMAN
315 JODY WAY
TIMONIUM MD 21093-2920

DANIEL SCHURMAN
CO RUTA SOULIOS STRATIS LLP
211 43RD ST 24TH FL
NEW YORK NY 10017-4714

DAVID HUGHES CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NY 10017-4714

JARED A DAY
OFFICE OF THE US TRUSTEE
300 BOOTH ST 3009
RENO NV 89509-1362

ERECHARE CORELLC
CO JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

EREVSHARE CORE LLC
JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

EREVSHARE CORE LLC
223 WALL ST
BOX 416
HUNTINGTON NY 11743-2060

EREVSHARE CORE LLC
CO JASPAN SCHLESINGER
ATTN- S PERNA-PLANK
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

EREVSHARE CORE LLC
223 WALL STREET BOX 416
HUNTINGTON NEW YORK 11743-2060

EMPLOYMENT DEVELOPMENT DEPT
STATE OF CALIFORNIA
BANKRUPTCY UNIT - MIC 92E
SACRAMENTO CA 94280-0001

KYLE EVERETT
DEVELOPMENT SPECIALIST INC
150 POST STREET 400
SAN FRANCISCO CA 94108-4716

FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FENWICK WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW CA 94041-1990

KIMBERLY S FINEMAN
FINESTONE HAYES LLP
456 MONTGOMERY STREET
20TH FLOOR
SAN FRANCISCO CA 94104-1233

STEPHEN D FINESTONE
FINESTONE HAYES LLP
456 MONTGOMERY ST 20TH FL
SAN FRANCISCO CA 94104-1233

STEPHEN D FINESTONE
FINESTONE HAYES LLP
456 MONTGOMERY ST 20TH FLR
SAN FRANCISCO CA 94104-1233

FRANCHISE TAX BOARD
STATE OF CALIFORNIA
PO BOX 2952
SACRAMENTO CA 95812-2952

GARY WISHIK
9440 SANTA MONICA BLVD
SUITE 301
BEVERLY HILLS CA 90210-4614

GIBRALTER BUSINESS CAPITAL
400 SKOKIE BLVD 375
NORTHBROOK IL 60062-7928

THOMAS GOODE
2901 BARTON SKYWAY 3002
AUSTIN TX 78746-7561

GUSTO
525 20TH STREET
SAN FRANCISCO CA 94107-4345

JENNIFER C HAYES
FINESTONE HAYES LLP
456 MONTGOMERY ST 20TH FL
SAN FRANCISCO CA 94104-1233

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HOSKINSFRAME FAMILY TRUST DATED<br>DECEMBER 15<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INVERNESS ADVISORS LLC<br>601 MONTGOMERY ST<br>SUITE 810<br>SAN FRANCISCO CA 94111-2611 |
| IRVING RYBA CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | JENNIFER KELLY<br>TYZ LAW GROUP<br>4 EMBARCADERO CENTER<br>SAN FRANCISCO CA 94111-4106 | JERRY L SWITZER<br>POLSINELLI PC<br>150 NORTH RIVERSIDE PLAZA STE 3000<br>CHICAGO IL 60606-1599 |
| JONATHAN LAMB<br>629 N KINGSHIGHWAY ST<br>SAINT CHARLES MO 63301-1746 | JONATHAN LAMB<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | KATHRYN J FRITZ<br>FENWICK  WEST LLP<br>555 CALIFORNIA ST<br>SAN FRANCISCO CA 94104-1503 |
| KAVERI INV MMGT COMPANY LLC<br>3315 COLLINS AVE  4B<br>MIAMI BEACH FL 33140-4173 | KAVERI INVESTMENT MANAGEMENT COMPANY LLC C<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | KOOSH MEDIA<br>2324 METCALF ST 10<br>HONOLULU HI 96822-2439 |
| KRUZE ACCOUNTING<br>333 KEARNY ST 4TH FLOOR<br>SAN FRANCISCO CA 94108-3267 | LATHAM  WATKINS<br>140 SCOTT DR<br>MENLO PARK CA 94025-1008 | LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD<br>SUITE 500<br>NEWPORT BEACH CA 92660-2028 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS DEPT OF REVENUE ATTNBANKRUPTCY U<br>PO BOX 9564<br>BOSTON MA 02114-9564 | MHC FINANCIAL SERVICES INC<br>CO BENJAMIN A REED<br>SEIGFREID BINGHAM PC<br>2323 GRAND BLVD SUITE 1000<br>KANSAS CITY MO 64108-2669 | MVB CONTRACTING INC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| PAUL E MANASIAN<br>LAW OFFICES OF PAUL E MANASIAN<br>1310 65TH ST<br>EMERYVILLE CA 94608-1119 | MARIE AND MICHAEL BOWERS<br>12420 HAPPY HOLLOW RD<br>HUNTS VALLEY MD 21030-1712 | MARIE AND MICHAEL BOWERS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 |
| MARK K SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST STE 1210<br>SAN FRANCISCO CA 94105-4553 | MATH CAPITAL FUND I LP<br>ATTN ERIC FRANCHI<br>4 WORLD TRADE CENTER 45TH FLOOR<br>NEW YORK NY 10007 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST<br>EAST WEYMOUTH MA 02189-3014 |
| MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH MA 02189-3014 | MERLE C MEYERS<br>MEYERS LAW GROUP PC<br>100 SHORELINE HIGHWAY<br>SUITE B-160<br>MILL VALLEY CA 94941-6626 | BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MICHAEL ST JAMES ESQ<br>ST JAMES LAW PC<br>22 BATTERY STREET SUITE 810<br>SAN FRANCISCO CALIFORNIA 94111-5522 | RANDY MICHELSON<br>MICHELSON LAW GROUP<br>220 MONTGOMERY ST 2100<br>SAN FRANCISCO CA 94104-3502 | MIKE BIRKEL CO RUTA SOULIOS  STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| MOOSYLVANIA MARKETING LC<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>7790 WESTLAKD DR 310<br>SAN DIEGO CA 92108 | MORGAN REILLY<br>7790 WESTSIDE DRIVE 310<br>SAN DIEGO CA 92108-1216 |
| MORGAN REILLY<br>PAUL J LEEDSHIGGSFLETCHERMACK LLP<br>401 WEST A STREET SUITE 2600<br>SAN DIEGO CA 92101-7913 | MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND FL 34145-2311 | MURPHY HOFFMAN CO<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD KS 66211-2695 |
| NICK FOPPE<br>1350 BEVERLY AVE<br>SAINT LOUIS MO 63122-4761 | NICK FOPPE<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | OAREX FUNDING<br>2529 DETROIT AVE<br>SUITE 135<br>CLEVELAND OH 44113-2701 |
| OFFICE OF THE US TRUSTEE  SF<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL 05-0153<br>SAN FRANCISCO CA 94102-3661 | PAUL MANASIAN<br>1310 65TH ST<br>EMERYVILLE CA 94608-1119 | SOPHIA ASHLEY PERNAPLANK<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA 5TH FLOOR<br>GARDEN CITY NY 11530-3333 |
| POLLY WONG<br>33 SHERIDAN ROAD<br>OAKLAND CA 94618-2528 | POLLY WONG<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | RANDYE B SOREF<br>POLSINELLI LLP<br>2019 CENTURY PARK EAST STE 2900<br>LOS ANGELES CA 90067 |
| RUKIN HYLAND  RIGGIN<br>201 MISSION ST 1250<br>SAN FRANCISCO CA 94105-1831 | SCOTT OLSON<br>VEDDER  PRICE<br>275 BATTERY ST SUITE 2464<br>SAN FRANCISCO CA 94111-3354 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD MO 63005-4499 |
| SEAN FLEMING<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN MATTHEW MEYERHOFER<br>44 MONTGOMERY ST STE 2800<br>SAN FRANCISCO CA 94104-4802 | SCOTT SKLAR<br>CO MERLE C MEYERS ESQ<br>MEYERS LAW GROUP PC<br>44 MONTGOMERY ST STE 1010<br>SAN FRANCISCO CA 94104-4612 |
| SLATER LAW GROUP<br>33 NEW MONTGOMERY ST<br>SUITE 1210<br>SAN FRANCISCO CA 94105-4553 | JEAN SOH<br>POLSINELLI PC<br>150 N RIVERSIDE PLAZA 3000<br>CHICAGO IL 60606-1599 | SOPHIA A PERNAPLANK<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530-3302 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RANDYE B SOREF<br>POLSINELLI LLP<br>2049 CENTURY PARK E 2900<br>LOS ANGELES CA 90067-3221 | STEVEN SOULIOS<br>RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST FL 24<br>NEW YORK NY 10017-4714 | STEVEN SOULIOS<br>RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 |
| SPORTS BYLINE USA<br>300 BROADWAY SUITE 8<br>SAN FRANCISCO CA 94133-4545 | MICHAEL ST JAMES<br>ST JAMES LAW<br>22 BATTERY ST 888<br>SAN FRANCISCO CA 94111-5522 | STEVEN SOULIOS<br>RUTA SOULIOS STRATIS LLP<br>211 EAST 43RD ST<br>NEW YORK NY 10017-4714 |
| STEVEN SOULIOS CO RUTA SOULIOS STRATIS LL<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | JERRY L SWITZER JR<br>POLSINELLI PC<br>150 N RIVERSIDE PLAZA 3000<br>CHICAGO IL 60606-1599 | TACO CORP OF AMERICA<br>BRETT BUERCK<br>12854 KENAN DR<br>SUITE 145<br>JACKSONVILLE FL 32258-7435 |
| TACO CORPORATION OF AMERICA<br>RANDY MICHELSON<br>220 MONTGOMERY ST 2100<br>SAN FRANCISCO CA 94104-3502 | THOMAS GOODE III<br>CO BRIAN H BUSTER<br>3144 BEE CAVES ROAD<br>AUSTIN TX 78746-5560 | THOMAS PETERS<br>PO BOX 7080<br>SAN CARLOS CA 94070-7080 |
| U S ATTORNEYS OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY GROUP<br>200 VESEY STREET SUITE 400<br>NEW YORK NY 10281-5520 | UMB FINANCIAL CORP<br>1010 GRAND BLVD<br>KANSAS CITY MO 64106-2202 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE 5TH FLOOR<br>STE 05-0153<br>SAN FRANCISCO CA 94102-3405 | UNITEDLEX CORPORATION<br>6130 SPRINT PARKWAY<br>SUITE 275<br>OVERLAND PARK KS 66211-1115 | VEGASTECHFUND<br>5940 S RAINBOW BLVD<br>STE 400 49100<br>LAS VEGAS NV 89118-2507 |
| WCB WAREHOUSE<br>3500 COMSOUTH DR<br>AUSTIN TX 78744-1305 | RYAN A WITTHANS<br>FINESTONE HAYES LLP<br>456 MONTGOMERY ST FL 20<br>SAN FRANCISCO CA 94104-1233 | XRC FUND III<br>RUTA SOULIOS STRATIS LLP<br>211 EAST 43RD STREET<br>NEW YORK NY 10017-4714 |
| XRC FUND III LLC<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NEW YORK 10017-4714 | XRC GROWTH FUND I LP<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NEW YORK 10017-4714 | XRC GROWTH FUND I LP<br>CO RUTA SOULIOS STRATIS LLP<br>211 E43RD STREET 24TH FLOOR<br>NEW YORK NEW YORK 10017-4714 |