UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

BENJA INCORPORATED

CASE NO: 20-30819

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 146

On 2/6/2023, I did cause a copy of the following documents, described below,

NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH THOMAS PETERS ECF Docket Reference No. 146

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/6/2023

/s/ Jennifer C. Hayes
Jennifer C. Hayes  197252

Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA  94104
415 616 0466
jhayes@fhlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819 |
|---|---|
| BENJA INCORPORATED | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 146 |

On 2/6/2023, a copy of the following documents, described below,

NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH THOMAS PETERS ECF Docket Reference No. 146

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/6/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jennifer C. Hayes
Finestone Hayes LLP
456 Montgomery St., 20th Floor
San Francisco, CA  94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-30819<br>NORTHERN DISTRICT OF CALIFORNIA<br>MON FEB 6 6-44-34 PST 2023 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO CA 94116-1308 | BUSEY BANK<br>CO POLSINELLI<br>150 N RIVERSIDE PLAZA SUITE 3000<br>CHICAGO IL 60606-1599 |
| EREVSHARE CORE LLC<br>JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA 5TH FLOOR<br>GARDEN CITY NY 11530-3333 | FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | EXCLUDE<br>~~(U)INVERNESS ADVISORS TOM PETERS~~ |
| EXCLUDE<br>~~(U)MHC FINANCIAL SERVICES INC~~ | TACO CORPORATION OF AMERICA<br>RANDY MICHELSON<br>220 MONTGOMERY ST 2100<br>SAN FRANCISCO CA 94104-3502 | UNITEDLEX CORPORATION<br>6130 SPRINT PARKWAY<br>SUITE 275<br>OVERLAND PARK KS 66211-1115 |
| XRC FUND III<br>RUTA SOULIOS STRATIS LLP<br>211 EAST 43RD STREET<br>NEW YORK NY 10017-4714 | EXCLUDE<br>~~(U)XRC GROWTH FUND I LP~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~450 GOLDEN GATE AVENUE 18TH FL~~<br>~~MAIL BOX 36099~~<br>~~SAN FRANCISCO CA 94102-3428~~ |
| 2007 SKLAR FAMILY TRUST CO RUTA SOULIOS<br>STR<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998-1535 | ANDREW J CHAPIN<br>26 CRAGMONT<br>SAN FRANCISCO CA 94116-1308 |
| ANDREW J CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO CA 94116-1308 | APPLE CARDGOLDMAN SACHS<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 | BB LENDING LLC<br>321 W WINNIE LANCE SUITE 104<br>CARSON CITY NEVADA 89703-2154 |
| BB LENDING LLC<br>321 W WINNIE LANCE SUITE 104<br>CARSON CITY NV 89703-2154 | BB LENDING LLC<br>EAVENSON FRASER LUNSFORD PLLC<br>225 SOUTH LAKE AVENUE 3RD FLOOR<br>PASADENA CA 91101-3009 | DEBTOR<br>(U)BENJA INCORPORATED |
| BENJAMIN LAMB<br>16748 HICKORY CREST DR<br>WILDWOOD MO 63011-5501 | BENJAMIN LAMB<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | BLUE STARTUPS<br>55 MERCHANT ST<br>HONOLULU HI 96813-4306 |
| BODIL ARLANDER REVOCABLE TRUST<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | BUSEY BANK<br>100 WEST UNIVERSITY AVE<br>CHAMPAIGN IL 61820-3910 | BUSEY BANK<br>100 WEST UNIVERSITY AVENUE<br>CHAMPAIGN ILLINOIS 61820-3910 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BUSEY BANK<br>CO JEAN SOH POLSINELLI PC<br>150 N RIVERSIDE PLAZA SUITE 3000<br>CHICAGO IL 60606-1599 | CFOS2GO<br>500 YGNACIO VALLEY ROAD<br>SUITE 410<br>WALNUT CREEK CA 94596-8215 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITY AN COUNTY OF SAN FRANCISCO<br>1 DR CARLTON B GOODLETT PLACE<br>SAN FRANCISCO CA 94102-4604 | CORBEL CAPITAL PARTNERS<br>11777 SAN VICENTE BLVD<br>SUITE 777<br>LOS ANGELES CA 90049-5067 |
| COURT CUNNINGHAM<br>1435 LEXINGTON AVE 6B<br>NEW YORK NY 10128-1631 | DANIEL SCHURMAN<br>315 JODY WAY<br>TIMONIUM MD 21093-2920 | DANIEL SCHURMAN<br>CO RUTA SOULIOS STRATIS LLP<br>211 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 |
| DAVID HUGHES CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | ERECHARE CORE LLC<br>CO JASPAN SCHLESINGER LLP<br>300 GARDEN CITY PLAZA 5TH FLOOR<br>GARDEN CITY NY 11530-3333 | EREVSHARE CORE LLC<br>223 WALL ST<br>BOX 416<br>HUNTINGTON NY 11743-2060 |
| EREVSHARE CORE LLC<br>CO JASPAN SCHLESINGER<br>ATTN S PERNA-PLANK<br>300 GARDEN CITY PLAZA 5TH FLOOR<br>GARDEN CITY NY 11530-3333 | EREVSHARE CORE LLC<br>223 WALL STREET BOX 416<br>HUNTINGTON NEW YORK 11743-2060 | EMPLOYMENT DEVELOPMENT DEPT<br>STATE OF CALIFORNIA<br>BANKRUPTCY UNIT - MIC 92E<br>SACRAMENTO CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | EXCLUDE<br>~~(D)FRANCHISE TAX BOARD~~<br>~~BANKRUPTCY SECTION MS A340~~<br>~~PO BOX 2952~~<br>~~SACRAMENTO CA 95812-2952~~ | FENWICK WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA 94041-1990 |
| FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GARY WISHIK<br>9440 SANTA MONICA BLVD<br>SUITE 301<br>BEVERLY HILLS CA 90210-4614 | GIBRALTER BUSINESS CAPITAL<br>400 SKOKIE BLVD 375<br>NORTHBROOK IL 60062-7928 |
| GUSTO<br>525 20TH STREET<br>SAN FRANCISCO CA 94107-4345 | HOSKINSFRAME FAMILY TRUST DATED<br>DECEMBER 15<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INVERNESS ADVISORS LLC<br>601 MONTGOMERY ST<br>SUITE 810<br>SAN FRANCISCO CA 94111-2611 | IRVING RYBA CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | JENNIFER KELLY<br>TYZ LAW GROUP<br>4 EMBARCADERO CENTER<br>SAN FRANCISCO CA 94111-4106 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JERRY L SWITZER<br>POLSINELLI PC<br>150 NORTH RIVERSIDE PLAZA STE 3000<br>CHICAGO IL 60606-1599 | JONATHAN LAMB<br>629 N KINGSHIGHWAY ST<br>SAINT CHARLES MO 63301-1746 | JONATHAN LAMB<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 |
| KATHRYN J FRITZ<br>FENWICK WEST LLP<br>555 CALIFORNIA ST<br>SAN FRANCISCO CA 94104-1503 | KAVERI INV MMGT COMPANY LLC<br>3315 COLLINS AVE 4B<br>MIAMI BEACH FL 33140-4173 | KAVERI INVESTMENT MANAGEMENT COMPANY<br>LLC C<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| KOOSH MEDIA<br>2324 METCALF ST 10<br>HONOLULU HI 96822-2439 | KRUZE ACCOUNTING<br>333 KEARNY ST 4TH FLOOR<br>SAN FRANCISCO CA 94108-3267 | LATHAM WATKINS<br>140 SCOTT DR<br>MENLO PARK CA 94025-1008 |
| LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD<br>SUITE 500<br>NEWPORT BEACH CA 92660-2028 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS DEPT OF REVENUE ATTNBANKRUPTCY U<br>PO BOX 9564<br>BOSTON MA 02114-9564 | MHC FINANCIAL SERVICES INC<br>CO BENJAMIN A REED<br>SEIGFREID BINGHAM PC<br>2323 GRAND BLVD SUITE 1000<br>KANSAS CITY MO 64108-2669 |
| MVB CONTRACTING INC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 | MARIE AND MICHAEL BOWERS<br>12420 HAPPY HOLLOW RD<br>HUNTS VALLEY MD 21030-1712 | MARIE AND MICHAEL BOWERS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 |
| MARK K SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST STE 1210<br>SAN FRANCISCO CA 94105-4553 | MATH CAPITAL FUND I LP<br>ATTN ERIC FRANCHI<br>4 WORLD TRADE CENTER 45TH FLOOR<br>NEW YORK NY 10007 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST<br>EAST WEYMOUTH MA 02189-3014 |
| MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH MA 02189-3014 | (P)BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 | MICHAEL ST JAMES ESQ<br>ST JAMES LAW PC<br>22 BATTERY STREET SUITE 810<br>SAN FRANCISCO CALIFORNIA 94111-5522 |
| MIKE BIRKEL CO RUTA SOULIOS STRATIS<br>LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | MOOSYLVANIA MARKETING LC<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>7790 WESTLAKD DR 310<br>SAN DIEGO CA 92108 |
| MORGAN REILLY<br>7790 WESTSIDE DRIVE 310<br>SAN DIEGO CA 92108-1216 | MORGAN REILLY<br>PAUL J LEEDS HIGGS FLETCHERMACK LLP<br>401 WEST A STREET SUITE 2600<br>SAN DIEGO CA 92101-7913 | MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND FL 34145-2311 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MURPHY HOFFMAN CO<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD  KS 66211-2695 | NICK FOPPE<br>1350 BEVERLY AVE<br>SAINT LOUIS  MO 63122-4761 | NICK FOPPE<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST   24TH FL<br>NEW YORK  NY 10017-4714 |
| OAREX FUNDING<br>2529 DETROIT AVE<br>SUITE 135<br>CLEVELAND  OH 44113-2701 | OFFICE OF THE US TRUSTEE  SF<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL  05-0<br>SAN FRANCISCO  CA 94102-3661 | PAUL MANASIAN<br>1310 65TH ST<br>EMERYVILLE  CA 94608-1119 |
| POLLY WONG<br>33 SHERIDAN ROAD<br>OAKLAND  CA 94618-2528 | POLLY WONG<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST  24TH FL<br>NEW YORK  NY 10017-4714 | RANDYE B SOREF<br>POLSINELLI LLP<br>2019 CENTURY PARK EAST  STE 2900<br>LOS ANGELES  CA 90067 |
| RUKIN HYLAND RIGGIN<br>201 MISSION ST  1250<br>SAN FRANCISCO  CA 94105-1831 | SCOTT OLSON<br>VEDDER PRICE<br>275 BATTERY ST  SUITE 2464<br>SAN FRANCISCO  CA 94111-3354 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD  MO 63005-4499 |
| SEAN FLEMING<br>CO RUTA SOULIOS STRATIS  LLP<br>211 E 43RD ST  24TH FL<br>NEW YORK  NY 10017-4714 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN MATTHEW MEYERHOFER<br>44 MONTGOMERY ST  STE 2800<br>SAN FRANCISCO  CA 94104-4802 | SLATER LAW GROUP<br>33 NEW MONTGOMERY ST<br>SUITE 1210<br>SAN FRANCISCO  CA 94105-4553 |
| SOPHIA A PERNAPLANK<br>300 GARDEN CITY PLAZA<br>GARDEN CITY  NY 11530-3302 | SPORTS BYLINE USA<br>300 BROADWAY  SUITE 8<br>SAN FRANCISCO  CA 94133-4545 | STEVEN SOULIOS<br>RUTA SOULIOS STRATIS LLP<br>211 EAST 43RD ST<br>NEW YORK  NY 10017-4714 |
| STEVEN SOULIOS CO RUTA SOULIOS  STRATIS LL<br>211 E 43RD STREET  24TH FLOOR<br>NEW YORK NY 10017-4714 | TACO CORP OF AMERICA<br>BRETT BUERCK<br>12854 KENAN DR<br>SUITE 145<br>JACKSONVILLE  FL 32258-7435 | THOMAS GOODE III<br>CO BRIAN H BUSTER<br>3144 BEE CAVES ROAD<br>AUSTIN  TX 78746-5560 |
| THOMAS PETERS<br>PO BOX 7080<br>SAN CARLOS  CA 94070-7080 | US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY GROUP<br>200 VESEY STREET SUITE 400<br>NEW YORK  NY 10281-5520 | UMB FINANCIAL CORP<br>1010 GRAND BLVD<br>KANSAS CITY  MO 64106-2202 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE 5TH FLOOR<br>STE 05-0153<br>SAN FRANCISCO  CA 94102-3405 | VEGASTECHFUND<br>5940 S RAINBOW BLVD<br>STE 400 49100<br>LAS VEGAS  NV 89118-2507 | WCB WAREHOUSE<br>3500 COMSOUTH DR<br>AUSTIN  TX 78744-1305 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

XRC FUND III LLC
STEVEN SOULIOS
CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

XRC GROWTH FUND I LP
STEVEN SOULIOS
CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

XRC GROWTH FUND I LP
STEVEN SOULIOS
CO RUTA SOULIOS STRATIS LLP
211 E43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

~~EXCLUDE~~
~~(D)ANDREW J CHAPIN~~
~~26 CRAGMONT AVE~~
~~SAN FRANCISCO CA 94116 1308~~

BRETT BUERCK
RANDY MICHELSON
220 MONTGOMERY ST 2100
SAN FRANCISCO CA 94104-3502

KYLE EVERETT
DEVELOPMENT SPECIALIST INC
150 POST STREET 400
SAN FRANCISCO CA 94108-4716

~~EXCLUDE~~
~~(D)KYLE EVERETT~~
~~DEVELOPMENT SPECIALIST INC~~
~~150 POST STREET 400~~
~~SAN FRANCISCO CA 94108 4716~~

~~EXCLUDE~~
~~(U)MICHAEL J COFFINO~~

PAUL E MANASIAN
LAW OFFICES OF PAUL E MANASIAN
1310 65TH ST
EMERYVILLE CA 94608-1119

SCOTT SKLAR
CO MERLE C MEYERS ESQ
MEYERS LAW GROUP PC
44 MONTGOMERY ST STE 1010
SAN FRANCISCO CA 94104-4612

STEPHEN D FINESTONE
FINESTONE HAYES LLP
456 MONTGOMERY ST 20TH FLR
SAN FRANCISCO CA 94104-1233

THOMAS GOODE
2901 BARTON SKYWAY 3002
AUSTIN TX 78746-7561