Entered on Docket
February 27, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 24, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 616-0466
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re BENJA INCORPORATED,

Debtor.

Case No. 20-30819-DM

Chapter 7

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY PRIVATE INVESTIGATOR FOR TRUSTEE**

Coffino Investigations (the "Applicant") served as private investigator to the Kyle Everett, Chapter 7 Trustee, its employment having been approved by the Court. ECF 131. The *First and Final Application for Compensation and Expense Reimbursement by Private Investigator for Trustee* (the "Application"), ECF 142, was set for hearing on February 24, 2023, at 10:30 a.m. On February 23, 2023, the Court entered a docket order approving the Application. Having considered the Application and for the reasons stated in the docket order, the Court hereby orders as follows:

1. Fees are awarded on a final basis in the amount of $3,030.00 and costs are awarded in the amount of $66.30 as requested in the Application.

2. The Trustee is authorized to disburse to the Applicant a total of $3,096.30, which is the sum of the amounts noted in paragraph 1 above.

3. The hearing on the Application scheduled for February 24, 2023, is vacated.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

[*ECF recipients only*]