| | |
|---|---|
| Stephen D. Finestone (125675)<br>Jennifer C. Hayes (197252)<br>Kimberly S. Fineman (184433)<br>Ryan A. Witthans (301432)<br>FINESTONE HAYES LLP<br>456 Montgomery Street, 20thFloor<br>San Francisco, California 94104<br>Tel. (415) 616-0466<br>Fax (415) 398-2820<br>jhayes@fhlawllp.com<br><br>Attorneys for Chapter 7 Trustee<br>Kyle Everett | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>　　Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT APPROVING TRUSTEE'S MOTION TO COMPROMISE OF CONTROVERSY (THOMAS PETERS)** |

I, Jennifer C. Hayes, declare as follows:

　　1.　　I am a partner at Finestone Hayes LLP, counsel of record for Kyle Evertt in his capacity as the duly appointed Chapter 7 Trustee of the bankruptcy estate of Benja Incorporated (the "Debtor") in the above-captioned case (the "Bankruptcy Case").

　　2.　　All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the court and business records in this case. If called to testify on this matter, I could and would competently testify to the matters set forth in this Declaration.

-1-

1. I make this Declaration in support of the concurrently filed Request for Entry of Order by Default. On February 6, 2023, the Trustee caused to be filed his Motion to Approve Compromise of Controversy with the Thomas Peters (the "Motion") and the supporting declaration of Kyle Everett. ECF 145, 145-1. Also on February 6, 2023, the Trustee caused to be filed the Notice and Opportunity for Hearing (the "Notice") relating to the Motion. ECF 146. I am informed and believe that the Notice was served on creditors on the Court's mailing matrix on February 6, 2023. ECF 147.

2. The Notice indicated that anyone wishing to object to the proposed stipulation was required to do so by filing and serving a written objection no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections was February 27, 2023. I received no objections, and none were filed in the bankruptcy case.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on February 28, 2023, in Contra Costa County, California.

                                                */s/ Jennifer C. Hayes*
                                                Jennifer C. Hayes

3.