

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee
Kyle Everett

**Signed and Filed: February 28, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819-DM |
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **ORDER APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY (THOMAS PETERS)** |

Upon due consideration and good cause appearing therefor, based on Kyle Everett's ("the Trustee's") Motion to Approve Compromise of Controversy with the Thomas Peters (the "Motion"), ECF 145, and it appearing that Notice of the Motion was adequate under the circumstances (ECF 146, 147), and that no timely opposition to the Motion was filed (Request for Entry of Order by Default and Supporting Declaration of Jennifer C. Hayes, ECF 149), the Court hereby orders as follows:

1. The Motion is granted.

2. The Settlement Agreement and Release attached as **Exhibit A** to the Declaration of Kyle Everett in Support of the Motion, ECF 145-1, is approved.

-1-

3. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

4. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*