Entered on Docket
March 20, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 20, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER AUTHORIZING EMPLOYMENT OF TAX ATTORNEYS (NEWPOINT LAW GROUP, LLP)** |

Kyle Everett (the "Trustee"), trustee in bankruptcy of the estate of the above-captioned Debtor, submitted an Application for an order authorizing him to employ NewPoint Law Group, LLP ("NewPoint") as his tax attorneys (ECF 152). Having considered the Application and the accompanying Declaration of Stephan M. Brown, and it appearing that employment of NewPoint is in the best interest of the estate, that it represents no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the proposed employment, the Court hereby orders as follows:

1. The Trustee is authorized to employ NewPoint as his tax attorneys pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to provide services within this bankruptcy case as set forth in the Application.

2. Any compensation to be paid to NewPoint shall be on an hourly rate basis pursuant to 11 U.S.C. § 330 and is subject to Court approval on application in conformity with

ORDER AUTHORIZING EMPLOYMENT OF TAX ATTORNEYS                                1/3

the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* dated February 19, 2014, and on notice to creditors, the United States Trustee, and other interested parties.

**\* \* \* \* END OF ORDER \* \* \* \***

**COURT SERVICE LIST**

*[ECF notice recipients only]*