1  Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
2  Kimberly S. Fineman (SBN 184433)
FINESTONE HAYES LLP
3  456 Montgomery Street, Floor 20
San Francisco, CA 94104
4  Tel.:   (415) 421-2624
Fax:   (415) 398-2820
5  Email: kfineman@fhlawllp.com

6  Attorneys for A. Kyle Everett,
Trustee in Bankruptcy
7

**Signed and Filed: April 14, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

8             **UNITED STATES BANKRUPTCY COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO DIVISION**

11   In re BENJA INCORPORATED,                    Case No. 20-30819-DM
                                                  Chapter 7
12        Debtor.

13                                                **ORDER APPROVING STIPULATION
                                                  TO EXTEND TOLLING AGREEMENT**
14                                                **(JOMBOY CORP.)**

15

16        Upon due consideration, based upon the *Stipulation to Extend Tolling Agreement* (the

17  "Stipulation") [ ECF No. 154] by and between A. Kyle Everett (the "Trustee") and Jomboy

18  Corp. (the "Potential Litigant," and together with the Trustee, the "Parties"), it appearing that

19  notice was adequate under the circumstances, and good cause appearing therefor, the Court

20  hereby orders as follows:

21        1.      The Stipulation is approved.

22        2.      In any action or proceeding brought by the Trustee on behalf of the estate against

23  the Potential Litigant, the period from October 5, 2022 through and including October 17, 2023,

24  shall not be included in determining the applicability of any statute of limitations, laches, or any

25  other defense based on the lapse of time.

26

27

28

1

1        3.       To the extent that any applicable statute of limitations expires on or about April

2    17, 2023, it is extended through and including October 17, 2023, without prejudice to further

3    extensions by stipulation, order of the Court, or otherwise.

4        4.       This Order shall extend the statutes of limitation available to both Parties during

5    the term of this Stipulation, including statutes of limitation that apply to any defense available to

6    the Parties.

7        5.       This Order shall not operate as a waiver and/or reinstatement of any statute of

8    limitations heretofore expired.

9                            **\* \* \* END OF ORDER \* \* \***

10

11   Approved as to form:

12     Dated:  April 14, 2023                  GREENBERG GLUSKER FIELDS CLAMAN &
                                                    MACHTINGER LLP

13

14                                            */s/ Keith Patrick Banner*
                                         Keith Patrick Banner

15                                            Attorneys for Jomboy Corp.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                        2

1 

**COURT SERVICE LIST**

2      [*ECF recipients only*]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3