Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 481-5481
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for A. Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>    Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH DANIEL IAN WEINER** |

A. Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the bankruptcy estate of the above-captioned debtor ("Benja"), files this request for entry of a default order granting the *Chapter 7 Trustee's Motion to Approve Compromise of Controversy with Daniel Ian Weiner* (the "Motion"), ECF 157. This request is supported by the concurrently filed declaration of Ryan A. Witthans. In support of this request, the Trustee states as follows:

On May 30, 2023, the Trustee filed the Motion; the Trustee's supporting declaration including a copy of the *Settlement Agreement and Mutual Release*, ECF 157-1–2; and the *Notice and Opportunity for Hearing* (the "Notice"), ECF 158. The Notice was served on all NEF parties and individuals and entities on the Court's mailing matrix on May 30, 2023. ECF 159–60. The Notice indicated that anyone wishing to object to the proposed sale was required to do so by filing and serving a written objection no later than 21 days from the date on which the Notice

REQUEST FOR ENTRY OF DEFAULT ORDER                                                                                                          1

was served. The last day for filing and serving objections was June 20, 2023. Counsel for the Trustee received no objections, and none were filed in the bankruptcy case.

Based on the foregoing, the Trustee requests entry of an order approving the Motion and providing as follows:

1. The Motion, ECF 157, is granted.
2. The *Settlement Agreement and Mutual Release*, ECF 157-2, is approved.
3. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

Dated June 21, 2023　　　　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan A. Witthans*
　　　　　　　　　　　　　　　　　　　　　Ryan A. Witthans
　　　　　　　　　　　　　　　　　　　　　Attorneys for A. Kyle Everett,
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee