

Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 481-5481
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for A. Kyle Everett,
Chapter 7 Trustee

**Signed and Filed: June 22, 2023**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>     Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH DANIEL IAN WEINER** |

Upon due consideration and good cause appearing therefor, based on the *Chapter 7 Trustee's Motion to Approve Compromise of Controversy with Daniel Ian Weiner* (the "Motion"), ECF 157, filed by A. Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the above-captioned bankruptcy case; the Trustee's supporting declaration including a copy of the *Settlement Agreement and Mutual Release*, ECF 157-1–2; the *Notice and Opportunity for Hearing*, ECF 158; and the related certificates of service, ECF 159–60; and it appearing that notice was adequate under the circumstances and that no objections were filed, the Court hereby orders as follows:

1. The Motion, ECF 157, is granted.

2. The *Settlement Agreement and Mutual Release*, ECF 157-2, is approved.

3. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

**\* \* \* \* END OF ORDER \* \* \* \***

**COURT SERVICE LIST**

*[ECF recipients only]*

ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY                    3