```
Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 481-5481
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for A. Kyle Everett,
Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>            Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following documents:

**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)**

**DECLARATION OF KYLE EVERETT IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)**

**NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)**

to be served in the manner stated below.

   1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On July 5, 2023, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF transmission at the email addresses stated below.

| | |
|---|---|
| 1 | Tanya Behnam on behalf of Creditor Busey Bank<br>tbehnam@polsinelli.com, ladocketing@polsinelli.com |
| 2 | |
| 3 | Kathy Quon Bryant on behalf of Interested Party Scott Sklar<br>kquonbryant@mlg-pc.com |
| 4 | |
| 5 | Carol Chow on behalf of Creditor MHC Financial Services, Inc.<br>carol.chow@ffslaw.com |
| 6 | |
| 7 | Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>jared.a.day@usdoj.gov |
| 8 | Kyle Everett<br>keverett@dsi.biz |
| 9 | |
| 10 | Kimberly S. Fineman on behalf of Trustee Kyle Everett<br>kfineman@fhlawllp.com |
| 11 | |
| 12 | Stephen D. Finestone on behalf of Plaintiff A. Kyle Everett<br>sfinestone@fhlawllp.com |
| 13 | |
| 14 | Jennifer C. Hayes on behalf of Plaintiff A. Kyle Everett<br>jhayes@fhlawllp.com |
| 15 | Paul E. Manasian on behalf of Debtor Benja Incorporated<br>manasian@mrlawsf.com, gradl@mrlawsf.com |
| 16 | |
| 17 | Merle C. Meyers on behalf of Interested Party Scott Sklar<br>mmeyers@mlg-pc.com |
| 18 | |
| 19 | Randy Michelson on behalf of Interested Party Taco Corporation of America<br>randy.michelson@michelsonlawgroup.com |
| 20 | Donald Miller on behalf of 3rd Pty Defendant BB Lending, LLC<br>don@efli.law |
| 21 | |
| 22 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 23 | |
| 24 | Sophia Ashley Perna-Plank on behalf of Interested Party E-Revshare Core, LLC<br>spernaplank@jaspanllp.com, smionis@jaspanllp.com |
| 25 | Jean Soh on behalf of Creditor Busey Bank<br>jsoh@polsinelli.com, chicagodocketing@polsinelli.com |
| 26 | |
| 27 | Randye B. Soref on behalf of Creditor Busey Bank<br>rsoref@polsinelli.com, ccripe@polsinelli.com |
| 28 | |

CERTIFICATE OF SERVICE 2/3

Steven Soulios on behalf of Creditor XRC Fund III
ssoulios@lawnynj.com, steve@lawnynj.com

Michael St. James on behalf of Defendant Thomas B. Peters
ecf@stjames-law.com

Jerry L. Switzer, Jr. on behalf of Creditor Busey Bank
jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

Ryan A. Witthans on behalf of Plaintiff Kyle Everett
rwitthans@fhlawllp.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 5, 2023.

*/s/ Ryan A. Witthans*
Ryan A. Witthans

CERTIFICATE OF SERVICE 3/3