# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819 |
|---|---|
| BENJA INCORPORATED, aka EPHE CORPORATION | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 164 |

On 7/5/2023, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion to Lift Cap Provided by B.L.R. 2016-1(a) and Authorize Ongoing Administrative Expense of UnitedLex ECF Docket Reference No. 164

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/5/2023

/s/ Ryan A. Witthans
Ryan A. Witthans 301432
Attorneys for Trustee
Finestone Hayes LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
415 616 0466
rwitthans@fhlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819 |
|---|---|
| BENJA INCORPORATED, aka EPHE CORPORATION | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 164 |

On 7/5/2023, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion to Lift Cap Provided by B.L.R. 2016-1(a) and Authorize Ongoing Administrative Expense of UnitedLex ECF Docket Reference No. 164

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/5/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
Finestone Hayes LLP
456 Montgomery Street, Floor 20
San Francisco, CA  94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0971-3<br>CASE 20-30819<br>CALIFORNIA NORTHERN BANKRUPTCY COURT<br>SAN FRANCISCO<br>WED JUL 5 11:54:49 PDT 2023 | ANDREW J. CHAPIN<br>26 CRAGMONT<br>SAN FRANCISCO, CA 94116-1308 | CA EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | ANDREW J. CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO, CA 94116-1308 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO, CA 94116-1308 |
| BLUE STARTUPS<br>55 MERCHANT ST,<br>HONOLULU, HI 96813-4306 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITY AN COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B GOODLETT PLACE<br>SAN FRANCISCO, CA 94102-4604 | AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO, TX 79998-1535 | APPLE CARD/GOLDMAN SACHS<br>LOCKBOX 6112<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-6112 |
| BENJAMIN LAMB<br>16748 HICKORY CREST DR.<br>WILDWOOD, MO 63011-5501 | CFOS2GO<br>500 YGNACIO VALLEY ROAD<br>SUITE 410<br>WALNUT CREEK, CA 94596-8215 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>P.O. BOX 826203<br>SACRAMENTO, CA 94230-0001 |
| CORBEL CAPITAL PARTNERS<br>11777 SAN VICENTE BLVD.<br>SUITE 777<br>LOS ANGELES, CA 90049-5067 | COURT CUNNINGHAM<br>1435 LEXINGTON AVE #6B<br>NEW YORK, NY 10128-1631 | FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | THOMAS GOODE<br>2901 BARTON SKYWAY #3002<br>AUSTIN, TX 78746-7561 | DANIEL SCHURMAN<br>315 JODY WAY<br>TIMONIUM, MD 21093-2920 |
| EMPLOYMENT DEVELOPMENT DEPT<br>STATE OF CALIFORNIA<br>BANKRUPTCY UNIT - MIC 92E<br>SACRAMENTO, CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GARY WISHIK<br>9440 SANTA MONICA BLVD.<br>SUITE 301<br>BEVERLY HILLS, CA 90210-4614 |
| GUSTO<br>525 20TH STREET<br>SAN FRANCISCO, CA 94107-4345 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JENNIFER KELLY<br>TYZ LAW GROUP<br>4 EMBARCADERO CENTER<br>SAN FRANCISCO, CA 94111-4106 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CA 94041-1990 | GIBRALTER BUSINESS CAPITAL<br>400 SKOKIE BLVD #375<br>NORTHBROOK, IL 60062-7928 | INVERNESS ADVISORS, LLC<br>601 MONTGOMERY ST.<br>SUITE 810<br>SAN FRANCISCO, CA 94111-2611 |
| JONATHAN LAMB<br>629 N. KINGSHIGHWAY ST<br>SAINT CHARLES, MO 63301-1746 | KAVERI INV. MMGT. COMPANY, LLC<br>3315 COLLINS AVE # 4B<br>MIAMI BEACH, FL 33140-4173 | KRUZE ACCOUNTING<br>333 KEARNY ST., 4TH FLOOR<br>SAN FRANCISCO, CA 94108-3267 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY U<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | MARK K. SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST., STE. 1210<br>SAN FRANCISCO, CA 94105-4553 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH, MA 02189-3014 |
| MORGAN REILLY<br>PAUL J. LEEDS,HIGGS,FLETCHER&MACK LLP<br>401 WEST A. STREET, SUITE 2600<br>SAN DIEGO CA 92101-7913 | KAVERI INVESTMENT MANAGEMENT COMPANY, LLC. C<br>211 E. 43RD STREET, 24TH FLOOR<br>NEW YORK, NY 10017-4714 | LATHAM & WATKINS<br>140 SCOTT DR.<br>MENLO PARK, CA 94025-1008 |
| MARIE AND MICHAEL BOWERS<br>12420 HAPPY HOLLOW RD<br>HUNTS VALLEY, MD 21030-1712 | MATH CAPITAL FUND I, LP<br>ATTN: ERIC FRANCHI<br>4 WORLD TRADE CENTER, 45TH FLOOR<br>NEW YORK, NY 10007-0042 | MORGAN REILLY<br>7790 WESTLAKD DR., #310<br>SAN DIEGO, CA 92108 |
| MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND, FL 34145-2311 | KATHRYN J. FRITZ<br>FENWICK & WEST LLP<br>555 CALIFORNIA ST.<br>SAN FRANCISCO, CA 94104-1503 | KOOSH MEDIA<br>2324 METCALF ST #10<br>HONOLULU, HI 96822-2439 |
| LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD.<br>SUITE 500<br>NEWPORT BEACH, CA 92660-2028 | MVB CONTRACTING, INC.<br>652 TRADE CENTER BLVD.<br>CHESTERFIELD, MO 63005-1227 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST.<br>EAST WEYMOUTH, MA 02189-3014 |
| (P)BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 | MORGAN REILLY<br>7790 WESTSIDE DRIVE, #310<br>SAN DIEGO, CA 92108-1216 | MURPHY HOFFMAN CO.<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD, KS 66211-2695 |
| NEWPOINT LAW GROUP, LLP<br>2408 PROFESSIONAL DRIVE<br>ROSEVILLE, CA 95661-7787 | OAREX FUNDING<br>2529 DETROIT AVE<br>SUITE 135<br>CLEVELAND, OH 44113-2701 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD, MO 63005-4499 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STEVEN SOULIOS<br>RUTA SOULIOS & STRATIS LLP<br>211 E. 43RD ST., 24TH FL.<br>NEW YORK, NY 10017-4714 | TACO CORP OF AMERICA<br>BRETT BUERCK<br>12854 KENAN DR.<br>SUITE 145<br>JACKSONVILLE, FL 32258-7435 | RUKIN HYLAND & RIGGIN<br>201 MISSION ST., #1250<br>SAN FRANCISCO, CA 94105-1831 |
| SLATER LAW GROUP<br>33 NEW MONTGOMERY ST.<br>SUITE 1210<br>SAN FRANCISCO, CA 94105-4553 | SPORTS BYLINE USA<br>300 BROADWAY, SUITE 8<br>SAN FRANCISCO, CA 94133-4545 | SCOTT OLSON<br>VEDDER & PRICE<br>275 BATTERY ST., SUITE 2464<br>SAN FRANCISCO, CA 94111-3354 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MATTHEW MEYERHOFER<br>44 MONTGOMERY ST., STE. 2800<br>SAN FRANCISCO, CA 94104-4802 | THOMAS GOODE III<br>C/O BRIAN H. BUSTER<br>3144 BEE CAVES ROAD<br>AUSTIN, TX 78746-5560 | UMB FINANCIAL CORP<br>1010 GRAND BLVD.<br>KANSAS CITY, MO 64106-2202 |
| VEGASTECHFUND<br>5940 S. RAINBOW BLVD<br>STE 400 #49100<br>LAS VEGAS, NV 89118-2507 | (P)U S ATTORNEY'S OFFICE NORTHERN<br>DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | WCB WAREHOUSE<br>3500 COMSOUTH DR.<br>AUSTIN, TX 78744-1305 |
| U.S. SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY GROUP<br>200 VESEY STREET SUITE 400<br>NEW YORK, NY 10281-5520 | UNITEDLEX CORPORATION<br>6130 SPRINT PARKWAY<br>SUITE 275<br>OVERLAND PARK, KS 66211-1115 | |