Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 481-5481
Fax:  (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>　　　Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)** |

　　　Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the bankruptcy estate of the above-captioned debtor ("Benja"), files this request for entry of a default order granting the *Chapter 7 Trustee's Motion for Order Authorizing Payment of Chapter 7 Administrative Expense (UnitedLex Corporation)* (the "Motion"), ECF 163. This request is supported by the concurrently filed declaration of Ryan A. Witthans. In support of this request, the Trustee states as follows:

　　　On July 5, 2023, the Trustee filed the Motion; the Trustee's supporting declaration, ECF 163-1; and the *Notice and Opportunity for Hearing* (the "Notice"), ECF 164. The Notice was served on all NEF parties and individuals and entities on the Court's mailing matrix on July 5, 2023. ECF 165–66. The Notice indicated that anyone wishing to object to the proposed sale was

REQUEST FOR ENTRY OF DEFAULT ORDER　　　　　　　　　　　　　　　　　　　　　　　　　1

required to do so by filing and serving a written objection no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections was July 26, 2023. Counsel for the Trustee received no objections, and none were filed in the bankruptcy case.

Based on the foregoing, the Trustee requests entry of an order approving the Motion and providing as follows:

1. The Motion is granted in its entirety.
2. The $25,000 cap provided by B.L.R. 2016-1(a) is lifted on a retroactive and ongoing basis as it relates to payments made by the Trustee to UnitedLex.
3. The Trustee is authorized, but not directed, to continue making ongoing payments to UnitedLex on an interim basis for actual and necessary expenses of the estate arising in the ordinary course of business as set forth in the Application and Employment Order.
4. All payments made by the Trustee to UnitedLex shall be subject to the Court's review and final approval as set forth in the Employment Order.
5. All disbursements made by the Trustee to UnitedLex shall be disclosed in the Trustee's Final Report as set forth in B.L.R. 2016-1(a).

Dated July 27, 2023          FINESTONE HAYES LLP

         /s/ Ryan A. Witthans
Ryan A. Witthans
Attorneys for Kyle Everett,
Chapter 7 Trustee

REQUEST FOR ENTRY OF DEFAULT ORDER      2