```
Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:    (415) 481-5481
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>  Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**DECLARATION OF RYAN A. WITTHANS IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)** |

I, Ryan A. Witthans, declare as follows:

1. I am a partner at Finestone Hayes LLP, counsel of record for Kyle Everett (the "Trustee") in his capacity as the duly appointed Chapter 7 trustee of the bankruptcy estate of the above-captioned debtor ("Benja").

2. I make this declaration in support of the concurrently filed request for entry of default order. All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the court and business records in this case. If called to testify on this matter, I could and would competently testify to the matters set forth herein.

WITTHANS DECLARATION                                                                                                          1

3. On July 5, 2023, the Trustee caused to be filed the *Chapter 7 Trustee's Motion for Order Authorizing Payment of Chapter 7 Administrative Expense (UnitedLex Corporation)* (the "Motion"), ECF 163; the Trustee's supporting declaration, ECF 163-1; and the *Notice and Opportunity for Hearing* (the "Notice"), ECF 164. I am informed and believe that the Notice was served on all NEF parties and individuals and entities on the Court's mailing matrix on July 5, 2023. ECF 165–66.

4. The Notice indicated that anyone wishing to object to the proposed sale was required to do so by filing and serving a written objection no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections was July 26, 2023. I received no objections, and none were filed in the bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2023.

                                            */s/ Ryan A. Witthans*
                                            Ryan A. Witthans