Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 481-5481
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee



**Entered on Docket
July 28, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 27, 2023

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>　　　　Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE (UNITEDLEX CORPORATION)** |

On July 5, 2023, Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the above-captioned bankruptcy case, filed the *Chapter 7 Trustee's Motion for Order Authorizing Payment of Chapter 7 Administrative Expense (UnitedLex Corporation)* (the "Motion") seeking an order authorizing, on a retroactive and ongoing basis, the payment of Chapter 7 administrative expenses to UnitedLex Corporation ("UnitedLex"). ECF 163.

Upon due consideration and good cause appearing therefor, based on the Motion and its supporting declaration; the *Notice and Opportunity for Hearing*, ECF 164; and the related certificates of service, ECF 165–66; and it appearing that notice was adequate under the circumstances and that no objections were filed, the Court hereby orders as follows:

1. The Motion is granted in its entirety.

2. The $25,000 cap provided by B.L.R. 2016-1(a) is lifted on a retroactive and ongoing basis as it relates to payments made by the Trustee to UnitedLex.

3. The Trustee is authorized, but not directed, to continue making ongoing payments to UnitedLex on an interim basis for actual and necessary expenses of the estate arising in the ordinary course of business as set forth in the Application and Employment Order.

4. All payments made by the Trustee to UnitedLex shall be subject to the Court's review and final approval as set forth in the Employment Order.

5. All disbursements made by the Trustee to UnitedLex shall be disclosed in the Trustee's Final Report as set forth in B.L.R. 2016-1(a).

* * * * **END OF ORDER** * * * *

**COURT SERVICE LIST**

[*ECF recipients only*]

ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSE 3