THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

GREGORY S. GERSTNER (Admitted Pro Hac Vice)
GGerstner@sb-kc.com
BENJAMIN A. REED (Admitted Pro Hac Vice)
BReed@sb-kc.com
SEIGFREID BINGHAM, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, Missouri 64108
Telephone: (816) 421-4460
Facsimile: (816) 474-3447

Attorneys for Defendant
MHC FINANCIAL SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,,<br><br>　　　　Debtors. | Case No. 20-30819 DM<br>Chapter 7<br><br>Adv No. 21-03036<br><br>**NOTICE OF CHANGE OF FIRM NAME** |
| KYLE EVERETT, TRUSTEE IN BANKRUPTCY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MHC FINANCIAL SERVICES, INC.,,<br><br>　　　　Defendant. | |

**PLEASE TAKE NOTE** that effective August 1, 2023, the firm name of Freeman, Freeman & Smiley, LLP, has been changed to **SAUL EWING LLP**. Mailing address, telephone and facsimile numbers remain the same. E-mail has changed, as reflected above.

DATED: August 1, 2023           SAUL EWING LLP

By: _____
THEODORE B. STOLMAN
CAROL CHOW
Attorneys for Defendant MHC FINANCIAL SERVICES, INC.

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

5867359.1 27020-821                       2           NOTICE OF CHANGE OF FIRM NAME