Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
Ryan A. Witthans (Cal. Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 481-5481
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED, *aka* EPHE CORPORATION,<br><br>　　　　Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**CERTIFICATE OF SERVICE** |

　　　I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I confirmed that a true and correct copy of the following documents:

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH MHC FINANCIAL SERVICES, LLC**

**DECLARATION OF KYLE EVERETT IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH MHC FINANCIAL SERVICES, LLC**

**NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH MHC FINANCIAL SERVICES, LLC**

to be served in the manner stated below.

　　　1.　**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
　　　Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On August 7, 2023, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF transmission at the email addresses stated below.

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1/3

Tanya Behnam on behalf of Creditor Busey Bank
tbehnam@polsinelli.com, ladocketing@polsinelli.com

Kathy Quon Bryant on behalf of Interested Party Scott Sklar
kquonbryant@mlg-pc.com

Carol Chow on behalf of Creditor MHC Financial Services, Inc.
Carol.Chow@saul.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Kyle Everett
keverett@dsi.biz

Kimberly S. Fineman on behalf of Trustee Kyle Everett
kfineman@fhlawllp.com

Stephen D. Finestone on behalf of Plaintiff A. Kyle Everett
sfinestone@fhlawllp.com

Jennifer C. Hayes on behalf of Plaintiff A. Kyle Everett
jhayes@fhlawllp.com

Paul E. Manasian on behalf of Debtor Benja Incorporated
manasian@mrlawsf.com, gradl@mrlawsf.com

Merle C. Meyers on behalf of Interested Party Scott Sklar
mmeyers@mlg-pc.com

Randy Michelson on behalf of Interested Party Taco Corporation of America
randy.michelson@michelsonlawgroup.com

Donald Miller on behalf of 3rd Pty Defendant BB Lending, LLC
don@efli.law

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Sophia Ashley Perna-Plank on behalf of Interested Party E-Revshare Core, LLC
spernaplank@jaspanllp.com, smionis@jaspanllp.com

Jean Soh on behalf of Creditor Busey Bank
jsoh@polsinelli.com, chicagodocketing@polsinelli.com

Randye B. Soref on behalf of Creditor Busey Bank
rsoref@polsinelli.com, ccripe@polsinelli.com

Steven Soulios on behalf of Creditor XRC Fund III
ssoulios@lawnynj.com, steve@lawnynj.com

Michael St. James on behalf of Defendant Thomas B. Peters
ecf@stjames-law.com

Jerry L. Switzer, Jr. on behalf of Creditor Busey Bank
jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

Ryan A. Witthans on behalf of Plaintiff Kyle Everett
rwitthans@fhlawllp.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2023.

*/s/ Ryan A. Witthans*
Ryan A. Witthans