# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>BENJA INCORPORATED | CASE NO: 20-30819-DM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 171 |

On 8/8/2023, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Chapter 7 Trustee's Motion to Approve Compromise of Controversy with MHC Financial Services, LLC ECF Docket Reference No. 171

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/8/2023

/s/ Ryan A. Witthans
Ryan A. Witthans  301432
Counsel for Kyle Everett, Chapter 7 Trustee
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Franisco, CA  94104
415 616 0466
rwitthans@fhlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819-DM |
|---|---|
| BENJA INCORPORATED | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 171 |

On 8/8/2023, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Chapter 7 Trustee's Motion to Approve Compromise of Controversy with MHC Financial Services, LLC ECF Docket Reference No. 171

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/8/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Franciso, CA 94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09713<br>CASE 20-30819<br>CALIFORNIA NORTHERN BANKRUPTCY COURT<br>SAN FRANCISCO<br>TUE AUG 8 10-07-48 PDT 202 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998-1535 | ANDREW J CHAPIN<br>26 CRAGMONT<br>SAN FRANCISCO CA 94116-1308 |
| ANDREW J CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO CA 94116-1308 | APPLE CARDGOLDMAN SACHS<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO CA 94116-1308 |
| BENJAMIN LAMB<br>16748 HICKORY CREST DR<br>WILDWOOD MO 63011-5501 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| CFOS2GO<br>500 YGNACIO VALLEY ROAD<br>SUITE 410<br>WALNUT CREEK CA 94596-8215 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>PO BOX 826203<br>SACRAMENTO CA 94230-0001 | CITY AN COUNTY OF SAN FRANCISCO<br>1 DR CARLTON B GOODLETT PLACE<br>SAN FRANCISCO CA 94102-4604 | CORBEL CAPITAL PARTNERS<br>11777 SAN VICENTE BLVD<br>SUITE 777<br>LOS ANGELES CA 90049-5067 |
| COURT CUNNINGHAM<br>1435 LEXINGTON AVE 6B<br>NEW YORK NY 10128-1631 | DANIEL SCHURMAN<br>315 JODY WAY<br>TIMONIUM MD 21093-2920 | EMPLOYMENT DEVELOPMENT DEPT<br>STATE OF CALIFORNIA<br>BANKRUPTCY UNIT - MIC 92E<br>SACRAMENTO CA 94280-0001 |
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FENWICK  WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA 94041-1990 |
| FRANCHISE TAX BOARD<br>STATE OF CALIFORNIA<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GARY WISHIK<br>9440 SANTA MONICA BLVD<br>SUITE 301<br>BEVERLY HILLS CA 90210-4614 | GIBRALTER BUSINESS CAPITAL<br>400 SKOKIE BLVD 375<br>NORTHBROOK IL 60062-7928 |
| THOMAS GOODE<br>2901 BARTON SKYWAY 3002<br>AUSTIN TX 78746-7561 | GUSTO<br>525 20TH STREET<br>SAN FRANCISCO CA 94107-4345 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INVERNESS ADVISORS LLC<br>601 MONTGOMERY ST<br>SUITE 810<br>SAN FRANCISCO CA 94111-2611 | JENNIFER KELLY<br>TYZ LAW GROUP<br>4 EMBARCADERO CENTER<br>SAN FRANCISCO CA 94111-4106 | JONATHAN LAMB<br>629 N KINGSHIGHWAY ST<br>SAINT CHARLES MO 63301-1746 |
| KATHRYN J FRITZ<br>FENWICK WEST LLP<br>555 CALIFORNIA ST<br>SAN FRANCISCO CA 94104-1503 | KAVERI INV MMGT COMPANY LLC<br>3315 COLLINS AVE 4B<br>MIAMI BEACH FL 33140-4173 | KAVERI INVESTMENT MANAGEMENT COMPANY<br>LLC C<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| KOOSH MEDIA<br>2324 METCALF ST 10<br>HONOLULU HI 96822-2439 | KRUZE ACCOUNTING<br>333 KEARNY ST 4TH FLOOR<br>SAN FRANCISCO CA 94108-3267 | LATHAM WATKINS<br>140 SCOTT DR<br>MENLO PARK CA 94025-1008 |
| LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD<br>SUITE 500<br>NEWPORT BEACH CA 92660-2028 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS DEPT OF REVENUE ATTNBANKRUPTCY U<br>PO BOX 9564<br>BOSTON MA 02114-9564 | MVB CONTRACTING INC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| MARK K SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST STE 1210<br>SAN FRANCISCO CA 94105-4553 | MATH CAPITAL FUND I LP<br>ATTN ERIC FRANCHI<br>4 WORLD TRADE CENTER 45TH FLOOR<br>NEW YORK NY 10007-0042 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL ST<br>EAST WEYMOUTH MA 02189-3014 |
| MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH MA 02189-3014 | (P)BIRKEL ELECTRIC<br>ATTN BIRKEL ELECTRIC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 | MORGAN REILLY<br>7790 WESTLAKD DR 310<br>SAN DIEGO CA 92108 |
| MORGAN REILLY<br>7790 WESTSIDE DRIVE 310<br>SAN DIEGO CA 92108-1216 | MORGAN REILLY<br>PAUL J LEEDSHIGGSFLETCHERMACK LLP<br>401 WEST A STREET SUITE 2600<br>SAN DIEGO CA 92101-7913 | MORNING BLITZ LLC<br>921 HERON COURT<br>MARCO ISLAND FL 34145-2311 |
| MURPHY HOFFMAN CO<br>11120 TOMAHAWK CREEK PKWY<br>LEAWOOD KS 66211-2695 | NEWPOINT LAW GROUP LLP<br>2408 PROFESSIONAL DRIVE<br>ROSEVILLE CA 95661-7787 | OAREX FUNDING<br>2529 DETROIT AVE<br>SUITE 135<br>CLEVELAND OH 44113-2701 |
| RUKIN HYLAND RIGGIN<br>201 MISSION ST 1250<br>SAN FRANCISCO CA 94105-1831 | SCOTT OLSON<br>VEDDER PRICE<br>275 BATTERY ST SUITE 2464<br>SAN FRANCISCO CA 94111-3354 | SEAN FLEMING<br>16817 EAGLE BLUFF COURT<br>CHESTERFIELD MO 63005-4499 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

SECURITIES AND EXCHANGE COMMISSION
ATTN MATTHEW MEYERHOFER
44 MONTGOMERY ST STE 2800
SAN FRANCISCO CA 94104-4802

SLATER LAW GROUP
33 NEW MONTGOMERY ST
SUITE 1210
SAN FRANCISCO CA 94105-4553

STEVEN SOULIOS
RUTA SOULIOS  STRATIS LLP
211 E 43RD ST 24TH FL
NEW YORK NY 10017-4714

TACO CORP OF AMERICA
BRETT BUERCK
12854 KENAN DR
SUITE 145
JACKSONVILLE FL 32258-7435

THOMAS GOODE III
CO BRIAN H BUSTER
3144 BEE CAVES ROAD
AUSTIN TX 78746-5560

(P)U S ATTORNEYS OFFICE NORTHERN
DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

US SECURITIES AND EXCHANGE COMMISSION
BANKRUPTCY GROUP
200 VESEY STREET SUITE 400
NEW YORK NY 10281-5520

UMB FINANCIAL CORP
1010 GRAND BLVD
KANSAS CITY MO 64106-2225

UNITEDLEX CORPORATION
6130 SPRINT PARKWAY
SUITE 275
OVERLAND PARK KS 66211-1115

VEGASTECHFUND
5940 S RAINBOW BLVD
STE 400 49100
LAS VEGAS NV 89118-2507

WCB WAREHOUSE
3500 COMSOUTH DR.
AUSTIN, TX 78744-1305

MARIE AND MICHAEL BOWERS
12420 HAPPY HOLLOW RD
HUNTS VALLEY, MD 21030-1712