Entered on Docket
August 30, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee,
Kyle Everett

**Signed and Filed: August 30, 2023**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY (MHC FINANCIAL SERVICES, LLC)** |

Upon due consideration and good cause appearing therefor, based on the Trustee's Motion to Approve Compromise of Controversy with MHC Financial Services, LLC (the "Motion"), ECF 170, and it appearing that Notice of the Motion and the Errata were adequate under the circumstances (ECF 171-177), and that no timely opposition to the Motion was filed, the Court hereby orders as follows:

1. The Motion to Approve Compromise of Controversy with MHC Financial Services, LLC (the "Motion"), ECF 170, is granted.

2. The Settlement Agreement and Release attached as **Exhibit A** to the Declaration of Kyle Everett in Support of the Motion, ECF 170-1, is approved.

-1-

Case: 20-30819   Doc# 180   Filed: 08/30/23   Entered: 08/30/23 17:23:53   Page 1 of 3

3. By not objecting to the Motion, Busey Bank has not waived the right: (a) to object to the claims filed in the above-captioned case by Benja investors as being subordinated to the claims filed in the above-captioned case by Benja creditors; or (b) to assert a lien on the proceeds from the Trustee's settlement with MHC.

4. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

5. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

**APPROVED AS TO FORM AND CONTENT:**

POLSINELLI

*Jerry L. Switzer, Jr.*
_____
*/s/* _____
Jerry L. Switzer, Jr.
Attorneys for Creditor Busey Bank

-2-

**COURT SERVICE LIST**

*ECF Participants Only*