Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF COUNSEL FOR THE TRUSTEE**<br><br>Date: October 6, 2023<br>Time: 10:00 a.m.<br>Ctrm: Tele/videoconference |

**TO ALL CREDITORS, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that a hearing is set before the Honorable Dennis Montali at the above-captioned date, time, and place on the second interim fee application of Counsel for the Trustee. The identification of the professional, as well as the amount of the fees and expenses sought on an interim basis, is set forth below. A copy of the application and supporting documents may be obtained by making a request to jhayes@fhlawllp.com.

| Professional | Role | Fees | Expenses | Total |
|---|---|---|---|---|
| Finestone Hayes LLP | Trustee's Counsel | $154,043 | $2,069.10 | $156,112.10 |

NOTICE OF HEARING RE SECOND INTERIM FEE APPLICATION       1/2

Case: 20-30819   Doc# 182   Filed: 09/15/23   Entered: 09/15/23 12:20:07   Page 1 of 2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to B.L.R. 9014-1(c)(2), any opposition to the application must be filed with the Bankruptcy Court and served on the undersigned no less than seven days before the hearing date (*i.e.*, September 29, 2023). If no timely response or opposition to the applications is received, the Bankruptcy Court may enter an order granting the requested relief without further notice.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have any questions regarding how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

DATED: September 15, 2023          FINESTONE HAYES LLP


By: /s/ Jennifer C. Hayes
      Jennifer C. Hayes
      Attorneys for Chapter 7 Trustee

Case: 20-30819    Doc# 182    Filed: 09/15/23    Entered: 09/15/23 12:20:07    Page 2 of 2