1  THEODORE B. STOLMAN (BAR NO. 52099)
   ted.stolman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  SAUL EWING LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone:  (310) 255-6100
5  Facsimile:  (310) 255-6200

6  GREGORY S. GERSTNER (Admitted Pro Hac Vice)
   GGerstner@sb-kc.com
7  BENJAMIN A. REED (Admitted Pro Hac Vice)
   BReed@sb-kc.com
8  SEIGFREID BINGHAM, P.C.
   2323 Grand Blvd., Suite 1000
9  Kansas City, Missouri 64108
   Telephone: (816) 421-4460
10 Facsimile: (816) 474-3447

11 Attorneys for Creditor
   MHC FINANCIAL SERVICES, INC.

12

13          **UNITED STATES BANKRUPTCY COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
14           **SAN FRANCISCO DIVISION**

15

16 | In re | Case No. 20-30819 DM
   |       | Chapter 7
17 | BENJA INCORPORATED, aka EPHE
   | CORPORATION,,
18 |                                    | **NOTICE OF WITHDRAWAL OF PROOF**
   |           Debtors.                 | **OF CLAIM NO. 32 FILED BY MHC**
19 |                                    | **FINANCIAL SERVICES, INC.**

20

21

22

23

24

25

26

27

28

Case: 20-30819   Doc# 184   Filed: 09/25/23   Entered: 09/25/23 16:34:02   Page 1 of
10

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  **PLEASE TAKE NOTICE** that creditor MHC Financial services, Inc. hereby withdraws

2  its Proof of Claim No. 32 that was filed on September 13, 2022, a copy of which is attached as

3  Exhibit A hereto.

4  DATED:  September 25, 2023                SAUL EWING LLP

5

6
                                                By:      */s/ Carol Chow*
7                                                        THEODORE B. STOLMAN
                                                         CAROL CHOW
8                                                        Attorneys for Creditor MHC FINANCIAL
                                                         SERVICES, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

5921886.1 27020-821

2                NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY MHC FINANCIAL SERVICES, INC.

# EXHIBIT A

3

**Fill in this information to identify the case:**

Debtor 1    Benja Incorporated, aka EPHE Corporation

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California

Case number  20-30819 DM

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | MHC Financial Services, Inc. <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| --- | --- |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Benjamin A. Reed <br> Name <br><br> 2323 Grand Blvd., Suite 1000 <br> Number        Street <br><br> Kansas City        MO        64108 <br> City        State        ZIP Code <br><br> Contact phone  816-421-4460 <br><br> Contact email   BReed@sb-kc.com | Name <br><br> Number        Street <br><br> City        State        ZIP Code <br><br> Contact phone <br><br> Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___ / ___ / ___ <br>                                                                                                          MM / DD / YYYY |
| --- | --- |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? |

Official Form 410    5504368.1 27020-821    **Proof of Claim**    page 1

4

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _See attached._ . **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_See attached._

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410 **Proof of Claim** page 2

| | | Amount entitled to priority |
|---|---|---|

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $ _____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/13/2022
                  MM / DD / YYYY

*/s/ Benjamin R. Reid*
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Benjamin R. Reed | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Seigfreid Bingham, P.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2323    Grand Blvd., Suite 1000 | | |
| | Number    Street | | |
| | Kansas City | MO | 64108 |
| | City | State | ZIP Code |
| Contact phone | 816-421-4460 | Email | BReed@sb-kc.com |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    **ATTACHMENT TO PROOF OF CLAIM**

2       MHC Financial Services, Inc. ("MHC") hereby submits this Proof of Claim to reserve its

3    rights.

4       Kyle Everett, Trustee in Bankruptcy of the estate of the Debtor, has initiated an adversary

5    proceeding against MHC seeking to avoid and recover certain transfers.  *See Everett v. MHC*

6    *Financial Services, Inc.*, Adversary No. 21-03036.  The Adversary Proceeding is currently

7    pending and has not been fully resolved.

8       MHC files this Proof of Claim to reserve its right to assert a claim against the estate in the

9    event the Trustee successfully avoids and recovers any transfers from MHC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**U.S. Bankruptcy Court**

**California Northern Bankruptcy Court**

Notice of Electronic Claims Filing

The following transaction was received from Chow, Carol on 9/13/2022 at 11:38 AM PDT

File another claim

| | |
|---|---|
| **Case Name:** | Benja Incorporated |
| **Case Number:** | 20-30819 |
| **Creditor Name:** | MHC Financial Services, Inc.<br>C/O Benjamin A. Reed<br>Seigfreid Bingham, P.C.<br>2323 Grand Blvd., Suite 1000<br>Kansas City, MO 64108 |
| **Claim Number:** | 32    Claims Register |

**Amount Claimed:** $0.00
**Amount Secured:**
**Amount Priority:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**MHC Financial Svcs Inc. - Proof of Claim.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/13/2022] [FileNumber=38165604-
0] [10ee4bc2a1e02f005b6fee9f063985519c6bb539e309c5edf0d9e14636e047e17b
769799bd644015f255e820ad72686031545b4903504b6e5e74c8f0b809847b]]

**8**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.

A true and correct copy of the document entitled: **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 32 FILED BY MHC FINANCIAL SERVICES, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tanya Behnam on behalf of Creditor Busey Bank
tbehnam@polsinelli.com, ladocketing@polsinelli.com

Kathy Quon Bryant on behalf of Interested Party Scott Sklar
kquonbryant@mlg-pc.com

Carol Chow on behalf of Creditor MHC Financial Services, Inc.
Carol.Chow@saul.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Kyle Everett
keverett@dsi.biz

Kimberly S. Fineman on behalf of Trustee Kyle Everett
kfineman@fhlawllp.com

Stephen D. Finestone on behalf of Plaintiff A. Kyle Everett
sfinestone@fhlawllp.com

Jennifer C. Hayes on behalf of Plaintiff A. Kyle Everett
jhayes@fhlawllp.com

Paul E. Manasian on behalf of Debtor Benja Incorporated
manasian@mrlawsf.com, gradl@mrlawsf.com

Merle C. Meyers on behalf of Interested Party Scott Sklar
mmeyers@mlg-pc.com

Randy Michelson on behalf of Interested Party Taco Corporation of America
randy.michelson@michelsonlawgroup.com

Donald Miller on behalf of 3rd Pty Defendant BB Lending, LLC
don@efli.law

Office of the U.S. Trustee / SF

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    USTPRegion17.SF.ECF@usdoj.gov

2    Sophia Ashley Perna-Plank on behalf of Interested Party E-Revshare Core, LLC
     spernaplank@jaspanllp.com, smionis@jaspanllp.com

3

4    Jean Soh on behalf of Creditor Busey Bank
     jsoh@polsinelli.com, chicagodocketing@polsinelli.com

5    Randye B. Soref on behalf of Creditor Busey Bank
     rsoref@polsinelli.com, ccripe@polsinelli.com

6

7    Steven Soulios on behalf of Creditor XRC Fund III
     ssoulios@lawnynj.com, steve@lawnynj.com

8    Michael St. James on behalf of Defendant Thomas B. Peters
     ecf@stjames-law.com

9

10   Jerry L. Switzer, Jr. on behalf of Creditor Busey Bank
     jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

11   Ryan A. Witthans on behalf of Plaintiff Kyle Everett
     rwitthans@fhlawllp.com

12

13   I declare under penalty of perjury under the laws of the United States that the foregoing is
     true and correct.

14

15   **September 25, 2023**      Easter A. Santa Maria
     *Date*                      *Printed Name*                      *Signature*

16

17

18

19

20

21

22

23

24

25

26

27

28