Entered on Docket
October 06, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Chapter 7 Trustee,
Kyle Everett

Signed and Filed: October 6, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>    Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF ATTORNEYS FOR THE CHAPTER 7 TRUSTEE AND VACATING HEARING** |

    The Second Interim Fee Application of Finestone Hayes LLP, Attorneys to the Trustee (ECF 181, the "Application"), was set for hearing on October 6, 2023 at 10:00 a.m. On October 4, 2023, the Court entered a docket text order (the "Docket Order") approving the Application. Having considered the Application and for the reasons stated in the Docket Order, the Court hereby orders as follows:

    1.    Fees are awarded to Finestone Hayes LLP on an interim basis in the amount of $154,043 and costs are awarded as requested in the amount of $2,069.10.

    2.    The Trustee is authorized to disburse to Finestone Hayes LLP a total of $156,112.10, which is the sum of the amounts noted in paragraph 1 above.

    3.    The hearing on the Application scheduled for October 6, 2023 is vacated.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*