| | |
|---|---|
| 1 | Michael St. James, CSB No. 95653 |
| 2 | ST. JAMES LAW, P.C. |
| 3 | 236 West Portal Avenue, Suite 305 |
|   | San Francisco, California 94127 |
| 4 | (415) 391-7566 Telephone |
| 5 | (415) 391-7568 Facsimile |
|   | michael@stjames-law.com |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of St. James Law, P.C. has changed. The new address is:

    Michael St. James, CSB No. 95653
    ST. JAMES LAW, P.C.
    236 West Portal Avenue, Suite 305
    San Francisco, California 94127

Please update your records accordingly.

Date:                                                        /s/ Michael St. James
                                                                                         Signature

# Select a Case

There was 1 matching person.

There were 44 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| St. James, Michael (aty) (44 cases) | 08-30989 | Sand Hill Capital Partners III, LLC | 7 | 06/05/08 | N / A | N / A |
| | 08-32514 | Heller Ehrman LLP | 11 | 12/28/08 | N / A | N / A |
| | 10-46683 | Tranax Technologies, Inc. | 7 | 06/11/10 | N / A | N / A |
| | 12-32747 | The Zuercher Trust of 1999 | 7 | 09/26/12 | N / A | N / A |
| | 13-30477 | Monica H. Hujazi | 7 | 03/01/13 | N / A | N / A |
| | 17-30326 | Mayacamas Holdings LLC | 7 | 04/07/17 | N / A | N / A |
| | 17-30327 | Profit Recovery Center LLC | 7 | 04/07/17 | N / A | N / A |
| | 17-31272 | MedCision, LLC | 11 | 12/20/17 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |
| | 19-41949 | Pleasanton Fitness, LLC | 7 | 08/27/19 | N / A | N / A |
| | 20-03128 | Resolution Law Firm P. C. v. Kristul | *Lead BK*: 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-03129 | Raskin et al v. Kristul | *Lead BK*: 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-03130 | Tkach et al v. Kristul | *Lead BK*: 20-30238 Maria Kristul | 11/30/20 | N / A | N / A |
| | 20-30238 | Maria Kristul | 7 | 03/03/20 | N / A | N / A |
| | 20-30310 | Public Bikes, Inc. | 11 | 03/31/20 | N / A | N / A |
| | 20-30812 | International Orange Spa, Inc. | 11 | 10/11/20 | N / A | N / A |
| | 20-30819 | Benja Incorporated | 7 | 10/15/20 | N / A | N / A |
| | 20-40954 | Specialty's Cafe and Bakery, Inc. | 7 | 05/27/20 | N / A | N / A |

| Case | Party | Chapter | Lead Case | Date Filed | Date Closed | Date Dismissed |
|---|---|---|---|---|---|---|
| 20-41119 | BAP Properties, LLC | 7 | | 07/01/20 | N/A | N/A |
| 20-41614 | Hector C. Krauss and Erica Caputi-Krauss | 7 | | 10/06/20 | N/A | N/A |
| 20-51604 | RS Air, LLC | 11 | | 11/06/20 | N/A | N/A |
| 21-03060 | Everett v. Peters | | *Lead BK:* 20-30819 Benja Incorporated | 11/13/21 | N/A | N/A |
| 21-30399 | Multerra Bio, Inc. | 7 | | 05/27/21 | N/A | N/A |
| 21-40614 | Chor Nar Siu Ng | 11 | | 04/30/21 | N/A | N/A |
| 21-41479 | Wheels America San Francisco, L.L.C. | 11 | | 12/11/21 | N/A | N/A |
| 21-51138 | Delfino Nava Cardenas and Amparo Magana Cardenas | 13 | | 08/30/21 | N/A | N/A |
| 21-51255 | Dutchints Development LLC | 7 | | 09/29/21 | N/A | N/A |
| 21-51477 | Watsonville Hospital Corporation | 11 | | 12/05/21 | N/A | N/A |
| 22-03024 | Schoenmann v. Schoenmann et al | | *Lead BK:* 22-30028 E. Lynn Schoenmann | 05/16/22 | N/A | N/A |
| 22-10381 | Spring Mountain Vineyard Inc. | 11 | | 09/29/22 | N/A | N/A |
| 22-30028 | E. Lynn Schoenmann | 7 | | 01/14/22 | N/A | N/A |
| 22-30062 | PTSS, Inc. (fka Professional Technical Security Se | 7 | | 02/01/22 | N/A | N/A |
| 22-30667 | William Francis McDonagh, III | 13 | | 12/06/22 | N/A | N/A |
| 22-41290 | Montgomery Realty Group, LLC | 7 | | 12/20/22 | N/A | N/A |
| 22-50960 | Charles R. Balanoj | 13 | | 10/20/22 | N/A | N/A |
| 23-01006 | SJOCC, INC. v. Belvedere Debt Holdings, LLC et al | | | 08/03/23 | N/A | N/A |
| 23-03017 | Schoenmann v. Schoenmann | | *Lead BK:* 22-30028 E. Lynn Schoenmann | 04/24/23 | N/A | N/A |
| 23-03023 | Nob Hill Inn City Plan Owners Association v. Nob Hill Inn City Plan Owners Association et al | | *Lead BK:* 23-30368 Nob Hill Inn City Plan Owners Association | 07/06/23 | N/A | N/A |
| 23-04001 | Montgomery Realty Group, LLC v. Jo-Ann Stores, LLC | | *Lead BK:* 22-41290 Montgomery Realty | 01/10/23 | N/A | N/A |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Group, LLC |  |  |  |  |
| 23-10021 | Angela Kay Duerr | 7 | 01/17/23 | N / A | N / A |
| 23-30368 | Nob Hill Inn City Plan Owners Association | 11 | 06/10/23 | N / A | N / A |
| 23-30430 | GRS Restaurant Group, Inc. | 11 | 06/30/23 | N / A | N / A |
| 23-30434 | Geoffrey Richard Swenson | 13 | 07/05/23 | N / A | N / A |
| 23-50588 | Rajendra Dinesh Maniar | 11 | 06/02/23 | N / A | N / A |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/12/2023 11:43:16 ||||
| **PACER Login:** | MichaelStJames | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: St. James Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |