Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Kimberly S. Fineman (SBN 184433)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:   (415) 398-2820
Email: kfineman@fhlawllp.com

Attorneys for A. Kyle Everett,
Trustee in Bankruptcy

**Entered on Docket
October 16, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 16, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re BENJA INCORPORATED,

Debtor.

Case No. 20-30819-DM
Chapter 7

**ORDER APPROVING STIPULATION TO EXTEND TOLLING AGREEMENT (JOMBOY CORP.)**

Upon due consideration, based upon the *Stipulation to Further Extend Tolling Agreement and Proceed Via BDRP, if Needed* (the "Stipulation") by and between A. Kyle Everett (the "Trustee") and Jomboy Corp. (the "Potential Litigant," and together with the Trustee, the "Parties"), it appearing that notice was adequate under the circumstances, and good cause appearing therefor, the Court hereby orders as follows:

1. The Stipulation is approved.

2. In any action or proceeding brought by the Trustee on behalf of the estate against the Potential Litigant, the period from October 5, 2022 through and including January 16, 2024, shall not be included in determining the applicability of any statute of limitations, laches, or any other defense based on the lapse of time.

1

3. To the extent that any applicable statute of limitations expires on or about October 17, 2022, it is extended through and including January 16, 2024, without prejudice to further extensions by stipulation, order of the Court, or otherwise.

4. This Order shall extend the statutes of limitation available to both Parties during the term of this Stipulation, including statutes of limitation that apply to any defense available to the Parties.

5. This Order shall not operate as a waiver and/or reinstatement of any statute of limitations heretofore expired.

**\* \* \* END OF ORDER \* \* \***

Approved as to form:

Dated: October 13, 2023

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

 /s/ Keith Patrick Banner
Keith Patrick Banner
Attorneys for Jomboy Corp.

2

**COURT SERVICE LIST**

[*ECF recipients only*]