Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Kimberly S. Fineman (SBN 184433)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: kfineman@fhlawllp.com

Attorneys for A. Kyle Everett,
Trustee in Bankruptcy

**Entered on Docket**
**December 01, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 1, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

Upon due consideration and good cause appearing therefor, based upon the *Stipulation for Entry of Order Regarding Bankruptcy Dispute Resolution Program (Jomboy)* filed on November 30, 2023 (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved.

2. George Kalikman is appointed as the Resolution Advocate in the dispute specified in the Stipulation, which dispute is assigned to the Bankruptcy Dispute Resolution Program in this District.

3. The parties are to comply with B.L.R. 9040-1 through 9050-1.

* * * END OF ORDER * * *

1

**COURT SERVICE LIST**

[*ECF recipients only*]