UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

Benja Incorporated

CASE NO: 20-30819 DM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 197

On 1/23/2024, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Ch & Trustee's Motion to Approve Compromise of Controversy with Jomboy Corp ECF Docket Reference No. 197

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/23/2024

/s/ Kimberly S. Fineman
Kimberly S. Fineman  184433
Attorneys for Chapter 7 Trustee Kyle Everett
Finestone Hayes LLP
456 Montgomery St Fl 20
San Francisco, CA  94104
kfineman@fhlawllp.com

ECF Notice List - Served on 1/22/24

Tanya Behnam on behalf of Creditor Busey Bank
tbehnam@polsinelli.com, ladocketing@polsinelli.com

Kathy Quon Bryant on behalf of Interested Party Scott Sklar
kquonbryant@mlg-pc.com

Carol Chow on behalf of Creditor MHC Financial Services, Inc.
Carol.Chow@saul.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

George H.(ra) Kalikman
gkalikman@schnader.com

Paul E. Manasian on behalf of Debtor Benja Incorporated
manasian@mrlawsf.com, gradl@mrlawsf.com

Merle C. Meyers on behalf of Interested Party Scott Sklar
mmeyers@mlg-pc.com

Randy Michelson on behalf of Interested Party Taco Corporation of America
randy.michelson@michelsonlawgroup.com

Donald Miller on behalf of 3rd Pty Defendant BB Lending, LLC
don@efli.law

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Sophia Ashley Perna-Plank on behalf of Interested Party E-Revshare Core, LLC
spernaplank@jaspanllp.com, smionis@jaspanllp.com

Jean Soh on behalf of Creditor Busey Bank
jsoh@polsinelli.com, chicagodocketing@polsinelli.com

Randye B. Soref on behalf of Creditor Busey Bank
rsoref@polsinelli.com, ccripe@polsinelli.com

Steven Soulios on behalf of Creditor XRC Fund III
ssoulios@lawnynj.com, steve@lawnynj.com

Michael St. James on behalf of Defendant Thomas B. Peters
ecf@stjames-law.com

Jerry L. Switzer, Jr. on behalf of Creditor Busey Bank
jswitzer@polsinelli.com, chicagodocketing@polsinelli.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 20-30819 DM |
|---|---|
| Benja Incorporated | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 7 <br> ECF Docket Reference No. 197 |

On 1/23/2024, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Ch & Trustee's Motion to Approve Compromise of Controversy with Jomboy Corp ECF Docket Reference No. 197

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/23/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kimberly S. Fineman
Finestone Hayes LLP
456 Montgomery St Fl 20
San Francisco, CA  94104

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09713<br>CASE 20-30819<br>CALIFORNIA NORTHERN | ANDREW J CHAPIN<br>26 CRAGMONT<br>SAN FRANCISCO CA 94116-1308 | BB LENDING LLC<br>321 W WINNIE LANCE SUITE 104<br>CARSON CITY NEVADA 89703-2154 |
| TANYA BEHNAM<br>POLSINELLI LLP<br>2049 CENTURY PARK E2900<br>LOS ANGELES CA 90067-3221 | BENJAMIN LAMB<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | KATHY QUON BRYANT<br>MEYERS LAW GROUP PC<br>100 SHORELINE HIGHWAY<br>SUITE B-160<br>MILL VALLEY CA 94941-6626 |
| BUSEY BANK<br>100 WEST UNIVERSITY AVE<br>CHAMPAIGN IL 61820-3910 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY OT 84130-0285 |
| CAROL CHOW<br>SAUL EWING LLP<br>1888 CENTURY PARK EAST<br>SUITE 1500<br>LOS ANGELES CA 90067-1719 | 211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 100174714 | ANDREW J CHAPIN<br>26 CRAGMONT AVE<br>SAN FRANCISCO CA 94116-1308 |
| BB LENDING LLC<br>321 W WINNIE LANCE SUITE 104<br>CARSON CITY NV 89703-2154 | BENJA INCORPORATED<br>26 CRAGMONT AVENUE<br>SAN FRANCISCO CA 94116-1308 | BLUE STARTUPS<br>55 MERCHANT ST<br>HONOLULU BI 96813-4306 |
| BRETT BUERCK<br>RANDY MICHELSON<br>220 MONTGOMERY ST 2100<br>SAN FRANCISCO CA 94104-3502 | BUSEY BANK<br>100 WEST UNIVERSITY AVENUE<br>CHAMPAIGN ILLINOIS 61820-3910 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| (P)JPMORGAN CHASE BANK NA<br>BANIROPTCY MAIL INTAXE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITY AN COUNTY OF SAN FRANCISCO<br>1 DR CARLTON BGOODLETT PLACE<br>SAN FRANCISCO CA 94102-4604 | APPLE CARDGOLDMAN SACHS<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 |
| BB LENDING LLC<br>EAVENSON FRASER LUNSFORD PLLC<br>225 SOUTH LAKE AVENUE 3RD FLOOR<br>PASADENA CA 91101-3009 | BENJAMIN LAMB<br>16748 HICKORY CREST DR<br>WILDWOOD MO 63011-5501 | BODIL ARLANDER REVOCABLE TRUS<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 |
| BUSEY BANK<br>CO POLSINELLI<br>150 N RIVERSIDE PLAZA SUITE 3000<br>CHICAGO IL 60606-1599 | BUSEY BANK<br>CO JEAN SOH POLSINELLI PC<br>150 N RIVERSIDE PLAZA SUITE 3000<br>CHICAGO IL 60606-1599 | CFOS2GO<br>500 YGNACIO VALLEY ROAD<br>SUITE 410<br>WALNUT CREEK CA 94596-8215 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CHIEF TAX COLLECTION SECTION
EMPLOYMENT DEVELOPMENT
SECTION
PO BOX 826203
SACRAMENTO CA 94230-0001

CORBEL CAPITAL PARTNERS
11777 SAN VICENTE BLVD
SUITE 777
LOS ANGELES
CA 90049-5067

COURT CUNNINGHAM
1435 LEXINGTON AVE F6B
NEW YORK NY 10128-1631

DAVID HUGHES CO RUTA SOULIOS
STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NY 10017-4714

EREVSHARE CORE LLC
JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

EREVSHARE CORE LLC
223 WALL STREET BOX 416
HUNTINGTON NEW YORK 11743-2060

FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

KIMBERLY S FINEMAN
FINESTONE BAYES LLP
456 MONTGOMERY STREET
20TH FLOOR
SAN FRANCISCO CA 94104-1233

FRANCHISE TAX BOARD
STATE OF CALIFORNIA
PO BOX 2952
SACRAMENTO CA 95812-2952

THOMAS GOODE
2901 BARTON SKYWAY 3002
AUSTIN TX 78746-7561

HOSKINSFRAME FAMILY TRUST
DATED DECEMBER 15
CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NY 10017-4714

IRVING RYBA CO RUTA SOULIOS
STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NY 10017-4714

JARED A DAY
OFFICE OF THE US TRUSTEE
300 BOOTH ST 3009
RENO NV 89509-1362

EREVSHARE CORE LLC
223 WALL ST
BOX 416
HUNTINGTON NY 11743-2060

EMPLOYMENT DEVELOPMENT DEPT
STATE OF CALIFORNIA
BANKRUPTCY UNIT - MIC 92E
SACRAMENTO CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

STEPHEN D FINESTONE
FINESTONE BAYES LLP
456 MONTGOMERY ST 20TH FL
SAN FRANCISCO CA 94104-1233

GARY WISHIK
9440 SANTA MONICA BLVD
SUITE 301
BEVERLY BILLS CA 90210-4614

GUSTO
525 20TH STREET
SAN FRANCISCO CA 94107-4345

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JENNIFER KELLY
TYZ LAW GROUP
4EMBARCADERO CENTER
SAN FRANCISCO CA 94111-4106

211 43RD ST 24TH FL
NEW YORK NY 100174714

ERECHARE CORELLC
CO JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

EREVSHARE CORE LLC
CO JASPAN SCHLESINGER
ATTN- S PERNA-PLANK
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

KYLE EVERETT
DEVELOPMENT SPECIALIST INC
150 POST STREET 400
SAN FRANCISCO CA 94108-4716

FENWICK WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW CA 94041-1990

STEPHEN D FINESTONE
FINESTONE BAYES LLP
456 MONTGOMERY ST 20TH FLR
SAN FRANCISCO CA 94104-1233

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GIBRALTER BUSINESS CAPITAL<br>400 SKOKIE BLVD 375<br>NORTHBROOK IL 60062-7928 | JENNIFER C BAYES<br>FINESTONE BAYES LLP<br>456 MONTGOMERY ST 20TH FL<br>SAN FRANCISCO CA 94104-1233 | INVERNESS ADVISORS LLC<br>601 MONTGOMERY ST<br>SUITE 810<br>SAN FRANCISCO CA 94111-2611 |
| JERRY L SWITZER<br>POLSINELLI PC<br>150 NORTH RIVERSIDE PLAZA STE 3000<br>CHICAGO | JONATHAN LAMB<br>629 N KINGSHIGHWAY ST<br>SAINT CHARLES MO 63301-1746 | KATHRYN J FRITZ<br>FENWICK WEST LLP<br>555 CALIFORNIA ST<br>SAN FRANCISCO CA 94104-1503 |
| KOOSH MEDIA<br>2324 METCALF ST 10<br>HONOLULU HI 96822-2439 | LAW OFFICES OF TYLER CESAR<br>4590 MACARTHUR BLVD<br>SUITE 500<br>NEWPORT BEACH CA 92660-2028 | MVB CONTRACTING INC<br>652 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| MARIE AND MICHAEL BOWERS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD ST 24TH FL<br>NEW YORK NY 10017-4714 | MATTHEW GOLDSTEIN<br>1630 CAMNERCIAL ST<br>EAST WEYMOUTH MA 02189-3014 | (P)BIRIEL ELECTRIC<br>ATTN BIRIEL ELECTRIC<br>652 RADE CENTER BLVD<br>CHESTERFIELD MO 63005-1227 |
| MIKE BIRKEL CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>7790 WESTSIDE DRIVE 310<br>SAN DIEGO CA 92108-1216 | NEW YORK NY 100174714 |
| KAVERI INV MMGT COMPANY LLC<br>3315 COLLINS AVE 4B<br>MIAMI BEACH FL 33140-4173 | KRUZE ACCOUNTING<br>333 KEARNY ST 4TH FLOOR<br>SAN FRANCISCO CA 94108-3267 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>MASS DEPT OF REVENUE<br>ATTNBANKRUPTCY U<br>PO BOX 9564 |
| PAUL E MANASIAN<br>LAW OFFICES OF PAUL E MANASIAN<br>1310 65TH ST<br>EMERYVILLE CA 94608-1119 | MARK K SLATER<br>THE SLATER LAW GROUP<br>33 NEW MONTGOMERY ST STE 1210<br>SAN FRANCISCO CA 94105-4553 | MATTHEW GOLDSTEIN<br>1630 COMMERCIAL STREET<br>WEYMOUTH MA 02189-3014 |
| MICHAEL ST JAMES ESQ<br>ST JAMES LAW PC<br>22 BATTERY STREET SUITE 810<br>SAN FRANCISCO CALIFORNIA 94111-5522 | MOOSYLVANIA MARKETING LC<br>STEVEN SOULIOS<br>CO RUTA SOULIOS STRATIS LLP<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | MORGAN REILLY<br>PAUL J LEEDSHIGGSFLETCHERMACK LLP<br>401 WEST A STREET SUITE 2600<br>SAN DIEGO CA 92101-7913 |
| 650 CALIFORNIA ST 19TH FL<br>SAN FRANCISCO CA 941082702 | KAVERI INVESTMENT MANAGEMENT COMPANY LLC C<br>211 E 43RD STREET 24TH FLOOR<br>NEW YORK NY 10017-4714 | LATHAM WATKINS<br>140 SCOTT DR<br>MENLO PARK CA 94025-1008 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NBC FINANCIAL SERVICES INC
C0 BENJAMIN A REED
SEIGFREID BINGHAM PC
2323 GRAND BLVD SUITE 1000
KANSAS CITY MO 64108-2669

MARIE AND MICHAEL BOWERS
12420 HAPPY HOLLOW RD
HUNTS VALLEY MD 21030-1712

MATH CAPITAL FUND I LP
ATTN ERIC FRANCHI
4WORLD TRADE CENTER 45TH FLOO
NEW YORK NY 10007-0042

MERLE C MEYERS
MEYERS LAW GROUP PC
100 SHORELINE HIGHWAY
SUITE B-160
MILL VALLEY CA 94941-6626

RANDY MICHELSON
MICHELSON LAW GROUP
220 MONTGOMERY ST 2100
SAN FRANCISCO CA 94104-3502

MORGAN REILLY
7790 WESTLAKD DR 310
SAN DIEGO CA 92108

MORNING BLITZ LLC
921 HERON COURT
MARCO ISLAND
FL 34145-2311

MURPHY HOFFMAN CO
11120 TOMAHAWK CREEK PKWY
LEAWOOD KS 66211-2695

NICK FOPPE
CO RUTA SOULIOS STRATIS LLP
211 E 43RD ST 24TH FL
NEW YORK NY 10017-4714

PAUL MANASIAN
1310 65TH ST
EMERYVILLE CA 94608-1119

POLLY WONG
CO RUTA SOULIOS STRATIS LLP
211 E 43RD ST 24TH FL
NEW YORK NY 10017-4714

SCOTT OLSON
VEDDER PRICE
275 BATTERY ST SUITE 2464
SAN FRANCISCO CA 94111-3354

SECURITIES AND EXCHANGE
COLLLLLLISSION
ATTN MATTHEW MEYERHOFER
44 MONTGOMERY ST STE 2800
SAN FRANCISCO CA 94104-4802

JEAN SOH
POLSINELLI PC
150 N RIVERSIDE PLAZA 3000
CHICAGO IL 60606-1599

STEVEN SOULIOS
RUTA SOULIOS STRATIS LLP
211 E43RD ST FL 24
NEW YORK NY 10017-4714

MICHAEL ST JAMES
ST JAMES LAW PC
236 WEST PORTAL AVENUE
SUITE 305
SAN FRANCISCO CA 94127-1423

JERRY L SWITZER JR
POLSINELLI PC
150 N RIVERSIDE PLAZA 3000
CHICAGO IL 60606-1599

ROSEVILLE CA 956617787

OAREX FUNDING
2529 DETROIT AVE
SUITE 135
CLEVELAND OH 44113-2701

SOPHIA ASHLEY PERNAPLANK
JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA 5TH FLOOR
GARDEN CITY NY 11530-3333

RANDYE B SOREF
POLSINELLI LLP
2019 CENTURY PARK EAST STE 2900
LOS ANGELES CA 90067

SEAN FLEMING
16817 EAGLE BLUFF COURT
CHESTERFIELD MO 63005-4499

SCOTT SKLAR
CO MERLE C MEYERS ESQ
MEYERS LAW GROUP PC
44 MONTGOMERY ST STE 1010
SAN FRANCISCO CA 94104-4612

SOPHIA A PERNAPLANK
300 GARDEN CITY PLAZA
GARDEN CITY NY 11530-3302

STEVEN SOULIOS
RUTA SOULIOS STRATIS LLP
211 E 43RD ST 24TH FL
NEW YORK NY 10017-4714

STEVEN SOULIOS
RUTA SOULIOS STRATIS LLP
211 EAST 43RD ST
NEW YORK NY 10017-4714

TACO CORP OF AMERICA
BRETT BUERCK
12854 KENAN DR
SUITE 145
JACKSONVILLE FL 32258-7435

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

1350 BEVERLY AVE
SAINT LOUIS MO 631224761

OFFICE OF THE US TRUSTEE SF
PHILLIP J BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE 5TH FL 05-0153
SAN FRANCISCO CA 94102-3402

POLLY WONG
33 SHERIDAN ROAD
OAKLAND CA 94618-2528

RUKIN HYLAND RIGGIN
201 MISSION ST 1250
SAN FRANCISCO CA 94105-1831

SEAN FLEMING
CO RUTA SOULIOS STRATIS LLP
211 E 43RD ST 24TH FL
NEW YORK NY 10017-4714

SLATER LAW GROUP
33 NEW MONTGOMERY ST
SUITE 1210
SAN FRANCISCO CA 94105-4553

RANDYE B SOREF
POLSINELLI LLP
2049 CENTURY PARK E2900
LOS ANGELES CA 90067-3221

SPORTS BYLINE USA
300 BROADWAY SUITE 8
SAN FRANCISCO CA 94133-4545

STEVEN SOULIOS CO RUTA SOULIOS STRATIS LL
211 E 43RD STREET 24TH FLOOR
NEW YORK NY 10017-4714

TACO CORPORATION OF AMERICA
RANDY MICHELSON
220 MONTGOMERY ST 2100
SAN FRANCISCO
CA 94104-3502

THOMAS GOODE III
CO BRIAN B BUSTER
3144 BEE CAVES ROAD
AUSTIN TX 78746-5560

US SECURITIES AND EXCHANGE COMMISSION
BANKRUPTCY GROUP
200 VESEY STREET SUITE 400
NEW YORK NY 10281-5520

UNITEDLEX CORPORATION
6130 SPRINT PARKWAY
SUITE 275
OVERLAND PARK KS 66211-1115

RYAN A WITTHANS
FINESTONE BAYES LLP
456 MONTGOMERY ST FL 20
SAN FRANCISCO CA 94104-1233

XRC GROWTH FUND I LP
STEVEN SOULIOS
CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

PO BOX 7080
SAN CARLOS CA 940707080

LLMB FINANCIAL CORP
1010 GRAND BLVD
KANSAS CITY MO 64106-2225

VEGASTECHFUND
5940 S RAINBOW BLVD
STE 400 49100
LAS VEGAS NV 89118-2507

XRC FUND III
RUTA SOULIOS STRATIS LLP
211 EAST 43RD STREET
NEW YORK NY 10017-4714

XRC GROWTH FUND I LP
CO RUTA SOULIOS STRATIS LLP
211 E43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

9TB FLOOR
SAN FRANCISCO CA 941023419

UNITED STATES LRUSTEE
OFFICE OF TBE UNITED STATES TRUSTEE
450 GOLDEN GATE AVE 5TB FLOOR
STE 05-0153

LFCB WAREHOUSE
3500 COMSOUTH DR
AUSTIN TX 78744-1305

XRC FUND III LLC
STEVEN SOULIOS
CO RUTA SOULIOS STRATIS LLP
211 E 43RD STREET 24TH FLOOR
NEW YORK NEW YORK 10017-4714

THOMAS PETERS
PO BOX 7080
SAN CARLOS, CA 94070-7080

2007 SKLAR FAMILY TRUST CO RUTA SOULIOS STR
211 E. 43RD STREET, 24TH FLOOR
NEW YORK NY 10017-4714

NICK FOPPE
C/O RUTA SOULIOS STRATIS LLP
211 E. 43RD ST., 24TH FL
NEW YORK, NY 10017-4714

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

GEORGE H RA KALIKMAN
SCHNADER HARRISON SEGAL AND LEWIS
650 CALIFORNIA ST. 19TH FL.
SAN FRANCISCO, CA 94108-2702

DANIEL SCHURMAN
CO RUTA SOULIOS STRATIS LLP
211 43RD ST, 24TH FL
NEW YORK, NY 10017-4714

JONATHAN LAMB
C/O RUTA SOULIOS STRATIS LLP
211 E. 43RD ST., 24TH FL
NEW YORK, NY 10017-4714

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TX 79998-1535

(P)U S ATTORNEY'S OFFICE
NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TB FLOOR
SAN FRANCISCO CA 94102-3419

NEWPOINT LAW GROUP, LLP
2408 PROFESSIONAL DRIVE
ROSEVILLE, CA 95661-7787

DANIEL SCHURMAN
315 JODY WAY
TIMONIUM, MD 21093-2920