Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>   Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH SECURITIES AND EXCHANGE COMMISSION**<br><br>Date: March 15, 2024<br>Time: 10:00 a.m.<br>Ctrm: Video/Tele Conference |

**PLEASE TAKE NOTICE** that Kyle Everett (the "Trustee"), in his capacity as the duly-appointed Chapter 7 Trustee of the bankruptcy above-captioned estate of Benja Incorporated, files this Notice of Continued Hearing on the Trustee's Motion to Approve Compromise of Controversy (the "Motion") with the Securities and Exchange Commission, ECF 193.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is continued from February 23, 2024 at 10:00 a.m. to March 15, 2024 at 10:00 a.m. at the above-captioned place. Any opposition shall be filed and served at least fourteen days prior to the scheduled

NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE SEC COMPROMISE

1

Case: 20-30819    Doc# 200    Filed: 02/07/24    Entered: 02/07/24 14:37:28    Page 1 of 2

hearing date (*i.e.*, March 1, 2024).  Any reply shall be filed and served at least seven days prior to the hearing date (*i.e.*, March 8, 2024).

**PLEASE TAKE FURTHER NOTICE** that you may obtain a copy of the Motion and or the Declaration by contacting Jennifer Hayes at 415-616-0466 or jhayes@fhlawllp.com.

**PLEASE TAKE FURTHE NOTICE THAT** the hearing on this matter will not take place in the Judge's Courtroom but instead will be conducted by video (Zoom) or telephone (AT&T conference call).  The Bankruptcy Court's website (www.canb.uscourts.gov) provides information regarding how to arrange an appearance at a video or telephonic hearing.  If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: February 7, 2024

**FINESTONE HAYES LLP**

By: *Jennifer C. Hayes*
Jennifer C. Hayes, on behalf of Kyle Everett, solely in his capacity as Chapter 7 Trustee of the Benja bankruptcy estate