Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 209-5027
kfineman@fhlawllp.com

Attorneys for Chapter 7 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re | Case No. 20-30819-DM |
|---|---|
| BENJA INCORPORATED, | Chapter 7 |
| Debtor. | **DECLARATION OF KIMBERLY S. FINEMAN IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH JOMBOY CORP.** |

I, Kimberly S. Fineman, declare as follows:

1. I am senior counsel with Finestone Hayes LLP, attorneys of record for Kyle Evertt in his capacity as the duly appointed Chapter 7 Trustee of the bankruptcy estate of Benja Incorporated (the "Debtor") in the above-captioned case (the "Bankruptcy Case").

2. All statements in this declaration are based on my own personal knowledge and observation, or upon information and belief based upon my review of the court and business records in this case. If called to testify on this matter, I could and would competently testify to the matters set forth in this Declaration.

3. I make this Declaration in support of the concurrently filed Request for Entry of Order by Default.

4. On January 22, 2024, the Trustee filed the Motion and the supporting Declaration of Kyle Everett. ECF Nos. 195 and 196.[1] Also on January 22, 2024, the Trustee filed the Notice and Opportunity for Hearing (the "Notice") relating to the Motion. ECF No. 197. The Notice was served on creditors in the Court's ECF service list on January 22, 2024 and on creditors listed on the Court's mailing matrix on January 23, 2024. ECF No. 199.

5. The Notice indicated that anyone wishing to object to the proposed stipulation was required to do so by filing and serving a written objection no later than 21 days from the date on which the Notice was served. The Notice specified the last day for filing and serving objections was February 13, 2024. The Trustee received no objections, and none were filed in the bankruptcy case.

I declare under penalty of perjury that the above statements are true and correct. This declaration is executed on February 14, 2024.

*/s/ Kimberly S. Fineman*
Kimberly S. Fineman

---

[1] "ECF No." references are to the docket in the above-captioned bankruptcy case.