Entered on Docket
February 15, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 209-5027
kfineman@fhlawllp.com

Attorneys for Chapter 7 Trustee
Kyle Everett

Signed and Filed: February 15, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>   Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH JOMBOY CORP.** |

Upon due consideration and good cause appearing therefor, based on the *Chapter 7 Trustee's Motion to Approve Compromise of Controversy with Jomboy Corp.* (the "Motion"), ECF No. 195, filed by Kyle Everett (the "Trustee"), the duly appointed Chapter 7 trustee of the above-captioned bankruptcy case; the Trustee's supporting declaration including a copy of the Settlement Agreement and Mutual Release, ECF 196; the Notice and Opportunity for Hearing on the Motion, ECF No. 197; and the related certificate of service, ECF No. 199; and it appearing that notice was adequate under the circumstances and that no objections were filed, the Court hereby orders as follows:

    1.    The Motion, ECF No. 195, is granted.

    2.    The *Settlement Agreement and Release* between the Trustee and Jomboy Corp. (ECF No. 196, Exhibit A) is approved.

    3.    Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

4. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

*** END OF ORDER ***

**Court Service List**

ECF Participants Only