**Signed and Filed: March 11, 2024**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

```
                UNITED STATES BANKRUPTCY COURT

                NORTHERN DISTRICT OF CALIFORNIA

In re                            ) Bankruptcy Case
                                 ) No. 20-30819-DM
BENJA INCORPORATED,              )
                                 ) Chapter 7
        Debtor.                  )
                                 )
                                 )
                                 )
                                 )
```

### ORDER GRANTING MOTION TO APPROVE COMPROMISE

The court has considered the *Chapter 7 Trustee's Moton to Approve Compromise of Controversy with Securities and Exchange Commission* (Dkt 193) and finds it to be well-taken and concludes that it should be GRANTED. The trustee has adequately met his burden to establish the Ninth Circuit's *A & C Properties* factors.

The court has independently reviewed those factors as present in the record and agrees with the trustee. Further, there have been no timely objections by the extended deadline of March 1, 2024, (See Dkt 200). It is also in the best interest of creditors and of this estate.

-1-

Separately the trustee and Busey Bank have entered into the Stipulation (Dkt 204) that eliminates the possibility of any objection by Busey Bank to the proposed compromise.

The court does note that citation at 4:26 to 11 U.S.C. § 727(a)(2) appears to be in error; it should be § 726(a)(2). That has no bearing on the merits of the settlement. And the court congratulates counsel for the trustee and the S.E.C. for resolving this dispute by this reasonable and correct compromise.

This matter is DROPPED from the court's March 15, 2024 calendar as unnecessary.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients