

Signed and Filed: April 5, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee,
Kyle Everett

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>    Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY (BUSEY BANK)** |

Upon due consideration and good cause appearing therefor, based on the Trustee's Motion to Approve Compromise of Controversy with Busey Bank (the "Motion"), ECF 206, and it appearing that Notice of the Motion was adequate under the circumstances (ECF 207), and that no timely opposition to the Motion was filed, the Court hereby orders as follows:

    1.    The Motion is granted.

    2.    The Stipulation between the Trustee and Busey Bank, ECF 204, is approved.

    3.    Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

-1-

4. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

-2-

**COURT SERVICE LIST**

*ECF Participants Only*