Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

Attorneys for Chapter 7 Trustee
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>    Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT APPROVING TRUSTEE'S MOTION FOR ENTRY OF ORDER PURSUANT TO ECF 150 (PETERS COMPROMISE ORDER)** |

    The Trustee hereby files his Request for Entry of Order by Default in support of his Motion for Entry of Comfort Order Pursuant to ECF 150 (Peters Compromise Order) (the "Motion"), ECF 212, and in support thereof states as follows:

    1.    October 2, 2024, the Trustee filed the Motion and the supporting Declarations of Kyle Everett and Stephen D. Finestone. ECF 212, 212-1, 212-2. Also on October 2, 2024, the Trustee filed the Notice and Opportunity for Hearing (the "Notice") relating to the Motion. ECF 213. The Notice was served on creditors in the Court's ECF service list on October 2, 2024, and on creditors listed on the Court's mailing matrix on October 3, 2024. ECF 213, 214.

    2.    The Notice indicated that anyone wishing to object to the proposed stipulation was required to do so by filing and serving a written objection no later than 21 days from the

REO RE COMFORT ORDER MOTION RE PETERS COMPROMISE ORDER

Case: 20-30819   Doc# 215   Filed: 10/25/24   Entered: 10/25/24 08:57:43   Page 1 of 2

date on which the Notice was served. The last day for filing and serving objections was October 24, 2024. The Trustee received no objections, and none were filed in the bankruptcy case.

3. This Request for Entry of Order by Default is supported by the concurrently filed Declaration of Jennifer C. Hayes.

Based on the foregoing, the Trustee requests entry of an order approving the Motion and providing as follows:

1. The Motion for Entry of Comfort Order Pursuant to ECF 150 (Peters Compromise Order) (the "Motion"), ECF 212, is granted.

2. Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

3. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

Dated: October 25, 2024　　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　　　 */s/ Jennifer C. Hayes*
　　　　　　　　　　　　　　　　　　　　　　Jennifer C. Hayes
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Kyle Everett,
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee