```
Entered on Docket
October 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Kimberly S. Fineman (184433)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20thFloor
San Francisco, California 94104
Tel. (415) 616-0466
Fax (415) 398-2820
jhayes@fhlawllp.com

**Signed and Filed: October 25, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Chapter 7 Trustee,
Kyle Everett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED,<br><br>    Debtor. | Case No. 20-30819-DM<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S MOTION FOR ENTRY OF ORDER PURSUANT TO ECF 150 (PETERS COMPROMISE ORDER)** |

Upon due consideration and good cause appearing therefor, based on the Trustee's Motion for Entry of Comfort Order Pursuant to ECF 150 (Peters Compromise Order) (the "Motion"), ECF 212, and it appearing that Notice of the Motion was adequate under the circumstances (ECF 213, 214), and that no timely opposition to the Motion was filed (ECF 215, 215-1), the Court hereby orders as follows:

    1.    The Motion for Entry of Comfort Order Pursuant to ECF 150 (Peters Compromise Order) (the "Motion"), ECF 212, is granted.

    2.    Without further Court order, the Trustee is authorized to take those actions that he deems appropriate to implement the relief requested in the Motion and ordered by the Court.

-1-

3. The Court's order is effective upon entry, and the stay otherwise imposed by Federal Rule of Civil Procedure 62(a) and/or Federal Rule of Bankruptcy Procedure 6004(h) shall not apply.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*