| | |
|---|---|
| 1 | Ryan A. Witthans (301432) |
| 2 | FINESTONE HAYES LLP |
| 3 | 456 Montgomery Street, Suite 1300 |
| | San Francisco, CA 94104 |
| 4 | Tel.: (415) 481-5481 |
| 5 | Fax: (415) 398-2820 |
| | Email: rwitthans@fhlawllp.com |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Ryan A. Witthans has changed. The new address is:

> Ryan A. Witthans
> FINESTONE HAYES LLP
> 456 Montgomery Street, Suite 1300
> San Francisco, CA 94104

Please update your records accordingly.

Date: February 24, 2025

/s/ Ryan A. Witthans
Signature

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Witthans, Ryan A. (aty) (77 cases) | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |
| | 19-30089 | Pacific Gas and Electric Company | 11 | 01/29/19 | N / A | N / A |
| | 19-52335 | Imperial Toy LLC | 7 | 11/18/19 | N / A | N / A |
| | 20-30819 | Benja Incorporated | 7 | 10/15/20 | N / A | N / A |
| | 21-40842 | Glen Kee Lau and Gail Wong Lau | 7 | 06/18/21 | N / A | N / A |
| | 21-50028 | Evander Frank Kane | 7 | 01/09/21 | N / A | N / A |
| | 23-10113 | The Roman Catholic Bishop of Santa Rosa | 11 | 03/13/23 | N / A | N / A |
| | 23-10495 | Ace Insulation, Inc. | 11 | 10/04/23 | N / A | N / A |
| | 23-40991 | Livie and Luca LLC | 11 | 08/10/23 | N / A | N / A |
| | 23-41723 | Franciscan Friars of California, Inc. | 11 | 12/31/23 | N / A | N / A |
| | 23-50390 | Phuong Ngoc Vo | 7 | 04/12/23 | N / A | N / A |
| | 24-30440 | Three Partridge Road, Inc. | 11 | 06/11/24 | N / A | N / A |
| | 24-30447 | Cannon Constructors North, Inc. | 11 | 06/13/24 | N / A | N / A |
| | 24-40657 | Tippett Studio, Inc. | 11 | 05/01/24 | N / A | N / A |
| | 24-40945 | James N. Hardwick | 11 | 06/25/24 | N / A | N / A |
| | 24-41259 | The McMullen Brand, Inc. | 11 | 08/20/24 | N / A | N / A |
| | 25-40087 | Books Inc. | 11 | 01/20/25 | N / A | N / A |