MICHELSON LAW GROUP
Randy Michelson (State Bar No. 114095)
100 Pine Street, Suite 1250
PMB 502
San Francisco, CA  94111
Telephone: 415.512.8600
Facsimile:  415.512.8601
Email:       randy.michelson@michelsonlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of Randy Michelson and Michelson Law Group has

changed. The new address is:

100 Pine Street, Suite 1250
PMB 502
San Francisco, CA 94111

Please update your records accordingly.

Dated: April 2, 2025                              */s/Randy Michelson*
                                                            Signature

**Attachment to Notice of Attorney Change of Address or Law Firm
Multi-Case Docketing**

**Case List**

| Case Name | Case Number |
|---|---|
| Pacific Metro, LLC | 10-55788 |
| Howrey LLP | 11-31376 |
| Fox Ortega Enterprises, Inc. | 16-40050 |
| PG&E Corporation | 19-30088 |
| Benja Incorporated | 20-30819 |