Keller Benvenutti Kim LLP
Tobias S. Keller (Cal. Bar No. 151445)
Jane Kim (Cal. Bar No. 298192)
101 Montgomery Street
Suite 1950
San Francisco, CA 94104

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of Keller Benvenutti Kim LLP has changed.  The new address is:

    Keller Benvenutti Kim LLP
    101 Montgomery Street
    Suite 1950
    San Francisco, CA 94104

Please update your records accordingly.

Date: June 2, 2025

*/s/ Jane Kim*
_____
Signature

[2/2021]