## Exhibit A

| Case Number | Case Title |
| --- | --- |
| 08-32514 | Heller Ehrman LLP |
| 09-31347 | Plant Insulation Company |
| 19-30088 | PG&E Corporation |
| 19-30089 | Pacific Gas and Electric Company |
| 20-30242 | Anthony Scott Levandowski |
| 20-41245 | SC Labs, Inc. |
| 23-04028 | The Roman Catholic Bishop of Oakland v. Pacific Indemnity et al |
| 23-10113 | The Roman Catholic Bishop of Santa Rosa |
| 23-30687 | Shift Technologies, Inc. |
| 23-40523 | The Roman Catholic Bishop of Oakland |
| 23-41723 | Franciscan Friars of California, Inc. |
| 24-10545 | LeFever Mattson, a California corporation |
| 21-51477 | Watsonville Hospital Corporation |
| 23-30688 | Shift Platform, Inc. |
| 23-30689 | Shift Finance, LLC |
| 23-30690 | Shift Operations LLC |
| 23-30691 | Shift Transportation LLC |
| 23-30692 | Shift Insurance Services LLC |
| 23-30693 | Shift Marketplace Holdings, LLC |
| 23-30694 | Shift Marketplace, LLC |
| 23-30695 | Fair Dealer Services, LLC |
| 23-30697 | CarLotz, Inc., a Delaware Corporation |
| 23-30698 | CarLotz Group, Inc. |
| 23-30699 | CarLotz Nevada, LLC |
| 23-30700 | CarLotz California, LLC |
| 23-30701 | CarLotz, Inc., an Illinois Corporation |
| 23-30702 | CarLotz Logistics, LLC |
| 23-30703 | Orange Peel, LLC |
| 23-30704 | Orange Grove Fleet Solutions, LLC |
| 24-50210 | Trinitas Farming, LLC |
| 24-50211 | Trinitas Advantaged Agriculture Partners IV, LP |
| 24-50212 | Dixon East LLC |
| 24-50213 | Turf Ranch LLC |
| 24-50214 | Rasmussen LLC |
| 24-50215 | Johl LLC |
| 24-50216 | Chiala LLC |
| 24-50217 | Hall Ranch LLC |
| 24-50218 | Dinuba Ranch, LLC |
| 24-50219 | Porterville LLC |

| | |
|---|---|
| 24-50220 | Tule River Ranch, LLC |
| 24-50221 | Jeffrey Ranch, LLC |
| 24-50222 | Toor Ranch, LLC |
| 24-50223 | Lamb Ranch, LLC |
| 24-50224 | Fry Road, LLC |
| 24-50225 | Adobe Ranch, LLC |
| 24-50226 | Marcucci Ranch, LLC |
| 24-50227 | Ratto Ranch, LLC |
| 24-50228 | Phelps Ranch, LLC |
| 24-51721 | SWC Industries LLC |
| 25-50764 | KW Land Company, LLC |
| 25-50765 | S3 Group, LLC |
| 24-10714 | Kenneth W. Mattson |
| 24-10715 | KS Mattson Partners, LP |
| 25-03003 | Peter Kravitz, in his Capacity as Trustee of the L v. Miller et al |
| 25-03004 | Peter Kravitz, in his Capacity as Trustee of the L v. Zeev Ventures IV, L.P. |
| 25-03005 | Peter Kravitz, in his Capacity as Trustee of the L v. Village Glen Plaza, LLC et al |
| 23-40243 | NGI East Bay Portfolio, LLC |
| 24-04051 | The Official Committee of Unsecured Creditors of t v. The Roman Catholic Bishop of Oakland et al |
| 24-04053 | The Official Committee of Unsecured Creditors of t v. The Roman Catholic Bishop of Oakland et al |
| 20-30819 | Benja Incorporated |
| 22-05033 | Hjelmeset v. Sure Sports, LLC |
| 23-10053 | Jonathan Luis Ramos |
| 24-04003 | States Credit Holdings II, LLC v. Salcedo Co |
| 12-48725 | Bionovo, Inc. |
| 23-03005 | Addington v. PG&E Corporation et al |
| 23-30250 | San Francisco Art Institute, a California nonprofi |
| 24-10417 | Windscape Apartments, LLC |
| 24-10487 | Apan Partners LLC |
| 24-10488 | Autumn Wood I, LP |
| 24-10489 | Bay Tree, LP |
| 24-10490 | Beach Pine, LP |
| 24-10491 | Bishop Pine, LP |
| 24-10492 | Black Walnut, LP |
| 24-10493 | Buck Avenue Apartments, LP |
| 24-10494 | Buckeye Tree, LP |

| | |
|---|---|
| 24-10495 | Bur Oak, LP |
| 24-10496 | Butcher Road Partners, LLC |
| 24-10497 | Cambria Pine, LP |
| 24-10498 | Chestnut Oak, LP |
| 24-10499 | Country Oaks I, LP |
| 24-10500 | Divi Divi Tree, L.P. |
| 24-10501 | Douglas Fir Investments, LP |
| 24-10502 | Firetree I, LP |
| 24-10503 | Firetree II, LP |
| 24-10504 | Firetree III, LP |
| 24-10505 | Foxtail Pine, LP |
| 24-10506 | Ginko Tree, LP |
| 24-10507 | Golden Tree, LP |
| 24-10508 | Hagar Properties, LP |
| 24-10509 | Heacock Park Apartments, LP |
| 24-10510 | LeFever Mattson I, LLC |
| 24-10511 | Live Oak Investments, LP |
| 24-10512 | Monterey Pine, LP |
| 24-10513 | Napa Elm, LP |
| 24-10514 | Nut Pine, LP |
| 24-10515 | Pinecone, LP |
| 24-10516 | Redbud Tree, LP |
| 24-10517 | Red Cedar Tree, LP |
| 24-10518 | Red Mulberry Tree, LP |
| 24-10519 | Red Oak, LP |
| 24-10520 | Red Oak Tree, LP |
| 24-10521 | Red Spruce Tree, LP |
| 24-10522 | River Birch, LP |
| 24-10523 | River Tree Partners, LP |
| 24-10524 | River View Shopping Center 1, LLC |
| 24-10525 | River View Shopping Center 2, LLC |
| 24-10526 | RT Capitol Mall, LP |
| 24-10527 | RT Golden Hills, LP |
| 24-10528 | Scotch Pine, LP |
| 24-10529 | Sequoia Investment Properties, LP |
| 24-10530 | Sienna Pointe, LLC |
| 24-10532 | Spruce Pine, LP |
| 24-10533 | Tradewinds Apartments, LP |
| 24-10534 | Vaca Villa Apartments, LP |
| 24-10535 | Valley Oak Investments, LP |
| 24-10536 | Watertree I, LP |
| 24-10537 | Willow Oak, LP |
| 24-10538 | Windscape Apartments I, LP |

| 24-10539 | Windscape Apartments II, LP |
| 24-10540 | Windscape Holdings, LLC |
| 24-10541 | Windtree, LP |
| 24-10542 | Yellow Poplar, LP |
| 24-10543 | California Investment Properties, a California cor |
| 24-10544 | Home Tax Service of America, Inc. |
| 24-10598 | Pinewood Condominiums, LP |
| 24-10599 | Ponderosa Pines, LP |