Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>      Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**STIPULATION BETWEEN TRUSTEE AND THE U.S. SECURITIES AND EXCHANGE COMMISSION FOR WITHDRAWAL OF CLAIM (CLAIM NO. 28)** |

Kyle Everett, in his capacity as Plaintiff and Chapter 7 Trustee ("Mr. Everett" or the "Trustee") of the above-captioned bankruptcy estate, and Creditor, the U.S. Securities and Exchange Commission ("SEC"), stipulate as follows:

**RECITALS**

A.    On October 15, 2020, Benja Incorporated (the "Debtor") filed a Chapter 11 bankruptcy case (the "Bankruptcy Case"). ECF No. 1. The Bankruptcy Court granted a motion to appoint a Chapter 11 trustee in the Bankruptcy Case on October 26, 2020. ECF Nos. 19 and 26. Mr. Everett was appointed as the Chapter 11 Trustee on November 3, 2020. ECF No. 45.

B.    On March 21, 2021, SEC timely filed a proof of claim in and undetermined final amount for disgorgement in an amount not less than $2,365,000 for violations of federal securities law. Proof of Claim No. 28 (the "SEC Claim").

STIPULATION RE SEC CLAIM (NO. 28)

C. On January 17, 2024, the Trustee filed a Motion to Approve Compromise of Controversy with Securities Exchange Commission (the "Motion" ECF 193). The Motion sought approval of an agreement between the Trustee and the SEC under which the Trustee would treat claims filed by putative equity holders on par with those of unsecured creditors.

D. On March 11, 2024, the Court entered its Order Granting Motion to Approve Compromise (ECF 205) granting the Motion.

E. The Motion provided that the SEC would withdraw the SEC Claim upon the granting of the Motion.

F. The Trustee and the SEC (the "Parties') therefore enter into this stipulation to provide for the withdrawal of the SEC Claims.

Based on the foregoing, the Parties agree as follows:

**STIPULATION**

1. The above recitals are incorporated by reference.

2. The Parties agree that the Court can enter an order approving this stipulation and deeming the SEC Claim to be withdrawn without any further conduct by the Parties.

3. Wherefore the Parties request that the Court enter an order approving this stipulation and deeming the SEC Claim withdrawn.

Dated: April 29, 2026          FINESTONE HAYES LLP

By: /s/ Stephen D. Finestone
    Stephen D. Finestone
    Attorneys for Kyle Everett, Trustee in Bankruptcy

U.S. Securities and Exchange Commission

/s/ Neal Jacobson
Neal Jacobson
Attorney for U.S. Securities and Exchange Commission

STIPULATION RE SEC CLAIM (NO. 28)

Case: 20-30819    Doc# 221    Filed: 04/29/26    Entered: 04/29/26 07:26:03    Page 2 of 2