# UNITED STATES BANKRUPTCY COURT

Northern   DISTRICT OF   California

In Re. Benja Incorporated

§
§
§
§

_____
Debtor(s)

Case No.   20-30819

☐ Jointly Administered

# Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2021

Petition Date: 10/15/2020

Months Pending: 4

Industry Classification: | 4 | 5 | 9 | 9 |

Reporting Method:            Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):        0

## Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐       Statement of cash receipts and disbursements
☒       Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒       Statement of operations (profit or loss statement)
☐       Accounts receivable aging
☐       Postpetition liabilities aging
☐       Statement of capital assets
☐       Schedule of payments to professionals
☐       Schedule of payments to insiders
☒       All bank statements and bank reconciliations for the reporting period
☐       Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kyle Everett
Signature of Responsible Party

Kyle Everett
Printed Name of Responsible Party

03/11/2026
Date

One Sansome Street, Suite 1400
San Francisco, CA 94104
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case: 20-30819   Doc# 222   Filed: 04/29/26   Entered: 04/29/26 13:37:21   Page 1 of 17

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $132,535 | |
| b.   Total receipts (net of transfers between accounts) | $0 | $9,859 |
| c.   Total disbursements (net of transfers between accounts) | $325 | $325 |
| d.   Cash balance end of month (a+b-c) | $132,210 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $325 | $325 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory     (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $132,210 |
| e.   Total assets | $132,210 |
| f.   Postpetition payables (excluding taxes) | $17,591 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $17,591 |
| k.   Prepetition secured debt | $5,035,580 |
| l.   Prepetition priority debt | $31,704 |
| m.   Prepetition unsecured debt | $4,438,535 |
| n.   Total liabilities (debt) (j+k+l+m) | $9,523,410 |
| o.   Ending equity/net worth (e-n) | $-9,391,200 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $-7,916 | |
| k.   Profit (loss) | $-7,916 | $-8,057 |

Case: 20-30819   Doc# 222   Filed: 04/29/26   Entered: 04/29/26 13:37:21   Page 2 of 17

Debtor's Name  Benja Incorporated                                    Case No.  20-30819

## Part 5:  Professional Fees and Expenses

|   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Case: 20-30819   Doc# 222   Filed: 04/29/26   Entered: 04/29/26 13:37:21   Page 3 of 17

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Case: 20-30819    Doc# 222    Filed: 04/29/26    Entered: 04/29/26 13:37:21    Page 4 of 17

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

|     | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|-----|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Case: 20-30819    Doc# 222    Filed: 04/29/26    Entered: 04/29/26 13:37:21    Page 6 of 17

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◯  No ◉

d. Are you current on postpetition tax return filings?   Yes ◉  No ◯

e. Are you current on postpetition estimated tax payments?   Yes ◉  No ◯

f. Were all trust fund taxes remitted on a current basis?   Yes ◉  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◯  No ◯  N/A ◉

i. Do you have:  Worker's compensation insurance?   Yes ◉  No ◯
   If yes, are your premiums current?   Yes ◉  No ◯  N/A ◯  (if no, see Instructions)
   Casualty/property insurance?   Yes ◉  No ◯
   If yes, are your premiums current?   Yes ◉  No ◯  N/A ◯  (if no, see Instructions)
   General liability insurance?   Yes ◉  No ◯
   If yes, are your premiums current?   Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◯  No ◉

k. Has a disclosure statement been filed with the court?   Yes ◯  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ◯

UST Form 11-MOR (12/01/2021)

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Kyle Everett

Signature of Responsible Party

Chapter 11 Trustee

Title

Kyle Everett

Printed Name of Responsible Party

03/11/2026

Date

UST Form 11-MOR (12/01/2021)



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Benja Inc.
# Balance Sheet
### As of January 31, 2021

|  | Jan 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **East West Bank** | 132,210.25 |
| **Total Checking/Savings** | 132,210.25 |
| **Total Current Assets** | 132,210.25 |
| **TOTAL ASSETS** | **132,210.25** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Professional Fees/Exp - FH LLP** | 17,590.56 |
| **Total Accounts Payable** | 17,590.56 |
| **Total Current Liabilities** | 17,590.56 |
| **Total Liabilities** | 17,590.56 |
| **Equity** | |
| **Opening Balance Equity** | 122,676.48 |
| **Retained Earnings** | -141.23 |
| **Net Income** | -7,915.56 |
| **Total Equity** | 114,619.69 |
| **TOTAL LIABILITIES & EQUITY** | **132,210.25** |

Case: 20-30819    Doc# 222    Filed: 04/29/26    Entered: 04/29/26 13:37:21    Page 13 of 17

# Benja Inc.
# Profit & Loss
### January 2021

|  | Jan 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Professional Fees | 7,590.56 |
| U.S. Trustee | 325.00 |
| **Total Expense** | 7,915.56 |
| **Net Ordinary Income** | -7,915.56 |
| **Net Income** | **-7,915.56** |

Case: 20-30819    Doc# 222    Filed: 04/29/26    Entered: 04/29/26 13:37:21    Page 14 of 17

# EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: January 22, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 10
1075
( 0)

OZ 01
BENJA INCORPORATED
KYLE EVERETT CHAPTER 11 TRUSTEE
CASE #20-30819
150 POST ST SUITE 400
SAN FRANCISCO CA 94108-4716

zwp4i
03632

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 54-00011075 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 1) | 132,535.25 |
| Average balance | $92,774.68 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $132,535.25 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-25 | Deposit | TLR60803 BR 8608 | 132,535.25 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-25 | 132,535.25 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Case: 20-30819   Doc# 222   Filed: 04/29/26   Entered: 04/29/26 13:37:21   Page 15 of 17

3409    rev 07-19

# Benja Inc.
## Reconciliation Detail
### East West Bank, Period Ending 01/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 01/25/2021 | | | X | 9,854.08 | 9,854.08 |
| Deposit | 01/25/2021 | | | X | 122,681.17 | 132,535.25 |
| Total Deposits and Credits | | | | | 132,535.25 | 132,535.25 |
| Total Cleared Transactions | | | | | 132,535.25 | 132,535.25 |
| Cleared Balance | | | | | 132,535.25 | 132,535.25 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 01/29/2021 | 1001 | United States Trustee | | -325.00 | -325.00 |
| Total Checks and Payments | | | | | -325.00 | -325.00 |
| Total Uncleared Transactions | | | | | -325.00 | -325.00 |
| Register Balance as of 01/31/2021 | | | | | 132,210.25 | 132,210.25 |
| **Ending Balance** | | | | | **132,210.25** | **132,210.25** |

Case: 20-30819    Doc# 222    Filed: 04/29/26    Entered: 04/29/26 13:37:21    Page 16 of 17



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021

Account Number: ███████30732

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

00000091 DDA 703 141 03021 NNNNNNNNNNNN T 1 000000000 64 0000

BENJA INCORPORATED
150 POST ST
STE 400
SAN FRANCISCO CA 94108

## CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.

## CHECKING SUMMARY | Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $122,676.48 |
| Deposits and Additions | 1 | 4.69 |
| Other Withdrawals, Fees & Charges | 1 | - 122,681.17 |
| Ending Balance | 2 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | Orig CO Name:Apintego   Orig ID:1200708459 Desc Date:210111 CO Entry Descr:Achtrans Sec:CCD   Trace#:091408593782179 Eed:210111   Ind ID:71801400   Ind Name:Benja Incorporated 8882892939 Trn: 0113782179Tc | $4.69 |
| **Total Deposits and Additions** | | **$4.69** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | Cashiers Check | $122,681.17 |
| **Total Other Withdrawals, Fees & Charges** | | **$122,681.17** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/11 | $122,681.17 |
| 01/14 | 0.00 |

Case: 20-30819   Doc# 222   Filed: 04/29/26   Entered: 04/29/26 13:37:21   Page 17 of 17