KYLE EVERETT
DEVELOPMENT SPECIALISTS, INC.
ONE SANSOME ST. 14th FL
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: 415.981.2717
FACSIMILE: 415.981.2718

Chapter 7 Trustee for Benja, Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BENJA INCORPORATED,<br><br>Debtor. | Case No. 20-30819-DM<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF THE ESTATE** |

Kyle Everett, the Trustee to the Chapter 11 and Chapter 7 Estate of Benja, Inc., hereby submits the following Chapter 11 Trustee's Final Report and Account of Administration of the Estate as follows.

1. The Debtors' Chapter 11 bankruptcy case was voluntarily filed on October 15, 2020.

2. The Debtors' case was converted to a Chapter 7 bankruptcy case on January 29, 2021.

3. The Court appointed Kyle Everett as Chapter 11 Trustee by way of an Order entered on November 3, 2020.

4. As of the date of the conversion, the Debtor had a bank balance of $132,535.25 and a book balance of $132,535.25.

Case: 20-30819    Doc# 223    Filed: 04/29/26    Entered: 04/29/26 13:39:15    Page 1 of 5

5. Attached to this report as Exhibit 1 is the Form 1 for the Estate representing the administration of the assets during the Chapter 11 case.

6. Attached to this report as Exhibit 2 is the Form 2 for the Estate representing the cash receipts and disbursements for the Chapter 11 case. During the case, the estate generated $132,535.25 of cash receipts (excluding bank transfers) and disbursed $0 (excluding bank transfers).

7. No Professional Fee Applications were filed during the Chapter 11 period.

DATED: April 29, 2026

_____
Kyle Everett, Chapter 11 & 7 Trustee

Chapter 11 Trustee's Final Report and Account

- 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

**Case No.:** 20-30819

**Case Name:** Benja, Inc.

**For Period Ending:** 1/29/2021

**Estimated TFR Date**

**Trustee Name:** Kyle Everett

**Date Filed (f) or
Converted (c):** 1/29/2021

**§ 341 (a) Meeting Date:** 02/23/2021

**Claims Bar Date:** 04/09/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (U) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee Less Liens, Exemptions, And Other Costs) | Property Abandoned Oa=554(A) Abandon Da=554(C) Abandon | Sale/Funds Received By The Estate | Assets Fully Administered/ Gross Value Of Remaining Assets |
| 1 Checking account - East West Bank | $ 156,600.00 | $ 122,676.48 | | $ 122,676.48 | FA |
| 2 Checking account - Busey Bank | $ Unknown | $ - | | $ - | FA |
| 3 Accounts Receivable [1][2] | $ 6,361,260.61 | $ 9,858.77 | | $ 9,858.77 | FA |
| 4 Inventory [2] | $ 16,224.00 | $ - | | $ - | FA |
| 5 IP [2] | $ 23,000.00 | $ - | | $ - | FA |
| TOTALS (Excluding unknown values) | $ 6,557,084.61 | $ 132,535.25 | $ - | $ 132,535.25 | Gross Value of Remaining Assets $ - |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENT RECORD

Exhibit B

| | | | |
|---|---|---|---|
| Case No | 20-30819 | Trustee Name | Kyle Everett |
| Case Name | Benja, Inc | Bank Name | Chase Bank |
| Taxpayer ID No | 83-0962890 | Account Number/ CD# | xxx0732 |
| For Period Ending | 1/29/2021 | Blanket Bond (per case limit) | $                150,000 00 |
| | | Separate Bond (if applicable) | 0 |

| 1 | 2 | 3 | 4 | Uniform Trans | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Code | Deposits ($) | Disbursements ($) | Account/ CD Balance ($) |
| 11/3/2020 | | | Beginning Balance | | $        122,676 48 | | $        122,676 48 |
| 1/25/2021 | | | Accounts Receivable Collection | | $                4 69 | | $        122,681 17 |
| 1/25/2021 | | | Balance transfer to East West Bank | | | $        122,681 17 | |
| | | | | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENT RECORD**

Exhibit B

| Case No | 20-30819 | | Trustee Name | Kyle Everett |
|---|---|---|---|---|
| Case Name | Benja, Inc | | Bank Name | East West Bank |
| Taxpayer ID No | 83-0962890 | | Account Number/ CD# | xxx1075 |
| For Period Ending | 1/29/2021 | | Blanket Bond (per case limit) | $ 150,000 00 |
| | | | Separate Bond (if applicable) | 0 |

| 1 | 2 | 3 | 4 | Uniform Trans | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Code | Deposits ($) | Disbursements ($) | Account/ CD Balance ($) |
| 1/25/2021 | | | Balance Transfer from Chase Bank | | $ 122,681 17 | | $ 122,681 17 |
| 1/25/2021 | | | Accounts Receivable Collection | | 9,854 08 | | 132,535 25 |
| | | | | | | | |

Case: 20-30819   Doc# 223   Filed: 04/29/26   Entered: 04/29/26 13:39:15   Page 5 of 5