Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re

BENJA INCORPORATED, aka EPHE CORPORATION,

Debtor.

Case No. 20-30819-DM
Chapter 7

**STIPULATION BETWEEN THE TRUSTEE AND THE E-REVSHARE CORE, LLC (CLAIM NOS. 2 AND 3)**

Kyle Everett, in his capacity as Chapter 7 Trustee ("Trustee") of the above-captioned bankruptcy estate, and Creditor, E-Revshare Core, LLC ("E-Revshare"), stipulate as follows:

**RECITALS**

A.      On October 15, 2020, Benja Incorporated (the "Debtor") filed a Chapter 11 bankruptcy case (the "Bankruptcy Case").  ECF No. 1.  The Bankruptcy Court granted a motion to appoint a Chapter 11 trustee in the Bankruptcy Case on October 26, 2020. ECF Nos. 19 and 26. Mr. Everett was appointed as the Chapter 11 Trustee on November 3, 2020. ECF No. 45.

B.      On November 5, 2020, E-Revshare timely filed a proof of claim ("Claim No. 2"). Claim No. 2 asserted a claim of $1,218,968.27 and asserted that the claim was secured against various assets of the Debtor.

C.      On January 25, 2021, E-Revshare filed an additional proof of claim ("Claim No. 3"). Claim No. 3 asserted a claim in the identical amount as Claim No. 2 and also asserted that the claim was secured against certain assets.

STIPULATION RE E-REVSHARE CLAIM (NOS. 2 AND 3)
-1-

D. The Trustee has reviewed Claim Nos. 2 and 3 and the asserted secured nature of the claims and has discussed with E-Revshare his belief that the claims are duplicates and should be treated as unsecured claims. Other than the duplicate nature of the claims and the unsecured nature of the claims, the Trustee has no objection to the E-Revshare claim in its amount.

E. The Trustee and the E-Revshare (the "Parties') therefore enter into this stipulation to provide for relief with regard to Claim No. 2 and Claim No. 3.

Based on the foregoing, the Parties agree as follows:

## STIPULATION

1. The above recitals are incorporated by reference.

2. The Parties agree that the Court can enter an order approving this stipulation and resolving the matters without any further action by the Parties.

3. Claim No. 2 shall be deemed an unsecured claim in the amount of $1,218,968.27.

4. Claim No. 3 shall be deemed withdrawn.

Dated: April 29, 2026        FINESTONE HAYES LLP

By: /s/ Stephen D. Finestone
      Stephen D. Finestone
      Attorneys for Kyle Everett, Trustee in Bankruptcy

E-Revshare Core, LLC

/s/ Michael Stern
Michael Stern
Its Managing Member

STIPULATION RE E-REVSHARE CLAIM (NOS. 2 AND 3)

Case: 20-30819   Doc# 224   Filed: 04/30/26   Entered: 04/30/26 06:51:12   Page 2 of 2