Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

**Signed and Filed: April 30, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

BENJA INCORPORATED, aka EPHE
CORPORATION,

Debtor.

Case No. 20-30819-DM
Chapter 7

**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND THE U.S. SECURITIES AND EXCHANGE COMMISSION FOR WITHDRAWAL OF CLAIM (CLAIM NO. 28)**

The Trustee and creditor, the U.S. Securities and Exchange Commission ("SEC"), having stipulated (ECF 221) to the withdrawal of the SEC's Claim No. 28, and good cause appearing:

**IT IS ORDERED** that:

1. The stipulation is approved.

2. The SEC's Claim No. 28 is deemed withdrawn without the need for any further action by the creditor.

** END OF ORDER **

ORDER RE STIPULATION WITH SEC

-1-

**COURT SERVICE LIST:**

ECF participants only

ORDER RE STIPULATION WITH SEC