**Entered on Docket**
**April 30, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

**Signed and Filed: April 30, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND E-REVSHARE CORE, LLC (CLAIM NOS. 2 AND 3)** |

The Trustee and creditor, the E-Revshare Core, LLC ("E-Revshare"), having stipulated (ECF 224) to certain relief regarding E-Revshare Claims No. 2 and 3, and good cause appearing:

**IT IS ORDERED** that:

1. The stipulation is approved.

2. E-Revshare's Claim No. 2 is reclassified as an unsecured non-priority claim.

3. E-Revshare's Claim No. 3 is deemed withdrawn without the need for any further action by the creditor.

** END OF ORDER **

ORDER RE STIPULATION WITH E-REVSHARE

**COURT SERVICE LIST:**

ECF participants only

ORDER RE STIPULATION WITH E-REVSHARE